**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SG STONEGATE ASSET COMPANY I, LLC, a Delaware limited liability company, | No. 1:25-cv-07909 |
| Plaintiff, | Hon. Manish S. Shah |
| v. | |
| GSC ENTERPRISES, INC., a California corporation, *et al.*, | Hon. M. David Weisman |
| Defendants. | |

**FIRST APPLICATION OF COZEN O'CONNOR, AS COUNSEL TO RECEIVER
MATTHEW BRASH OF NEWPOINT ADVISORS CORPORATION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Cozen O'Connor, as counsel to Matthew Brash of Newpoint Advisors Corporation, not individually, but solely in his capacity as receiver ("Receiver") of the defendants in the above-captioned action,[1] pursuant to Fed. R. Civ. P. 66, Local Rule 66.1(a) and this Court's *Amended Order Appointing Receiver*, dated July 31, 2025 ("Receivership Order")[2] [ECF No. 52], hereby applies for (i) allowance of $359,265.00 in compensation for 442.8 hours of professional services rendered to the Receiver, for the period of July 15, 2025 through December 31, 2025 ("Application Period") and (ii) reimbursement of $4,887.58 for actual and necessary expenses incurred in connection with such services. In support of this application ("Application"), Cozen O'Connor, respectfully states as follows:

---

[1] The defendants in this action are GSC Enterprises, Inc.; GSC Logistics, Inc.; Best Way Trucking, Inc.; GSC National Transportation, Inc.; GSC Solutions, Inc.; GSC Transport, Inc.; Macmillan-Piper LLC; Tacoma Transload LLC; GSC Logistics Norcal Brokerage, Inc.; and GSC Logistics PNW Brokerage, Inc. (collectively, "Defendants").

[2] Capitalized terms not otherwise defined herein carry the same meaning ascribed to them in the Receivership Order.

**Background**

A.     **Overview**

1.     On July 11, 2025, plaintiff SG Stonegate Asset Company I, LLC ("Plaintiff") commenced this case against Defendants through the filing of a complaint [ECF No. 1] requesting: (i) a judgment for Defendants' breach of certain loan documents; and (ii) the foreclosure of its security interests in Defendants' personal property. As alleged in Plaintiff's complaint, Defendants are in default of their obligations under various loan documents with Plaintiff in connection with a loan with a current balance in excess of $1.75 million.

2.     On July 14, 2025, Plaintiff filed an emergency motion seeking the immediate appointment of a receiver ("Receiver Motion") [ECF No. 4]. As explained in the Receiver Motion, the immediate appointment of a receiver was necessary to protect the value of Plaintiff's collateral because Defendants ceased all operations and terminated approximately 200 employees on or about July 10, 2025.

3.     On July 15, 2025 ("Appointment Date"), the Court entered the *Order Appointing Limited Receiver* [ECF No. 7], as subsequently amended by the Receivership Order, appointing Matthew Brash of Newpoint Advisors Corporation as the receiver over Defendants and their property ("Receivership Estate").

4.     Prior to ceasing operations, Defendants formed an integrated transportation and logistics group, providing services from container drayage and warehousing to administrative support and shared services. Defendants specialized in the handling of containerized freight, with a primary focus on intermodal transportation linked to the ports of Oakland, Tacoma, Seattle, and Savannah. Defendants' customer base included both domestic and international clients, many of whom relied on Defendants for port-to-warehouse movement, storage, and onward distribution of goods.

**B.      Retention of Cozen O'Connor**

5.      The Receivership Order authorized the Receiver to retain counsel to advise and assist Receiver with the management, operation, and disposition of the receivership property and to protect and preserve the interest and rights of the Receiver in fulfilling his duties under the Receiver Order. Receivership Order, at ¶ 11.d. The Receiver selected Cozen O'Connor to represent him as his legal counsel to perform services relating to his duties as Receiver.

6.      On July 25, 2025, the Receiver filed the *Motion of Receiver for Authority to Employ Cozen O'Connor as Counsel* on July 25, 2025 ("Retention Motion") [ECF No. 16].

7.      On July 28, 2025, the Court entered an order granting the Retention Motion and authorized the Receiver to employ Cozen O'Connor as his counsel, effective as of July 15, 2025 ("Retention Order") [ECF No. 40]. In the Retention Order, the Court authorized Cozen O'Connor to provide the following services to the Receiver:

a.      Advise the Receiver with respect to his rights, duties and responsibilities;

b.      Assist the Receiver in his investigation of the acts, conduct, assets, liabilities and financial condition of Defendants;

c.      Assist and advise the Receiver with respect to the liquidation of property of the Receivership Estate;

d.      Assist and advise the Receiver in his investigation and pursuit of potential litigation;

e.      Prepare on behalf of the Receiver, as necessary, the filing of motions, applications, motions, complaints, answers, orders, agreements and other legal documents;

f.      Appear in Court to present necessary motions, applications and pleadings, and otherwise protect the interests represented by the Receiver;

g.      Assist the Receiver in seeking the appointment of any necessary third party consultants, experts or special counsel; and

h.      Perform such other legal services as may be required and in the best interest of the Receivership Estate.

8.     Pursuant to the terms of its retention, Cozen O'Connor received a $50,000 retainer (the "Retainer") from the Receiver. The Retainer remains in Cozen O'Connor's IOLTA account.

## C.     Interim Compensation Procedures

9.     On September 2, 2025, the Court entered the *Order Establishing Procedures for Allowance and Payment of Professional Compensation* ("Compensation Procedures Order") [ECF No 129].

10.     The Compensation Procedures Order authorizes the Receiver and his professionals to file and serve on certain notice parties ("Notice Parties") a detailed monthly statement of fees and expenses incurred for the prior month ("Monthly Statement"). Comp. Ord., at ¶ 2.a. The notice parties have ten days to review the Monthly Statement ("Objection Period") and, if necessary, serve on the Receiver and the professional a Notice of Objection. *Id.*, at ¶ 2.b. At the expiration of the Objection Period, the Compensation Procedures Order authorizes the Receiver to pay 100% of the fees and 100% of the expenses requested in the Monthly Statement that are not the subject of a Notice of Objection. *Id.*, at ¶ 2.c.

## D.     General Status of Case and Results Obtained

11.     On July 16, 2025, the Receiver's professionals at Newpoint Advisors Corporation ("Newpoint") arrived at Defendants' facilities and began taking steps to marshal, secure, and preserve Defendants' property in accordance with the Receivership Order. The Receiver, with the assistance of Cozen O'Connor, began working on a strategy to recommence operations to provide Defendants' customers access to their property, and, to the extent practicable, to preserve the going-concern value of Defendants' businesses. As a result of those efforts, the Receiver was able to fully wind down all physical operations of Defendants during the Application Period.

12.     The following includes a summary of some of the material events during the Application Period:

1. *Seattle Operations Sale and Wind Down*

13. Defendants MacMillan-Piper LLC ("MacMillan") and Tacoma Transload LLC ("Tacoma") operated transloading, logistics, drayage, and warehousing businesses through the Port of Seattle MacMillan and Tacoma operated out of leased premises located in Seattle and Tacoma ("Seattle Operations").

14. On July 25, 2025, the Court entered an order granting the Receiver's emergency motion authorizing the Receiver to enter into a *Management Services Agreement* with Pasha Logistics LLC ("Pasha") to immediately recommence the MacMillian and Tacoma operations and allow millions in freight to be returned to customers. On August 7, 2025, the Court approved the sale of MacMillan's and Tacoma's assets to Pasha resulting in approximately $2 million of net sale proceeds for the Receivership Estate.

15. The Receiver also negotiated a settlement with the Port of Tacoma ("Tacoma Stipulation") pursuant to which the Receiver paid certain past due rent retained temporary access to Defendants' port office. In exchange, the Port of Tacoma waived its right to draw on a letter of issued by Chase Bank, N.A. ("Chase") as security for Defendants' obligations under the lease – which could have exceeded $105,000.

2. *Oakland Operations Wind Down*

16. Defendants GSC Enterprises, Inc. GSC Logistics, Inc., GSC National Transportation, Inc., GSC Solutions, Inc., GSC Transport, Inc., GSC Logistics Norcal Brokerage, Inc., GSC Logistics PNW Brokerage, Inc., and Best Way Trucking, Inc. operated transloading, logistics, drayage, and warehousing businesses from property leased from the Port of Oakland ("Oakland Operations").

17.     On July 31, 2025, the Court entered an order authorizing the Receiver enter into agreements with Freightwave Logistics, LLC ("Freightwave") and Carson Consulting, which provided the necessary services and staffing to efficiently wind down the Oakland Operations.

18.     The Receiver also obtained Court approval of a settlement with the Port of Oakland ("Oakland Stipulation") that enabled the Receivership Estate to continue to use and occupy the port premises through September 14, 2025 at a substantially reduced rent. The Oakland Stipulation saved the Receivership Estate over $200,000 in post-receivership rental obligations. Additionally, the settlement enabled the Receiver to release millions in stranded goods to customers, collect millions in accounts receivable, and return equipment and shipping containers to the appropriate parties.

3.     *Other Material Settlements*

19.     On September 25, 2025, the Court approved a settlement with Plaintiff ("SG Stipulation") where by Plaintiff accepted a payment of approximately $1.96 million in exchange for subordinating a $550,000 "exit fee" to all administrative expenses of the receivership, priority claims and general unsecured claims other than (a) the claims of "insiders," (b) any contractually subordinated claims under the loan documents, and (c) all claims of Defendants. Plaintiff also waived all other claims against the Receivership Estate including any claims for additional interest, attorneys' fees, and expenses.

20.     On October 30, 2025, the Court approved a settlement stipulation with Chase ("Chase Stipulation") pursuant to the *Order Granting Receiver's Motion to Approve Stipulation with JPMorgan Chase Bank, N.A.* [ECF 192]. Under the Chase Stipulation, the Receivership Estate immediately recovered $214,899 in cash held in Chase accounts as collateral for certain letters of credit Chase issued on behalf of Defendants.

4.      *Collection of Accounts Receivable*

21.      During the Application Period, the Receiver also made significant progress in collecting accounts receivable owed to Defendants. As of December 31, 2025, the Receiver collected in excess of $3.6 million of Defendants' outstanding accounts receivable.

**Services Rendered by Cozen O'Connor**

22.      During the Application Period, Cozen O'Connor rendered in excess of 442.8 hours of legal and paraprofessional services to the Receiver having a value of $359,265.00. Cozen O'Connor provided professional services to the Receiver which were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in the exercise of Cozen O'Connor's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

23.      In an effort to provide the Court with understandable information concerning the amount and nature of Cozen O'Connor's services during the Application Period, Cozen O'Connor classified its services into 25 separate categories as follows:

| Summary by Task Code | Hours | Amount |
|---|---|---|
| Cozen Fee Applications | 3.20 | $2,640.00 |
| Cozen Retention | 2.50 | $2,062.50 |
| Creditors and Claims | 40.80 | $28,965.00 |
| Discovery | 2.70 | $2,227.50 |
| Employee Benefits/Pensions/401(k)/Termination Issues | 17.50 | $14,598.50 |
| Employee Issues | 3.00 | $2,475.00 |
| General Investigation | 9.90 | $7,791.50 |
| Insurance Issues | 9.70 | $8,411.50 |
| Asset Sales | 89.10 | $72,004.50 |
| Labor/Union Matters | 16.30 | $13,149.00 |
| Pre-Receivership Litigation | 4.40 | $3,630.00 |
| Professional Fee Applications | 1.80 | $1,485.00 |
| Professional Retention | 24.90 | $20,642.50 |
| Receiver Fee Applications | 1.60 | $1,320.00 |
| Receiver Order Issues | 20.00 | $17,657.50 |
| Budgeting/Financing/Cash Collateral | 39.50 | $32,797.50 |

| Summary by Task Code | Hours | Amount |
|---|---|---|
| Receiver Reports | 24.10 | $19,882.50 |
| Receivership Stay Issues | 6.10 | $5,032.50 |
| Tax Issues | 1.00 | $825.00 |
| Unexpired Personal Property Leases | 5.80 | $4,785.00 |
| Unexpired Real Property Leases | 40.20 | $31,614.00 |
| Utility Issues | 0.20 | $165.00 |
| Business Operations | 42.30 | $35,426.50 |
| Case Administration | 18.40 | $14,992.00 |
| Court Appearances | 17.80 | $14,685.00 |
| **Total** | **442.80** | **$359,265.00** |

24.    A detailed summary of all of all fees and expenses incurred during the Application Period is attached hereto as **Exhibit A** ("Invoice").[3] The Invoice provides detailed descriptions of all services rendered in each of the categories and the timekeeper, date and amount of time spent in each category. The Invoice also includes summary charts setting forth each professional who rendered services, the total time and value of the services, and the dollar value of each professional's services.

25.    The following is a separate description of each of the Cozen O'Connor categories which generally describe the tasks performed (with the exception of categories with fees of less than $5,000, which are fully described in the Invoice):

- **Creditors and Claims** ($28,965.00 - 40.80 hours). This category includes services addressing overall creditor issues and claims administration. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, customers, independent contractors, secured creditors, sureties, unsecured creditors, landlords, equipment lessors and governmental creditors regarding the commencement of the receivership, the release of customer goods, the wind down of Defendants' operations, the claims bar date, the priority of federal government claims, and other creditor issues; (b) preparing the notice to creditors regarding the commencement of the receivership; (c) preparing a motion to set a bar date for creditors to file claims against the Receivership Estate; (d) examining and analyzing case law related to the bar date motion and federal government's objection to same; (e) negotiating with the United States regarding its objection to the bar date motion;

---

[3] In lieu of attaching its Monthly Statements, Cozen O'Connor has provided all of the time entries for the Application Period in a single consolidated Invoice. This format is intended to assist the Court's review of the requested compensation, since all time for each category is contained in a single exhibit. All Monthly Statements for the Application Period are also available on the Court's docket.

(f) preparing creditor bar date notices for mailing and publication; (g) assisting in the preparation of creditor lists for service of the creditor bar date notices; (h) assisting the Receiver to establish a website to provide case information to creditors; (i) communicating and corresponding with Customs and Border Control ("CBP") to address CBP's claims; and (j) assisting Newpoint to address various customer claims.

- **Employee Benefits/Pensions/401(k)/Termination Issues** ($14,598.50 - 17.50 hours). This category includes services addressing the various benefits offered by Defendants to its former employees such as health insurance, life insurance and a 401(k) plan ("401(k) Plan"). Specifically, this category includes services related to: (a) the analysis of employee health insurance, the 401(k) Plan and other benefits; (b) advising the Receiver regarding the payment of premiums for July health insurance benefits; (c) preparing an emergency motion to pay health insurance premiums and terminate all remaining employee benefits; (d) reviewing the 401(k) Plan documents and communicating with the 401(k) Plan administrator to obtain information regarding the plan; (e) preparing a motion to terminate the 401(k) Plan; and (f) communicating with the independent fiduciary of the 401(k) Plan to discuss the plan's wind down.

- **General Investigation** ($7,791.50 - 9.90 hours). This category includes services pertaining to Cozen's efforts to obtain information about Defendants immediately after the Receiver's appointment. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, Defendants' counsel and Plaintiff's counsel regarding Defendants, their operations, customers, and other background information needed to address Receiver's immediate concerns following his appointment; and (b) reviewing UCC lien searches provided by Plaintiff.

- **Insurance Issues** ($8,411.50 - 9.70 hours). This category includes services related to insurance coverage. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, Defendants' insurance broker, and counsel for Defendants' former officers regarding insurance related issues; (b) reviewing certain insurance policies; and (c) communicating with the surety regarding bonds it posted for the benefit of CBP.

- **Asset Sales** ($72,004.50 - 89.10 hours). This category includes services pertaining to the Receiver's contested $2 million sale of the MacMillian and Tacoma assets to Pasha. The Receiver's sale process enabled the Receiver to immediately recommence the MacMillian and Tacoma operations to enable stranded goods to be returned to customers. It also provided the funds to satisfy Plaintiff's secured claims against the Receivership Estate. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, counsel for Pasha, counsel for Plaintiff, customers and other creditors regarding the sale of the Seattle Operations; (b) negotiating and drafting the Management Services Agreement ("MSA"), the Asset Purchase Agreement ("APA") and all related schedules with Pasha; (c) preparing an emergency motion and a proposed order to approve the MSA and preliminary approve the sale to Pasha; (d) preparing a notice of the final sale hearing and objection deadline for creditors; (e) preparing and revising declarations in support of the Pasha sale; (f) communicating with various equipment lessors, landlords and potential bidders regarding objections to the sale; (g) reviewing and analyzing the objections to the sale;

(h) researching and analyzing case law and other authorities regarding standing to object to the sale and other sale objections; (i) preparing an omnibus response to the sale objections; (j) preparing a final sale order authorizing Receiver's sale of the MacMillian and Tacoma assets to Pasha; and (k) addressing all post-closing issues in connection with the sale.

- **Labor/Union Matters** ($13,149.00 - 16.30 hours). This category includes services pertaining to Defendants' collective bargaining agreements with the Teamsters Union. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, the Teamster's representatives and the Teamster's counsel regarding the collective bargaining agreement and the potential employment of union workers to wind down the Oakland Operations; (b) reviewing and analyzing Defendants' collective bargain agreement with the Teamsters; (c) researching and analyzing case law and other authorities regarding the Receiver's obligations under Defendants' collective bargaining agreement.

- **Professional Retention** ($20,642.50 - 24.90 hours). This category includes services pertaining to the retention of various professionals by the Receiver including (a) communicating and corresponding with the Receiver, Newpoint, Wendels Marx, accountants, and other professionals needed to assist the Receiver in fulfilling his duties under the Receivership Order; (b) negotiating and drafting of a contingency fee agreement with Windels Marx for the Amazon litigation; (c) preparing a motion to retain Windels Marx as special counsel to pursue the Amazon litigation and to retain Penny Register as an expert consultant; (d) negotiating and revising the terms of an agreement with Charles Persing to act as the independent fiduciary ("Independent Fiduciary") to administer the 401(k) Plan; and (e) preparing a motion to retain the Independent Fiduciary.

- **Receiver Order Issues** ($17,657.50 - 20 hours). This category includes services pertaining to the preparation of the *Amended Order Appointing Receiver*, dated July 31, 2025 that replaced the original order appointing the Receiver in this case. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint and counsel for Plaintiff regarding the terms of the amended Receivership Order; (b) negotiating and drafting the Receivership Order; (c) examining and analyzing case law and other authorities regarding (i) the Receiver's powers under the Receivership Order and (ii) the requirements under 28 U.S.C. § 754 and 1962 to maintain in rem jurisdiction over Defendants' assets; (c) preparing a motion to amend the original Receivership Order; (d) preparing pleadings to be filed in the Western District of Washington, the Northern District of California, and the Southern District of Georgia under 28 U.S.C. § 754 after the entry of the original and amended Receivership Orders; and (d) preparing notices to inform the Court of the Receiver's compliance with 28 U.S.C. § 754.

- **Budgeting/Financing/Cash Collateral** ($32,797.50 - 39.50 hours). This category includes services pertaining to the Receiver's use of Plaintiff's cash collateral to fund administrative expenses and the Receiver's efforts to resolve secured claims against the Receivership Estate. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, Plaintiff's representatives and counsel for Plaintiff regarding the use of cash collateral, cash collections, budgets, and negotiation of a settlement with Plaintiff; (b) reviewing proposed receivership budgets and preparing motions to approve same; (c) reviewing Plaintiff's motion for default judgment against the MacMillan and Tacoma

Defendants; (d) negotiating and drafting the SG Stipulation resolving Plaintiffs' claims against the Receivership Estate and preparing a motion to approve same; (e) reviewing the Chase loan and letter of credit documents; (f) communicating and corresponding with Chase regarding reconciliation of its secured claims, release of Defendants' cash, the termination of certain letters of credit, and the negotiation of the Chase Stipulation; (g) preparing the Chase Stipulation and a motion to approve same; and (h) reviewing the Bank of America account closure requests.

- **Receiver Reports** ($19,882.50 - 24.10 hours). This category includes services relating to assisting the Receiver comply with his reporting obligations to the Court. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver and Newpoint regarding preparation of the Receiver reports; (b) reviewing and revising drafts of the Receiver's initial report, the first report and the second report; and (c) preparing motions to approve the each of the Receiver's reports.

- **Receivership Stay Issues** ($5,032.50 - 6.1 hours). This category includes services relating to enforcing the stay imposed by the Receivership Order. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint and certain creditors regarding violations of the Receivership Order; and (b) preparing and serving approximately eight (8) "Suggestions of Receivership" to inform creditors and courts of the stay imposed by the Receivership Order.

- **Unexpired Real Property Leases** ($31,614.00 - 40.20 hours). This category includes services pertaining to Defendants' real property leases. Defendants operated their businesses out of the ports of Oakland, Tacoma, Seattle, and Savannah. Defendants had approximately 15 real property leases in connection with their operations as of the Appointment Date. The Receiver rejected and vacated all of Defendants' real property leases pursuant to a series orders entered during the Application Period. The Receiver also entered into settlements with the Port of Oakland and the Port of Tacoma during the Application Period. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, Pasha and various landlords regarding Defendants' real property leases; (b) reviewing Defendants' real property leases; (c) examining and analyzing caselaw and other authorities regarding (i) the Receiver's authority to reject real property leases and (ii) standards for approval of the Receiver's prosed settlements; (d) preparing three (3) motions to approve the Receiver's election to reject Defendants' real property leases; (e) communicating with counsel for the Port of Oakland to resolve the Receivership Estate's obligations under its leases with the port; (f) negotiating and drafting the Oakland Stipulation and a motion to approve same; (g) communicating with counsel for the Port of Tacoma to resolve all of the Receivership Estate's outstanding obligations under its lease with the port; and (e) negotiating and drafting the Tacoma Stipulation and a motion to approve same.

- **Business Operations** ($35,426.50 - 42.30 hours). This category includes services pertaining to assisting the Receiver in connection with the wind down of Defendants' businesses operations. Specifically, this category includes services related to: (a) communicating and corresponding with the Receiver, Newpoint, counsel for Plaintiff, Freightwave, Carson Consulting, and other parties regarding the wind down of Defendants' businesses; (b) negotiating and drafting an agreement with Freightwave to manage the wind down of the

Oakland Operations; (c) negotiating and drafting the agreement with Carson Consulting to provide union employees to work at the Oakland Port; (d) negotiating with customers regarding the payment of outstanding invoices in exchange for the release of their goods located at Defendants' facilities; (e) preparing an emergency motion to wind down Oakland Operations and enter into the Freightwave and the Carson Consulting agreements; (f) preparing independent contractor agreements enable Defendants' former employees to provide consulting services for the Receiver; (g) communicating and corresponding with several customers of Defendants regarding the payment of outstanding invoices; (h) negotiating and drafting agreements with Flexport International, LLC and Southern Glazer's Wine & Spirits, LLC to hold payments in a segregated account pending resolution of their respective disputed set off rights.

- **Case Administration** ($14,992.00 - 18.40 hours). This category includes services pertaining to all general case administration and any other services performed by Cozen O'Connor that cannot be more specifically categorized. These services include, but are not limited to: (a) communicating and corresponding with the Receiver and Newpoint regarding administrative matters, strategies for addressing various issues pending before the Court, and considering numerous issues that arose in the case during the Application Period; (b) communicating and corresponding with counsel for Defendants regarding administrative issues; (c) communicating and corresponding with counsel for NetSuite to enable the Receiver to regain access to Defendants' financial data; and (d) reviewing various pleadings.

- **Court Appearances** ($14,685.00 - 17.80 hours). This category includes services related to attendance at Court hearings, including: (a) preparing for and attending all hearings in the case on behalf of the Receiver including status hearings, the sale motion, and other motions presented to the Court; (b) participating in meetings at the courthouse either before or after scheduled hearings; and (c) reviewing and revising orders in connection with certain motions.

26.　　The hourly rates charged by Cozen O'Connor compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Cozen O'Connor professionals providing services to the Receiver. Further, the amount of time spent by Cozen O'Connor with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Receivership Estate.

27.　　To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled by a single Cozen O'Connor lawyer. However, it was sometimes necessary for more than one Cozen O'Connor attorney to be involved in certain meetings. Many of the issues

LEGAL\113529937\2

presented by the case have been legally and factually complex and the amounts at stake significant. The results of Cozen O'Connor's efforts in this case have benefited the Receivership Estate and its creditors. Cozen O'Connor respectfully submits that the compensation requested in the invoice represents a fair and reasonable amount that should be allowed in full.

## The Expenses Requested

28.     The actual and necessary expenses incurred by Cozen O'Connor during the Application Period is $4,887.58. All expenses incurred by Cozen O'Connor were incidental to the services provided to the Receiver during the Application Period.

29.     The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Disbursement Type | Amount |
|---|---|
| Delivery Service (Federal Express) | $134.19 |
| Filing Fees (US District Court) | $104.00 |
| Misc. Research Fees (Pacer) | $167.70 |
| Motion Filing Fee (US District Court) | $52.00 |
| Service Fees (Parcels, Inc) | $3,130.69 |
| Westlaw Research | $1,299.00 |
| **Total** | **$4,887.58** |

30.     All of the expenses for which reimbursement is sought are expenses that Cozen O'Connor customarily recoups from all of its clients.

## Payment Received by Cozen O'Connor During the Application Period

31.     Cozen O'Connor submitted the Monthly Statements to the Receiver, filed them with the Court, and served them on the Notice Parties pursuant to the Compensation Procedures Order. To date, Cozen O'Connor has received $364,152.58 in payment of fees and expenses related to the Application Period as follows:

| Month | Filed | Fees | Expenses | Hours |
|---|---|---|---|---|
| July-August 2025 | September 16, 2025; ECF 151 | $228,893.00 | $2,215.94 | 285.2 |
| September 2025 | October 21, 2025; ECF 189 | $62,900.50 | $0.00 | 76.3 |
| October 2025 | November 17, 2025; ECF 194 | $39,999.00 | $167.70 | 48.0 |
| November 2025 | December 15, 2025; ECF 200 | $18,645.00 | $2,489.26 | 22.6 |
| December 2025 | January 20, 2026; ECF 206 | $8,827.50 | $14.68 | 10.7 |
| **Total** | | **$359,265.00** | **$4,887.58** | **442.8** |

32.     Cozen O'Connor has received no objections to the Monthly Statements for the Application Period.

WHEREFORE, the Cozen O'Connor requests that the Court enter an order, in substantially the form attached hereto as **<u>Exhibit B</u>** that:

(a)     Allows Cozen O'Connor the amount of $359,265.00 in compensation for services rendered during the Application Period;

(b)     Allows Cozen O'Connor the amount of $4,887.58 in expense reimbursement for the Application Period; and

(c)     Grants such other and further relief as the court deems just and equitable.

Respectfully submitted,

COZEN O'CONNOR

Dated: March 6, 2026                By:     _/s/ Allen J. Guon_____
                                                            One of its Members

Allen J. Guon
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
P: (312) 474-4450
aguon@cozen.com

# EXHIBIT A



DATE

2/24/2026

| CLIENT INFO |
|---|
| 3713549       Brash, Matthew |
| MATTER INFO |
| 00645398 |
| Matthew Brash of Newpoint Advisors, Receiver — GSC Enterprises |
| , |

|  |  |
|---|---|
| Total Fees | 359,265.00 |
| Total Expenses | 4,887.58 |
| Total | 364,152.58 |

From Date: 7/1/2025 to: 12/31/2025

## Time Entry Detail

| Date | Initials | TK Code | Description of Services | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/4/2025 | AJG | 07841 | Reviewed and revised detailed statement of fees since appointment through August 31, 2025 for fee application. | REC10 | 1.10 | 825.00 | 907.50 |
| 9/7/2025 | AJG | 07841 | Prepared form of monthly statement for interim compensation. | REC10 | 0.30 | 825.00 | 247.50 |
| 9/10/2025 | AJG | 07841 | Email to M. Brash re: draft of Cozen invoice for receiver's review. | REC10 | 0.10 | 825.00 | 82.50 |
| 9/16/2025 | AJG | 07841 | Prepared Cozen Monthly Fee Statement for filing. | REC10 | 0.20 | 825.00 | 165.00 |
| 10/20/2025 | AJG | 07841 | Prepared Cozen monthly fee statement for September. | REC10 | 0.40 | 825.00 | 330.00 |
| 10/21/2025 | AJG | 07841 | Emails to and from M. Graham re: approval for Cozen invoice. | REC10 | 0.20 | 825.00 | 165.00 |
| 11/11/2025 | AJG | 07841 | Reviewed and revised statement of fees for October. | REC10 | 0.40 | 825.00 | 330.00 |
| 11/12/2025 | AJG | 07841 | Email to M. Brash re: review of Cozen October invoice. | REC10 | 0.10 | 825.00 | 82.50 |
| 11/14/2025 | AJG | 07841 | Prepared Cozen's October Monthly Fee Statement. | REC10 | 0.20 | 825.00 | 165.00 |
| 12/15/2025 | AJG | 07841 | Prepared notice of Cozen November invoice for filing and service. | REC10 | 0.20 | 825.00 | 165.00 |
|  |  |  | **Total Cozen Fee Applications** | **REC10** | **3.20** |  | **2,640.00** |
|  |  |  |  |  |  |  |  |
| 7/19/2025 | AJG | 07841 | Prepared motion and proposed order to employ Cozen as Receiver's counsel. | REC11 | 1.20 | 825.00 | 990.00 |
| 7/24/2025 | AJG | 07841 | Finalize Cozen retention application and proposed order and prepared same for filing. | REC11 | 1.20 | 825.00 | 990.00 |
| 7/28/2025 | AJG | 07841 | Examined order granting Cozen retention motion and email same to M. Brash. | REC11 | 0.10 | 825.00 | 82.50 |
|  |  |  | **Total Cozen Retention** | **REC11** | **2.50** |  | **2,062.50** |
|  |  |  |  |  |  |  |  |
| 7/25/2025 | AJG | 07841 | Email to and from M. Brash and Newpoint team re: preparation of notice to creditors concerning commencement of receivership (.1); prepared draft of initial letter to creditors (1.4). | REC12 | 1.50 | 825.00 | 1,237.50 |

| Date | | | Description | | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/26/2025 | AJG | 07841 | Revised Receiver's notice to creditors (.2); emails to and from M. Brash re: same (.1). | REC12 | 0.30 | 825.00 | 247.50 |
| 7/28/2025 | IB | 07836 | Review and revise A. Guon draft of general letter to parties in interest. | REC12 | 0.60 | 895.00 | 537.00 |
| 7/30/2025 | AJG | 07841 | Email to and from G. McFarland re: notices to creditors with questions about case. | REC12 | 0.10 | 825.00 | 82.50 |
| 7/30/2025 | AJG | 07841 | Reviewed final letter to creditors re: commencement of receivership and emails to and from G. McFarland re: same. | REC12 | 0.10 | 825.00 | 82.50 |
| 7/31/2025 | AJG | 07841 | Examined claim filed by J. Singh re proof of claim for Sihana Transport. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/1/2025 | AJG | 07841 | Email to and from K. Capuzzi (Wayfair) re: deadline to file claims. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/4/2025 | AJG | 07841 | Examined emails to and from J. Bittner and M. Brash re: independent contractors (truckers) asserting claims against receivership estate. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/5/2025 | AJG | 07841 | Conference with J. Sharon re: background information on case to claims bar date motion. | REC12 | 0.30 | 825.00 | 247.50 |
| 8/6/2025 | AJG | 07841 | Conference with Patrick (from Redback vendor) re: questions about receivership, claim submission and sale. | REC12 | 0.30 | 825.00 | 247.50 |
| 8/8/2025 | AJG | 07841 | Email to and from Nancy at Uline re: procedures for filing claims. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/8/2025 | AJG | 07841 | Email to P. Fredricks and J. Sharon re: Oakland creditor list for bar date motion. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/11/2025 | AJG | 07841 | Examined notice from Redback re: late receipt of objection deadline to file claim. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/11/2025 | AJG | 07841 | Email to and from S. Caruthers re: information needed to prepare creditor matrix for GSC entities (.1); prepared draft proof of claim form for creditors (.3) | REC12 | 0.40 | 825.00 | 330.00 |
| 8/11/2025 | AJG | 07841 | Conference with K. Spewak re: Bank of America accounts and whether accounts should be closed (.2); emails to and from G. McFarland re: whether BOA accounts will be closed (.1); email to K. Spewak re: request for account statement for BOA accounts (.1). | REC12 | 0.40 | 825.00 | 330.00 |
| 8/12/2025 | AJG | 07841 | Reviewed and revised draft motion to set claims bar date for all creditors and the United States government (1.9); conference with D. DeCelles at USAO re: bar date motion (.2); email to J. Sharon re: revisions to bar date motion (.1). | REC12 | 2.20 | 825.00 | 1,815.00 |
| 8/12/2025 | AJG | 07841 | Conference with M. Brash re: establishing website to provide information to creditors. | REC12 | 0.20 | 825.00 | 165.00 |
| 8/12/2025 | AJG | 07841 | Conference with G. McFarland re: claims bar date and reconciliation process. | REC12 | 0.30 | 825.00 | 247.50 |
| 8/12/2025 | AJG | 07841 | Email to and from K. Spewak re: request for Bank of America account agreements. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/13/2025 | AJG | 07841 | Examined email from B. Bitter re: claims of equipment operators at various GSC facilities. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/13/2025 | AJG | 07841 | Email to G. McFarland re: informational websites for creditors. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/14/2025 | AJG | 07841 | Further review and revisions to claims Bar Date (.6); conference with J. Sharon re: same (.1). | REC12 | 0.70 | 825.00 | 577.50 |
| 8/15/2025 | AJG | 07841 | Review and revise Receiver's motion to set claims bar date (.3); email to M. Brash re same (.2). | REC12 | 0.50 | 825.00 | 412.50 |
| 8/18/2025 | AJG | 07841 | Prepared correspondence to R. Sandhu re: demand for payment; reviewed demand letter from R. Sandhu for payment of A. Natt's claim (.1) and prepared correspondence to R. Sandhu re: notice of Receivership Order and Stay (.3). | REC12 | 0.40 | 825.00 | 330.00 |
| 8/18/2025 | AJG | 07841 | Emails to Patricia Fredericks re: updating creditor lists for claims bar date motion (.1); email to D. Meyers re: request for list of all pending litigation (.1). | REC12 | 0.20 | 825.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/19/2025 | AJG | 07841 | Reviewed electronic proof of claim form from Newpoint and provided detailed comments to same. | REC12 | 0.80 | 825.00 | 660.00 |
| 8/26/2025 | AJG | 07841 | Reviewed and tested electronic claims filing process for claims motion (.3); emails to and from Mr. Mejia re: claims process and website (.2); reviewed and revised claims bar date motion to reflect new procedure to electronically file claims on case website (1.8); email to M. Brash re: same (.1); emails to and from G. McFarland re: proposed email to creditors of Receiver's website (.2). | REC12 | 2.60 | 825.00 | 2,145.00 |
| 8/27/2025 | AJG | 07841 | Emails to and from S. Caruthers re: claim of Expeditors International. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/27/2025 | AJG | 07841 | Emails to and from G. McFarland re: comments to claim bar date motion (.2); revised and finalized claims bar date motion and email same to M. Brash (.4); examined emails to and from B. Bittner and G. McFarland re: update on claims process (.1); conference with D. DeCelles re: bar date motion and service issues (.3). | REC12 | 1.00 | 825.00 | 825.00 |
| 8/28/2025 | AJG | 07841 | Emails to and from D. Quaid and M. Brash re: Calloway rejection damages claim and rejection order. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/2/2025 | AJG | 07841 | Conference with G. McFarland and S. Caruthers re: reconciliation of Plaintiff's claim. | REC12 | 0.30 | 825.00 | 247.50 |
| 9/3/2025 | AJG | 07841 | Examined notice of insurance claim filed by T. Wallace (.1); examined claim asserted by State of California Labor Commissioner (.1); examined small claims action filed by J. Dhah filed in Alameda County court (.1); examined wage claim filed by Dynamic Collectors (.1). | REC12 | 0.40 | 825.00 | 330.00 |
| 9/3/2025 | AJG | 07841 | Emails to and from M. Brash and G. McFarland re: bar date order and finalizing creditor list for service (.2); finalized notice of bar date to creditors (.1). | REC12 | 0.30 | 825.00 | 247.50 |
| 9/3/2025 | AJG | 07841 | Conference with G. McFarland re: employee wage claim reconciliation analysis. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/5/2025 | AJG | 07841 | Reviewed and revised email notice to creditors re bar date. | REC12 | 0.40 | 825.00 | 330.00 |
| 9/7/2025 | AJG | 07841 | Prepared notice of claims bar date for publication. | REC12 | 0.80 | 825.00 | 660.00 |
| 9/8/2025 | AJG | 07841 | Reviewed Prologis claim (.1); email to M. Brash re: overstated administrative rent claim (.1). | REC12 | 0.20 | 825.00 | 165.00 |
| 9/8/2025 | AJG | 07841 | Email to and from M. Brash re: publication notice for claims bar date (.1); emails to and from M. Brash and G. McFarland re: filing and service of bar date notice to all creditors of defendants (.2); reviewed updated creditor list (.1). | REC12 | 0.40 | 825.00 | 330.00 |
| 9/9/2025 | AJG | 07841 | Email and from M. Graham re: additional creditor list for GSC employees. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/10/2025 | AJG | 07841 | Email to and from D. DeCelles re: IRS` request for EINs for each of the Defendants in connection with claim bar date motion. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/10/2025 | AJG | 07841 | Emails to and from M. Brash re: review of proposed notice of bar date for publication and placement. | REC12 | 0.20 | 825.00 | 165.00 |
| 9/11/2025 | AJG | 07841 | Emails to and from Nancy at Uline re: claims filing process. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/12/2025 | AJG | 07841 | Email to M. Brash re: notice to creditors and process for service of additional creditors. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/15/2025 | AJG | 07841 | Emails to and from C. Knez re: adding newly identified potential creditor to be served with bar date notice. | REC12 | 0.20 | 825.00 | 165.00 |
| 9/16/2025 | AJG | 07841 | Separate emails to and from M. Adeyemo and to and from M Brash re: TRAC Intermodal (.2); email to and from J. Sharon re: responding to creditor requests (.1). | REC12 | 0.30 | 825.00 | 247.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/19/2025 | AJG | 07841 | Call with D. DeCelles re: resolution of claim bar date motion. | REC12 | 0.20 | 825.00 | 165.00 |
| 9/24/2025 | AJG | 07841 | Separate emails to and from C. Knez, P. Fredericks and G. McFarland re: review of creditor matrix to ensure subordinated creditors received notice of bar date (.2); emails to and from B. Singh re: recovery of claim against estate (.2). | REC12 | 0.40 | 825.00 | 330.00 |
| 9/25/2025 | AJG | 07841 | Email to Mubeyin Halid re: request for assistance filing a claim | REC12 | 0.10 | 825.00 | 82.50 |
| 9/26/2025 | AJG | 07841 | Examined emails from M. Graham to H. Mubeyin and E. Horowitz re: process for filing claims against receivership estate. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/29/2025 | AJG | 07841 | Conference with D. DeCelles re: proposal to resolve United States` objection to bar date motion and possible new claim of Custstoms and Border Protection (CBP) . | REC12 | 0.20 | 825.00 | 165.00 |
| 9/29/2025 | AJG | 07841 | Examined email from M. Brash re: US Customs penalty for GSC Logistics (.1); email to D. DeCelles re: same (.1); email to J. VanBroekhoven at Int'l Bond and Marine re: GSC bonds and cash deposits as security (.3); conference with G. McFarland re: same (.1); email to C. Persing re: same (.1). | REC12 | 0.70 | 825.00 | 577.50 |
| 9/30/2025 | AJG | 07841 | Examined United States` response to Receiver`s motion to set claims bar date (.2); email to M. Brash and G. McFarland re: same (.1). | REC12 | 0.30 | 825.00 | 247.50 |
| 9/30/2025 | AJG | 07841 | Email to C. Knez re: confirming if International Marine was included in creditor list. | REC12 | 0.10 | 825.00 | 82.50 |
| 9/30/2025 | AJG | 07841 | Examined notice from North Carolina HHS re: request for additional information about case and email same to G. McFarland. | REC12 | 0.30 | 825.00 | 247.50 |
| 10/1/2025 | AJG | 07841 | Email to M. Brash re: international Bond & Marine not listed as creditor. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Examined Workday invoice and email same to M. Brash (.1); conference with G. McFarland re: same (.1); email to Z. Stump re: request for additional information on Workday invoice (.1). | REC12 | 0.30 | 825.00 | 247.50 |
| 10/6/2025 | AJG | 07841 | Examined claim of G. Abdulalem and email to G. McFarland re: whether claim was filed online. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/7/2025 | AJG | 07841 | Emails to and from M. Brash and R. Milici re: US Customs liquidated damages claim. | REC12 | 0.20 | 825.00 | 165.00 |
| 10/7/2025 | AJG | 07841 | Email to G. McFarland re: confirmation of claim filed by G. Abdulalem | REC12 | 0.10 | 825.00 | 82.50 |
| 10/8/2025 | AJG | 07841 | Reviewed Notice of Unemployment Insurance Claim filed by Lotofaatasi Maulupe and Alameda County 2025-2026 Unsecured Property Tax Statement (.1); separate emails to and from C. Knez and M. Brash re: service of bar date notice on the foregoing creditors (.1) | REC12 | 0.20 | 825.00 | 165.00 |
| 10/8/2025 | AJG | 07841 | Examined spreadsheet for returned bar date notices to creditor and emails to and from C. Knez re: reserving notice, filing certificate of service and tracking same. | REC12 | 0.20 | 825.00 | 165.00 |
| 10/8/2025 | AJG | 07841 | Initial review of S. Taylor loan documents and emails to and from S. Caruthers re: same. | REC12 | 0.20 | 825.00 | 165.00 |
| 10/13/2025 | AJG | 07841 | Reviewed Workday contract (.2); email to and to G. McFarland re: same (.1); email to Z. Stump re: same (.1). | REC12 | 0.40 | 825.00 | 330.00 |
| 10/13/2025 | AJG | 07841 | Examined Inter Metro Properties proof of claim and emailed same to G. McFarland. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/14/2025 | AJG | 07841 | Email to M. Brash re: executory contracts and unexpired lease lists (.1). | REC12 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/14/2025 | AJG | 07841 | Email from R. Milici re: US Customs penalty for GSC Logistics Inc (.1); email to bonding company for information on any bonds posted with surety for defendants (.1); email to Customs and Border Protection (CBP) re request for information concerning any CBP liquidated damages claims and any surety bonds issued for the benefit of CBP (.4). | REC12 | 0.60 | 825.00 | 495.00 |
| 10/15/2025 | AJG | 07841 | Emails to and from C. Baxter re: recovery of Crown infolink modules. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/15/2025 | AJG | 07841 | Email to and from M. Graham and S. Caruthers re: service of bar date notice on former employees. | REC12 | 0.20 | 825.00 | 165.00 |
| 10/17/2025 | AJG | 07841 | Reviewed proofs of publication for bar date notice and email to C. Knex re: same. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/17/2025 | AJG | 07841 | Emails to and from D. Munoz and D. DeCelles re: CBP claims against GSC Logistics and bond issue. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/20/2025 | AJG | 07841 | Examined email from D. Munoz re: CBP claim (.1); conference with D. DeCelles re: CBP claim against surety and resolution of bar date motion (.3). | REC12 | 0.40 | 825.00 | 330.00 |
| 10/21/2025 | AJG | 07841 | Email to D. DeCelles re: entered order and statements made to court regarding agreement on filing of federal claims | REC12 | 0.10 | 825.00 | 82.50 |
| 10/21/2025 | AJG | 07841 | Examined emails to and from G. McFarland and A. Staehelin re: outstanding balance owed by Expeditors International. | REC12 | 0.20 | 825.00 | 165.00 |
| 10/23/2025 | AJG | 07841 | Examined emails from S. Caruthers and A. Staehelin re: reconciliation of outstanding balance owed by Expeditors International of Washington | REC12 | 0.10 | 825.00 | 82.50 |
| 10/24/2025 | AJG | 07841 | Emails to and from D. DeCelles re DOL agreement to voluntarily file claims against the receivership estate. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/29/2025 | AJG | 07841 | Examined email from L. Kresge re: Expeditors International reconciliation. | REC12 | 0.10 | 825.00 | 82.50 |
| 10/29/2025 | AJG | 07841 | Examined demand from Flexport to return funds held in segregated account (.1); email memo to and from G. McFarland re: analysis of Flexport's request to set off pre and post-receivership claims (.5). | REC12 | 0.60 | 825.00 | 495.00 |
| 10/30/2025 | AJG | 07841 | Examined emails to and from G. McFarland and L. Kresage re: Expeditors International setoff claim (.1); conference with G. McFarland re: analysis of alleged set offs and process to analyze value of claims (.5); examined emails to and from C. Synakowski re: requests for documentation supporting claimed demurrage charges (.1). | REC12 | 0.70 | 825.00 | 577.50 |
| 11/6/2025 | AJG | 07841 | Examined Expeditor's revised spreadsheet for balance due and chargebacks. | REC12 | 0.10 | 825.00 | 82.50 |
| 11/6/2025 | AJG | 07841 | Emails to and from D. Murphy at International Bond re: request for information on pending customs bonds. | REC12 | 0.30 | 825.00 | 247.50 |
| 11/12/2025 | AJG | 07841 | Emails to and from G. McFarland re: AR reconciliation claims. | REC12 | 0.10 | 825.00 | 82.50 |
| 11/17/2025 | AJG | 07841 | Email to S. Caruthers re: NetSuite invoices for use of software by the receivership. | REC12 | 0.20 | 825.00 | 165.00 |
| 11/19/2025 | AJG | 07841 | Emails to and from S. Caruthers re: NetSuite invoices. | REC12 | 0.30 | 825.00 | 247.50 |
| 11/24/2025 | AJG | 07841 | Email to and from G. McFarland re: Flexport supporting documentation. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/1/2025 | AJG | 07841 | Examined email from B. Bittner re: claims analysis update and reconciliation with respect to independent contractor claims. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/2/2025 | AJG | 07841 | Email to and from A. Darcy re: Ottowa yard truck and separate email to G. McFarland re: same (.2); conference with G. Mc Farland re: same (.2). | REC12 | 0.40 | 825.00 | 330.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/2/2025 | AJG | 07841 | Examined email from C. Synakowski re: Flexport's refusal to provide information supporting chargebacks (.1); conference with G. McFarland re: same (.1); email to S. Freidman re: Flexports refusal to cooperate and potential subpoena for information (.2). | REC12 | 0.40 | 825.00 | 330.00 |
| 12/3/2025 | AJG | 07841 | Conference with S. Christianson re: continued use of NetSuite accounting software. | REC12 | 0.20 | 825.00 | 165.00 |
| 12/3/2025 | AJG | 07841 | Email to and from La Niece Brown re: status update on receivership. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/4/2025 | AJG | 07841 | Email from L. Brown and to G. McFarland re: issue with filing a claim against the receivership estate. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/5/2025 | AJG | 07841 | Reviewed emails and related documents between Newpoint and Flexport (.1); email to S. Friedman re: information needed to reconcile chargebacks (.3). | REC12 | 0.40 | 825.00 | 330.00 |
| 12/10/2025 | AJG | 07841 | Email to and from S. Friedman re: documents from Flexport to support purported setoffs. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/18/2025 | AJG | 07841 | Examined emails to and from M. Brash and B. Bittner re: update on claims process. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/19/2025 | AJG | 07841 | Email to G. McFarland re: Cordata storage claim. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/20/2025 | AJG | 07841 | Email to and from C. Schechter re: timing of distributions to creditors. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/22/2025 | AJG | 07841 | Email from G. McFarland re: Corodata invoices and document storage. | REC12 | 0.10 | 825.00 | 82.50 |
| 12/22/2025 | AJG | 07841 | Emails to and from G. McFarland re: Flexport setoff reduction. | REC12 | 0.10 | 825.00 | 82.50 |
| 8/18/2025 | PMF | 07859 | Continue work on service list for claims bar date motion. | REC12 | 1.20 | 355.00 | 426.00 |
| 8/19/2025 | PMF | 07859 | Add new parties to service list for claims bar date motion. | REC12 | 0.80 | 355.00 | 284.00 |
| 8/5/2025 | JS | 08939 | Analyze file documents for purposes of drafting motion to set bar date. | REC12 | 0.50 | 465.00 | 232.50 |
| 8/11/2025 | JS | 08939 | Draft motion to set claims bar date. | REC12 | 1.10 | 465.00 | 511.50 |
| 8/11/2025 | PMF | 07859 | Initial review of service list for bar date (.1). Update same (.5). Email exchanges regarding same (.2). | REC12 | 0.80 | 355.00 | 284.00 |
| 8/12/2025 | JS | 08939 | Continue drafting motion to set claims bar date. | REC12 | 0.90 | 465.00 | 418.50 |
| 8/13/2025 | JS | 08939 | Continue drafting and revising motion to set claims bar date. | REC12 | 0.40 | 465.00 | 186.00 |
| 8/13/2025 | PMF | 07859 | Create service list of California taxing bodies for bar date notice (1.1). Confer with A. Guon regarding same (.2). Review lists obtained from Newpoint and confer with C. Knez regarding discrepancy in lists received (.6). | REC12 | 1.90 | 355.00 | 674.50 |
| 8/14/2025 | JS | 08939 | Evaluate Seventh Circuit case law regarding United States bar dates for purposes of including in motion to set bar dates. | REC12 | 1.40 | 465.00 | 651.00 |
| 8/14/2025 | PMF | 07859 | Email exchanges and confer with C. Knez regarding revisions to service list for claims bar date motion. | REC12 | 0.40 | 355.00 | 142.00 |
| 8/15/2025 | JS | 08939 | Analyze additional case law regarding sovereign immunity for purposes of including United States in claims bar date motion. | REC12 | 0.60 | 465.00 | 279.00 |
| 8/18/2025 | JS | 08939 | Continued drafting motion to set claims bar date. | REC12 | 1.60 | 465.00 | 744.00 |
| | | | **Total Creditors and Claims** | **REC12** | **40.80** | | **28,965.00** |
| | | | | | | | |
| 12/9/2025 | AJG | 07841 | Prepared subpoena and began drafting rider to same for documents from Flexport. | REC13 | 0.80 | 825.00 | 660.00 |
| 12/16/2025 | AJG | 07841 | Prepared Rider to IB&M subpoena for documents relating to surety bonds and collateral (1.2); email to M. Brash re: same (.1). | REC13 | 1.30 | 825.00 | 1,072.50 |

| Date | Initials | Code | Description | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 12/23/2025 | AJG | 07841 | Prepared subpoena for International Bond & Marine and notice of subpoena and finalized Rider thereto. | REC13 | 0.60 | 825.00 | 495.00 |
| | | | **Total Discovery** | **REC13** | **2.70** | | **2,227.50** |
| | | | | | | | |
| 7/25/2025 | AJG | 07841 | Multiple emails to and from M. Brash and J. Servatius re: payment of July health insurance premiums for July and amounts due. | REC14 | 0.20 | 825.00 | 165.00 |
| 7/25/2025 | AJG | 07841 | Email to and from J. John Servatius re: health insurance cancellation and payment deadlines. | REC14 | 0.10 | 825.00 | 82.50 |
| 7/30/2025 | AJG | 07841 | Examined emails to and from J. Servatius re: healthcare benefits (.1); analysis of legal issues related to payment of employee benefits for July (.6); began drafting emergency motion to pay July insurance benefits and terminate related benefit plans (1.6); conferences (2) with M. Brash re: payment of health insurance and related issues (.6). | REC14 | 2.90 | 825.00 | 2,392.50 |
| 7/31/2025 | AJG | 07841 | Revised and finalized motion and proposed order to pay life and health plan benefits and terminate plan and prepared same for filing (1.0); emails to and from Newpoint re: revisions to proposed emergency motion and order (.1); email to S. McClintic re: emergency motion (.1) | REC14 | 1.20 | 825.00 | 990.00 |
| 8/1/2025 | AJG | 07841 | Conference with G. McFarland re: collection of accounts receivable, independent contractor agreements and termination of 401(k) | REC14 | 0.30 | 825.00 | 247.50 |
| 8/4/2025 | AJG | 07841 | Conference with M. Graham and M. Brash re: termination of 401(k). | REC14 | 0.20 | 825.00 | 165.00 |
| 8/5/2025 | AJG | 07841 | Examined emails from I. Bodenstein re: fiduciaries to wind down 401(k) plans (.1); email to M. Brash re: process to terminate and wind down 401(k) (.1) | REC14 | 0.20 | 825.00 | 165.00 |
| 8/27/2025 | AJG | 07841 | Conference with I. Bodenstein re: 401(k) plan termination (.3); reviewed certain provisions of 401(k) basic documents and adoption agreement (.3); email to M. Brash re: plan provisions related to termination and next steps to terminate plan (.3) | REC14 | 0.90 | 825.00 | 742.50 |
| 8/28/2025 | AJG | 07841 | Examined email from J. Servatius re: no other 401(k) plans other than GSC Enterprises with Fidelity. | REC14 | 0.10 | 825.00 | 82.50 |
| 9/5/2025 | AJG | 07841 | Emails to and from J. Servatius re: termination of 401(k) and audit costs. | REC14 | 0.20 | 825.00 | 165.00 |
| 9/9/2025 | AJG | 07841 | Conference with G. McFarland and J. Servatius re: 401(k) wind down issues. | REC14 | 0.50 | 825.00 | 412.50 |
| 9/10/2025 | AJG | 07841 | Conference with M. Borror re: termination of 401 (k) at fidelity (.5); separate emails to and from M. Borror and J. Servatius re: retention and 401(k) plan (.2). | REC14 | 0.70 | 825.00 | 577.50 |
| 9/11/2025 | IB | 07836 | Discuss 401(k) administration with A. Guon. | REC14 | 0.20 | 895.00 | 179.00 |
| 9/11/2025 | AJG | 07841 | Review and revised motion to terminate 401(k) plan based on comments received (.8); conference with J. Dorsch re: 401(k) plan termination (.3); conference with M. Brash re: same (.1). | REC14 | 1.20 | 825.00 | 990.00 |
| 9/12/2025 | AJG | 07841 | Reviewed plan documents and prepared letter to instruct Fidelity to provide information re: 401 (k) plan. | REC14 | 0.60 | 825.00 | 495.00 |
| 9/12/2025 | AJG | 07841 | Email to M. Brash re: potential professionals to wind down 401(k) plan. | REC14 | 0.20 | 825.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/12/2025 | AJG | 07841 | Review 401(k) plan adoption agreement documents (.2) and prepared letter of instruction to Fidelity (.4); updated and finalized motion to terminate 401(k) and proposed order (.4); email to M. Brash re: same (.1). | REC14 | 1.10 | 825.00 | 907.50 |
| 9/15/2025 | AJG | 07841 | Update 401(k) instruction letter to Fidelity (.3); Email to M. Brash re: letter of direction to Fidelity re: 401(k) plan (.1); examined email from J. Servatius re: 401(k) letter to Fidelity (.1); finalized letter to Fidelity for Receiver's signature (.1). | REC14 | 0.60 | 825.00 | 495.00 |
| 9/16/2025 | AJG | 07841 | Prepared motion to terminate 401(k) plan for filing (.2); examined email from J. O`Connors re: 401(k) plan wind down (.1); email to and from C. Aspinwall re: request for information on GSC plan (.1). | REC14 | 0.40 | 825.00 | 330.00 |
| 9/26/2025 | AJG | 07841 | Emails to and from J. Servatius and G. McFarland re: 401(k) participant data report | REC14 | 0.10 | 825.00 | 82.50 |
| 10/5/2025 | AJG | 07841 | Email to C. Phillipps re: information about the companies` 401(k) plan. | REC14 | 0.10 | 825.00 | 82.50 |
| 10/8/2025 | AJG | 07841 | Email to and from C. Phillipps re: next steps with respect to 401(k) termination (.1); examined email from C. Phillipps to Fidelity re: information needed for plan termination (.1). | REC14 | 0.20 | 825.00 | 165.00 |
| 10/9/2025 | AJG | 07841 | Call with M. Brash, C. Phillipps, J. O'Connor and C. Persing re: 401(k) transition to independent fiduciary. | REC14 | 0.40 | 825.00 | 330.00 |
| 10/13/2025 | AJG | 07841 | Email from C. Phillipps re: GSC Enterprises 401(k) Plan and review of 2024 Form 5500 | REC14 | 0.20 | 825.00 | 165.00 |
| 10/14/2025 | AJG | 07841 | Emails to and from C. Phillipps re: Fidelity notice concerning A. Sandoval. | REC14 | 0.20 | 825.00 | 165.00 |
| 10/16/2025 | AJG | 07841 | Conference with C. Persing and C. Phillipps re: information needed to administer and wind down 401(k) plan (.8); examined email from G. McFarland re: unfunded 401(k) contributions and plan information (.1). | REC14 | 0.90 | 825.00 | 742.50 |
| 10/16/2025 | AJG | 07841 | Email to G. Graham re: information requested by 401K plan fiduciary (.1). | REC14 | 0.10 | 825.00 | 82.50 |
| 10/23/2025 | AJG | 07841 | Examined email from C. Phillipps re: request for information concerning final payrolls and 401(k) contributions (.1); examined email from Barbara Retallick re: 401(k) payment clarifications (.1). | REC14 | 0.20 | 825.00 | 165.00 |
| 10/30/2025 | AJG | 07841 | Emails to and from C. Phillipps and G. McFarland re: additional contact information needed for 401(k) plan and separate email to G. McFarland re: same. | REC14 | 0.20 | 825.00 | 165.00 |
| 11/11/2025 | AJG | 07841 | Emails to and from C. Persing and C. Phillipps re: Fideliy`s failure to provide information necessary to terminate 401(k) plan (.2); conference with G. McFarland and M. Brash re: 401(k) call with fiduciary and former employees concerning unpaid contributions (.3). | REC14 | 0.50 | 825.00 | 412.50 |
| 11/14/2025 | AJG | 07841 | Examined email from Fidelity re: responses to Persing`s request for information. | REC14 | 0.10 | 825.00 | 82.50 |
| 11/24/2025 | AJG | 07841 | Examined email from C. Phillipps re: engagement letter from Seward to assist in 401(k) winddown and emails to and from M. Brash re: same. | REC14 | 0.20 | 825.00 | 165.00 |
| 12/3/2025 | AJG | 07841 | Email to M. Brash re: fiduciary`s request to retain ERISA counsel to wind down plan. | REC14 | 0.10 | 825.00 | 82.50 |
| 12/19/2025 | AJG | 07841 | Email to and from C. Phillipps and C. Persin re: retention of counsel for 401(k) plan. | REC14 | 0.10 | 825.00 | 82.50 |
| 7/31/2025 | IB | 07836 | Review and revise draft order re: health insurance. | REC14 | 0.20 | 895.00 | 179.00 |
| 8/5/2025 | IB | 07836 | Discuss and provide A Guon 401(k) administration resources and sample pleadings. | REC14 | 0.50 | 895.00 | 447.50 |
| 8/27/2025 | IB | 07836 | Review 401(k) documents and J. Servatius email re: plan termination (1.0); discuss with A. Guon (.3). | REC14 | 1.30 | 895.00 | 1,163.50 |

| Date | Initials | Code | Description | REC | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/19/2025 | IB | 07836 | Emails with C. Persing and A. Guon re: 401(k) wind down. | REC14 | 0.10 | 895.00 | 89.50 |
| | | | **Total Employee Benefits/Pensions/401 (k)/Termination Issues** | **REC14** | **17.50** | | **14,598.50** |
| | | | | | | | |
| 7/18/2025 | AJG | 07841 | Examined email from S. Taylor re: potential class action lawsuit for unpaid wages. | REC15 | 0.10 | 825.00 | 82.50 |
| 8/8/2025 | AJG | 07841 | Examined email from S. Caruthers re: employee access to Port Property for ex-employees to recover personal belongings. | REC15 | 0.10 | 825.00 | 82.50 |
| 8/8/2025 | AJG | 07841 | Conference with M. Alcantar re: claim for unpaid wages (.1); email to P. Fredricks and J. Sharon re: Oakland creditor list for bar date motion (.1). | REC15 | 0.10 | 825.00 | 82.50 |
| 8/8/2025 | AJG | 07841 | Review Notice of Claim from California Department of Labor and email to G. McFarland re same | REC15 | 0.10 | 825.00 | 82.50 |
| 8/11/2025 | AJG | 07841 | Email from S. Caruthers re: removal of employee personal items from Oakland facility (.1); reviewed and revised draft of proposed email to former employees to collect personal belongings and email same to S. Caruthers (.5). | REC15 | 0.60 | 825.00 | 495.00 |
| 8/12/2025 | AJG | 07841 | Prepared acknowledgement of personal item pick up for Oakland facility and email same to M. Brash. | REC15 | 0.20 | 825.00 | 165.00 |
| 8/12/2025 | AJG | 07841 | Email to and from M. Brash re: Worker Rights Complaint filed by Ryan Sumpter (.1); reviewed notice from Washington Department of Labor re: Sumpter wage complaint (.1). | REC15 | 0.20 | 825.00 | 165.00 |
| 8/26/2025 | AJG | 07841 | Examined unemployment claim filed by T. Wallace with CA Employment Development Department (.1). | REC15 | 0.10 | 825.00 | 82.50 |
| 11/11/2025 | AJG | 07841 | Examined WA Department of Labor Complaints filed by Christina Cervantes, Amanda Gower, Felicia Merit and Sarah Strong (.3); email to G. McFarland re: same (.1). | REC15 | 0.40 | 825.00 | 330.00 |
| 12/11/2025 | AJG | 07841 | Examined subpoena for documents re: M. Aranda (.3); reviewed documents responsive to subpoena (.1); emails to G. McFarland re: same (.1). | REC15 | 0.50 | 825.00 | 412.50 |
| 12/18/2025 | AJG | 07841 | Separate emails to and from K. Sneed and G. McFarland re: insurance information for former employee | REC15 | 0.10 | 825.00 | 82.50 |
| 12/19/2025 | AJG | 07841 | Email to and from Ms. Caparino re: responding to Aranda subpoena. | REC15 | 0.40 | 825.00 | 330.00 |
| 12/22/2025 | AJG | 07841 | Emails from G. McFarland and to K. Sneed re: information to make insurance claim on behalf of former employee. | REC15 | 0.10 | 825.00 | 82.50 |
| | | | **Total Employee Issues** | **REC15** | **3.00** | | **2,475.00** |
| | | | | | | | |
| 7/16/2025 | AJG | 07841 | Reviewed email from M. Richardson re: containers at Oakland port (.1); reviewed correspondence from D. Meyers re background information on various pending legal matters and requests to be retained by receiver (.2); reviewed emails from M. Brash throughout day re: background information on defendants and pending issues (.2); examined complaint filed by plaintiff (.3). | REC18 | 0.80 | 825.00 | 660.00 |

| Date | Initials | Code | Description | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/17/2025 | AJG | 07841 | Conference with B. Brash and Newpoint team re: background on defendants and case (1.1); conference with M. Stockl re: background information (.5); reviewed UCC searches, AP aging and customer lists from lender (.9); emails to and from M. Stockl re: UCC searches, customer lists, A/P aging and Receiver Order (.3); emails to and from M. Brash and others at Newpoint throughout day re: initial tasks to secure property, initial response to creditors, truckers at facilities, customers and vendors demands (1.1). | REC18 | 3.90 | 825.00 | 3,217.50 |
| 7/17/2025 | AJG | 07841 | Prepared notice of commencement of receivership to be posted at Seattle, Tacoma and Oakland facilities. | REC18 | 0.40 | 825.00 | 330.00 |
| 7/18/2025 | AJG | 07841 | Conference with Newpoint team, Defendants' counsel and Taylors re: background information and next steps for receivership (1.3); conference with M. Brash re: information needed from Taylors (.3). | REC18 | 1.60 | 825.00 | 1,320.00 |
| 7/18/2025 | AJG | 07841 | Conference with M. Brash re: Amazon litigation, revised receiver order, engagement and related items. | REC18 | 0.20 | 825.00 | 165.00 |
| 7/22/2025 | AJG | 07841 | Conference with M. Brash re: asset sale, labor union demands, securing Savanna location. | REC18 | 0.20 | 825.00 | 165.00 |
| 7/28/2025 | AJG | 07841 | Email to M. Stockl re: request for updated lien searches as of the receiver's appointment. | REC18 | 0.10 | 825.00 | 82.50 |
| 8/12/2025 | AJG | 07841 | Emails to and from S. Caruthers and T. Drake re: investigation of GSC software platforms. | REC18 | 0.10 | 825.00 | 82.50 |
| 8/13/2025 | AJG | 07841 | Conference with M. Graham, M. Brash and S. Caruthers re: all pending matters including, delivery of goods, Pasha sale items, Oakland Port negotiations, Chase and Bank of America Funds, document retention, Savannah wrap-up and 401(k) termination. | REC18 | 1.30 | 825.00 | 1,072.50 |
| 9/5/2025 | AJG | 07841 | Examined Amazon's letter to SDNY court requesting a continuance of trial (.1); emails to and from R. Honecker and M. Brash re: same (.2); examined draft response to request for continuance (.1); examined order from SDNY continuing trial (.1). | REC18 | 0.50 | 825.00 | 412.50 |
| 7/28/2025 | PMF | 07859 | Obtain registered agent information for 10 entities and create chart for same. | REC18 | 0.80 | 355.00 | 284.00 |
| | | | **Total General Investigation** | **REC18** | **9.90** | | **7,791.50** |
| | | | | | | | |
| 7/22/2025 | AJG | 07841 | Emails to and from M. Brash re: termination of insurance. | REC19 | 0.10 | 825.00 | 82.50 |
| 7/29/2025 | AMM | 02037 | Email from Newpoint with insurance requirements for Oakland operations | REC19 | 0.10 | 925.00 | 92.50 |
| 9/3/2025 | AJG | 07841 | Email to and from G. McFarland re: Protective Insurance policies (.1); conference with G. McFarland re: possible termination of Protective Insurance letter of credit with Chase (.2). | REC19 | 0.30 | 825.00 | 247.50 |
| 9/17/2025 | AJG | 07841 | Examined email from M. Brash re: GSC insurance policies | REC19 | 0.10 | 825.00 | 82.50 |
| 9/24/2025 | AJG | 07841 | Examined email from M. Brash re: GSC insurance policies. | REC19 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Emails to and from G. McFarland re: D&O tail coverage (.1); conference with M. Brash re: same (.2). | REC19 | 0.30 | 825.00 | 247.50 |
| 10/16/2025 | AJG | 07841 | Email correspondence to and from David J. Munoz regarding bonds issued to Customs and Border Protection. | REC19 | 0.10 | 825.00 | 82.50 |
| 10/16/2025 | AJG | 07841 | Conference with M. Brash and G. McFarland re: payment of insurance premiums. | REC19 | 0.20 | 825.00 | 165.00 |
| 10/16/2025 | AJG | 07841 | Reviewed D&O policy in preparation for call with Taylor's counsel (1.2). | REC19 | 1.20 | 825.00 | 990.00 |
| 10/20/2025 | AJG | 07841 | Conference with M. Brash, G. McFarland and M. Edlund re: review of insurance for receivership. | REC19 | 0.40 | 825.00 | 330.00 |

| 10/21/2025 | AJG | 07841 | Email to and from M. Graham re: timing of discussions with Taylor's counsel concerning the D&O policy tail. | REC19 | 0.10 | 825.00 | 82.50 |
|---|---|---|---|---|---|---|---|
| 10/24/2025 | AJG | 07841 | Conference with C. Kuhner re: former officers' request for tail D&O policy. | REC19 | 0.50 | 825.00 | 412.50 |
| 10/30/2025 | AJG | 07841 | Emails to and from R. Milici re: request for information on surety bond. | REC19 | 0.20 | 825.00 | 165.00 |
| 12/8/2025 | AJG | 07841 | Email to D. Murphy re: request for surety bond information. | REC19 | 0.10 | 825.00 | 82.50 |
| 12/8/2025 | AJG | 07841 | Email to and from R. Milici re: notice of stay prohibiting actions against GSC Logistics related to surety bond for Customs and Border Protection claims. | REC19 | 0.20 | 825.00 | 165.00 |
| 10/15/2025 | MJE | 05888 | Review GSC's insurance program, including the D&O policy | REC19 | 1.50 | 895.00 | 1,342.50 |
| 10/16/2025 | MJE | 05888 | Review file materials relating to insured versus insured exclusion on the subject D&O policy and claims made and reported provisions | REC19 | 0.50 | 895.00 | 447.50 |
| 10/17/2025 | MJE | 05888 | Examine issue related to the availability of D&O insurance related to potential coverage for claims | REC19 | 1.50 | 895.00 | 1,342.50 |
| 10/20/2025 | MJE | 05888 | Prepare for (.1) and attend call with Receiver regarding insurance and insurance related issues (.4) | REC19 | 0.50 | 895.00 | 447.50 |
| 10/23/2025 | MJE | 05888 | Review insurance policies issued to GSC | REC19 | 1.20 | 895.00 | 1,074.00 |
| 10/24/2025 | MJE | 05888 | Prepare for and attend call with Marsh relating to insurance issues | REC19 | 0.50 | 895.00 | 447.50 |
| | | | **Total Insurance Issues** | **REC19** | **9.70** | | **8,411.50** |
| | | | | | | | |
| 7/18/2025 | AJG | 07841 | Discussion with M. Brach re: potential sale of Seattle assets and receiver order issues. | REC2 | 0.20 | 825.00 | 165.00 |
| 7/20/2025 | AJG | 07841 | Conference with Newpoint Team re: sale of Seattle operations including part of call with M. Johnson from Pasha Group (1.2); follow-up call with G. McFarland re: same (.3); examined emails from G. McFarland and M. Brash re: agreement in principle with Pasha (.2). | REC2 | 1.70 | 825.00 | 1,402.50 |
| 7/20/2025 | AJG | 07841 | Reviewed MacMillan equipment appraisal. | REC2 | 0.20 | 825.00 | 165.00 |
| 7/21/2025 | AJG | 07841 | Conference with Newpoint team and lender team re: proposed transition services and sale with Pasha Group (.6); examined emails from M. Stockl re: lender's support of Pasha sale (.1); conference with M. Johnson re: terms of APA (.3); call with M. Johnson and L. Cisz re: terms of transactions (.7); conference with A. Madonia (and with M. Johnson and L. Cisz for part) re: structure of transaction (1.7); email to L. Cisz re: lender's lien searches (.1); prepared first draft of asset purchase agreement for Pasha's purchase of McMillan assets (2.6). | REC2 | 6.10 | 825.00 | 5,032.50 |
| 7/22/2025 | AJG | 07841 | Conferences (2) with A. Madonia re: management services agreement (MSA) and asset purchase agreement (APA)(.5); reviewed, revised and finalized draft of MSA and APA (3.6); multiple emails to and from A. Madonia re: APA and MSA terms and revisions (.4); call with Newpoint team and A. Madonia to review agreements and terms (.6); email to and from M. Brash re: sale hearing (.1); reviewed revised draft of APA and MSA from Pasha and prepared redlines of same (.4); emails to and from M. Johnson and Newpoint team throughout day re: Pasha transaction (.3); emails to Newpoint team re: comments to APA and MSA (.2). | REC2 | 6.10 | 825.00 | 5,032.50 |

| Date | Initials | Matter | Description | Code | Hours | Rate | Amount |
|------|----------|--------|-------------|------|-------|------|--------|
| 7/23/2025 | AJG | 07841 | Multiple conferences throughout day with M. Brash re: information needed to finalize Pasha Management Services Agreement (MSA) and Asset Purchase Agreement (APA) and emergency motions to approve same (.5); multiple emails throughout day to and from A. Madonia re: revisions to APA and MSA (.5); reviewed and made revisions to multiple drafts of the APA and MSA (.8); multiple emails to and from Pasha team re: revisions to MSA, purchase agreement, equipment and accounts receivable schedules and emergency motion (.7); conference with A. Madonia and M. Brash re: additional comments to APA and MSA (.4); call with M. Johnson re: landlord waivers and MSA terms (.2); examined landlord subordination agreement for 2960 4th Ave lease (.1); emails to and from G. McFarland re: review of multiple drafts of APA and MSA (.2); conference with G. McFarland re: finalizing schedules (.2). | REC2 | 3.70 | 825.00 | 3,052.50 |
| 7/23/2025 | AJG | 07841 | Conference with M. Stockl re: emergency hearing on motion to approve MSA and PSA. | REC2 | 0.10 | 825.00 | 82.50 |
| 7/23/2025 | AJG | 07841 | Emails to and from S. McClintic re: request for emergency hearing on motion to approve MSA and APA. | REC2 | 0.20 | 825.00 | 165.00 |
| 7/23/2025 | AJG | 07841 | Conferences (2) with L. Cisz re: equipment schedule and timing of motions and service list for key stakeholders (.2). | REC2 | 0.20 | 825.00 | 165.00 |
| 7/23/2025 | AJG | 07841 | Continued to prepare, revise and finalized emergency motion to approve MSA and PSA including revisions from lender, Receiver, Pasha and filed same | REC2 | 4.80 | 825.00 | 3,960.00 |
| 7/23/2025 | AJG | 07841 | Emails to and from C. Sanfelippo re: filings and service of motion sale motions | REC2 | 0.20 | 825.00 | 165.00 |
| 7/24/2025 | AJG | 07841 | Multiple emails to from S. McClintic re: request for hearing on emergency services/sale motion and submission of proposed order (.2); prepared proposed order granting emergency services/sale motion and made revisions to same based on comments from Pasha, Receiver and lender and filed proposed order with court (2.3); emails to and from M. Brash re: revisions to proposed order (.2); multiple separate emails to and from Pasha team re: court's response and proposed order (.4); emails to and from M. Stockl re emergency services/sale motion and proposed order (.1); conference with M. Stockl re: same (.1); email to all counsel of record re: proposed order granting emergency services/sale motion (.2); email to and from A. Madonia re: revisions to emergency services/sale motion order (.1); email proposed order on emergency services/sale motion to court (.1). | REC2 | 3.70 | 825.00 | 3,052.50 |
| 7/25/2025 | AJG | 07841 | Multiple emails to and from M. Johnson and Newpoint and Pasha teams re:  emergency motion to enter into MSA and preliminary sale approval and entry of original and revised orders (.2); emails to and from S. McClintic re: emergency motion and updating order to include exhibits (.1); emails to and from M. Brash re: court entering order on MSA and proposed sale and executing  agreements (.1); examined entered order approving MSA and preliminary approval sale (.1); email to G. McFarland re: noticing obligations under sale order and need for final list of creditors (.1); conference with M. Johnson re: transition of Seattle Operations to Pasha (.3); reviewed draft letter from M. Johnson re: transition letter to customers of Seattle Operations (.1) and revisions from M. Brash re: same (.1). | REC2 | 1.10 | 825.00 | 907.50 |
| 7/25/2025 | AJG | 07841 | Conference with G. McFarland re: transition under Pasha and preparing for sale (.3). | REC2 | 0.30 | 825.00 | 247.50 |

| 7/26/2025 | AJG | 07841 | Compiled filed Master Services Agreement and Purchase Agreement and email same to Pasha and Newpoint teams. | REC2 | 0.20 | 825.00 | 165.00 |
|---|---|---|---|---|---|---|---|
| 7/28/2025 | AJG | 07841 | Conference with M. Johnson re: turnover of operations in Seattle, service of creditors and information for upcoming sale hearing (.3); conference with L. Cisz re: declarations in support of sale hearing (.1); prepared notice of sale and objection deadline for MacMillan/Tacoma sale (1.5); email to M. Brash, G. McFarland and P. Fredericks re: instructions for notice and mailing list (.2); email to M. Johnson and L. Cisz re: same (.1). | REC2 | 2.20 | 825.00 | 1,815.00 |
| 7/29/2025 | AJG | 07841 | Examined minute order setting hearing on motion to amend receiver order and email to M. Brash re: same. | REC2 | 0.10 | 825.00 | 82.50 |
| 7/29/2025 | AJG | 07841 | Examined email from M. Brash re: revisions to notice of Pasha sale (.1); reviewed draft of notice to creditors, vendors an employees for MacMillan and Tacoma (.1); conferences (3) with P. Fredericks re: service of all creditors for Pasha sale (.3); emails to and from P. Fredericks re: notice to landlords and property addresses for real estate taxing authorities (.1); reviewed service list for sale motion (.2). | REC2 | 0.80 | 825.00 | 660.00 |
| 7/29/2025 | AJG | 07841 | Email to and from N. Edwards re: negotiation of short-term lease with Pasha Logistics and termination of underlying lease (.1); conference with L. Cisz re: process for rejection of leases (.1). | REC2 | 0.20 | 825.00 | 165.00 |
| 7/30/2025 | AJG | 07841 | Email to Receiver and L. Cisz re: notice of sale and service of same (.1); emails to and from M. Johnson re: collection of receivables and allocation under sale agreement (.2); email to and from M. Brash re: same (.1); reviewed affidavit of service from Parcels and Certificate of Service for mailing to all known creditors of MacMillan and Tacoma for sale motion (.1); email to and from G. McFarland re: service of sale motion to creditors that contacted receiver (.2). | REC2 | 0.70 | 825.00 | 577.50 |
| 7/31/2025 | AJG | 07841 | Conference with L. Cisz re: court's request for parties to appear at sale hearing and preparation of declarations in support of sale. | REC2 | 0.10 | 825.00 | 82.50 |
| 7/31/2025 | AJG | 07841 | Emails to and from L. Brown at Wells Fargo re: whether equipment is part of sale and claim and email to G. McFarland re: same (.2); email B. Muchinsky re: 2960 4th Ave LP re: potential objection to sale (.1); Email to and from R. Honecker re: sale/objection deadline to Pasha sale (.1). | REC2 | 0.40 | 825.00 | 330.00 |
| 8/1/2025 | AJG | 07841 | Examined emails from N. Edward and M. Johnson re: position with respect to sale in connection with Holgate facility (.1); Conference with B. Muchinsky re: position with respect sale in connection with 2960 4th Avenue, Seattle lease (.2); email to M. Brash re: same (.1); examined email from M. Johnson re: accounts receivable reconciliation for sale (.1). | REC2 | 0.50 | 825.00 | 412.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/4/2025 | AJG | 07841 | Prepared Declaration of Receiver in support of sale of Seattle Operations to Pasha Logistics (3.9); reviewed G2 materials and engagement letter for information on pre-receivership marketing efforts (.2); reviewed draft affidavit from Pasha in support of sale (.2); conference with G. McFarland re: possible objection from Bank of America (.1); emails to and from J. Hitchings re: no objection to sale from Bank of America and cash balance of BOA bank accounts (.2); examined objection of Baljit Sandhu to sale (.1); examined email from M. Brash re: employees hired by Pasha (.1); examined sale objection filed by T. Singh (.1); examined objection to Prologis to sale (.1); conferences (2) with L. Cisz re: objection filed by Holgate landlord and lease rejection plan (.3); email to M. Brash re: vacating Holgate lease (.1); examined Cargomatic sale objection and email to M. Brash re: same (.1); examined emails from G. McFarland and M. Brash re: discussions with Cargomatic representative (.1); conference with M. Brash re: sale objections (.3). | REC2 | 5.90 | 825.00 | 4,867.50 |
| 8/5/2025 | AJG | 07841 | Conference with M. Towner (from Davison Distributing) re: sale notice (.1); conference with representative at Redback re: sale notice (.1); conference with Aaron from Viking Automatic Sprinkler re: sale notice (.1). | REC2 | 0.30 | 825.00 | 247.50 |
| 8/5/2025 | AJG | 07841 | Reviewed Cargomatic objection and email to M. Stockl re: same (.1); prepared proposed sale order for MacMillan/Tacoma sale to Pasha Logistics (2.8); conference with G. McFarland re: Cargomatic objection (.2); examined emails from M. Johnson, M. Holland and N. Edwards re: payment of rent and vacating Holgate leases in connections with sale (.2); conference with B. Morgan re: Prologis sale objection (.1); conference with M. Gustafson re: Holgate lease (.1); conference with G. McFarland re: Cargomatic sale objection (.3); detailed review of Bowden declaration and analysis of same (.4); conference with J. O'Connor re: Cargomatic objection (.1); conference with L. Cisz re: same (.2); conference with L. Cisz, M. Johnson and J. Bowden re: planning for sale hearing (.8). | REC2 | 5.30 | 825.00 | 4,372.50 |
| 8/6/2025 | AJG | 07841 | Prepared proposed comments to Bowden declaration (.1); emails to and from M. Johnson and L. Cisz re: Jay Bowden declaration (.2); conference with L. Cisz re: same (.1); conference with M. Brash re: detailed review of draft declarations in support of sale (1.1); revised declaration of M. Brash in support of sale based on comments received (1.6); emails to and from M. Brash re: same (.1); conference with B. Morgan re: withdrawal of Prologis objection to sale (.1); review all filed objections to sale to prepare Receiver's response (.6); prepared omnibus objection to sale in response to Cargomatic, Prologis and six vendor objections (3.4); revised sale order for exhibit to response to objections (.2). | REC2 | 7.50 | 825.00 | 6,187.50 |
| 8/6/2025 | AJG | 07841 | Examined mails from M. Stockl and M. Brash re: certificates for vehicles at Seattle Operations. | REC2 | 0.10 | 825.00 | 82.50 |
| 8/6/2025 | AJG | 07841 | Research and analyze authorities re: (i) Article III standing and intervention requirements in federal court, including recent case law and procedural rules and timing for establishment of secured claims against receivership estate. | REC2 | 1.60 | 825.00 | 1,320.00 |

| 8/7/2025 | AJG | 07841 | Emails to and from L. Cisz re: response to objections to sale hearing (.1); conference with L. Cisz re: sale hearing and response to objections (.1); incorporated all comments received to Receiver's response to sale objections and prepared same for filing (.3); emails to and from G. Mesires, L. Cisz re: sale (.1); reviewed and revised proposed sale order (.3); conference with G. Mesires re: revisions to sale order (.3); emails to and from parties attending sale hearing re: approval for multiple drafts of sale order (.2); examined email from M. Johnson re: logistics of sale closing (.1); email to court re: proposed sale order (.1). | REC2 | 1.60 | 825.00 | 1,320.00 |
| 8/8/2025 | AJG | 07841 | Examined emails from J. Bowden re: reconciliation of accounts receivable and transaction purchase price (.1); examined emails from M. Johnson re: closing of transaction (.1); email to M. Johnson re: open items for closing (.1); reviewed sale order and minute order granting sale motion and email to M. Brash re: same (.1); prepared bill of sale (.7); email to M. Johnson re: bill of sale and lease rejection hearing (.2). | REC2 | 1.30 | 825.00 | 1,072.50 |
| 8/11/2025 | AJG | 07841 | Conference with S. Alsterda re: plan for tomorrow on lease rejection and execution of month to month lease, closing, transfer of title and final reconciliation of accounts receivable (.4); examined emails to and from M. Johnson and M. Brash re: certificates of title (.1). | REC2 | 0.50 | 825.00 | 412.50 |
| 8/13/2025 | AJG | 07841 | Reviewed titles to be signed over to Pasha (.4); email to A. Madonia re: same (.2). | REC2 | 0.60 | 825.00 | 495.00 |
| 8/15/2025 | AJG | 07841 | Reviewed final Pasha sale price reconciliation (.1); conferences (2) with G. McFarland re: accounts receivable reconciliation in connection with sale and open closing items (.4); email to M. Johnson re: sale price reconciliation and refund, post-closing receivable reconciliation, and open sale items (.4). | REC2 | 0.90 | 825.00 | 742.50 |
| 8/15/2025 | AJG | 07841 | Review and analysis of issues regarding transfer of titles in the names of different entities (1.0); reviewed Washington secretary of state websites for filings related to Container Services and conversion of MacMillan and Tacoma from corporations to LLCs (.4); email to M. Johnson re: process to transfer titles (.3); emails to and from M. Brash re: equipment title in incorrect name (.1). | REC2 | 1.80 | 825.00 | 1,485.00 |
| 8/19/2025 | AJG | 07841 | Examined emails to and from M. Johnson and M. Brash re: reconciliation payment owed to Pasha. | REC2 | 0.10 | 825.00 | 82.50 |
| 8/24/2025 | AJG | 07841 | Prepared Report of Sale for MacMillan and Tacoma Transload sale (1.8); email to G. McFarland re: same (.1). | REC2 | 1.90 | 825.00 | 1,567.50 |
| 8/25/2025 | AJG | 07841 | Examined emails from M. Graham and M. Brash to report of sale (.1); finalized report of sale and exhibit for filing (.2). | REC2 | 0.30 | 825.00 | 247.50 |
| 8/27/2025 | AJG | 07841 | Email to and from S. Caruthers re: possible sale of FF&E at Port of Oakland. | REC2 | 0.10 | 825.00 | 82.50 |
| 10/6/2025 | AJG | 07841 | Multiple emails to and from M. Brash, M. Johnson and S.Tilley re: transfer of titles for vehicles sold to Pasha. | REC2 | 0.70 | 825.00 | 577.50 |
| 10/15/2025 | AJG | 07841 | Prepared form of Bill of Sale for transfer of de minimis assets without representations or warranties (.7); email to and from G. McFarland re: same (.1). | REC2 | 0.80 | 825.00 | 660.00 |
| 10/15/2025 | AJG | 07841 | Finalized Pasha Bill of Sale and exhibits (.2); email to M. Brash and G. McFarland re: same (.1). | REC2 | 0.30 | 825.00 | 247.50 |
| 10/15/2025 | AJG | 07841 | Email to M. Johnson re: Pasha bill of sale. | REC2 | 0.20 | 825.00 | 165.00 |
| 10/23/2025 | AJG | 07841 | Email to and from M. Brash re: titles for vehicles transferred as part of Pasha sale. | REC2 | 0.10 | 825.00 | 82.50 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/28/2025 | AJG | 07841 | Email to and from M. Brash re: execution of titles for Pasha sale. | REC2 | 0.10 | 825.00 | 82.50 |
| 7/29/2025 | PMF | 07859 | Review sale notice (.3). Confer with A. Guon regarding service of same (.1). Create service list for additional parties (.4). Confer with G. McFarland regarding vendor addresses and taxing bodies needing notice (.2). Obtain same and add to service list (.3). Confer with service company and obtain quote for service of sale notice (.2). Review mailing labels to ensure proper service of notice (.6). | REC2 | 2.10 | 355.00 | 745.50 |
| 7/30/2025 | PMF | 07859 | Prepared service for sale notice. | REC2 | 0.70 | 355.00 | 248.50 |
| 7/21/2025 | AMM | 02037 | Email correspondence with Allen Guon regarding receivership asset sale. | REC2 | 0.10 | 925.00 | 92.50 |
| 7/21/2025 | AMM | 02037 | Email correspondence regarding sale of assets including draft Purchase Agreement | REC2 | 0.10 | 925.00 | 92.50 |
| 7/21/2025 | AMM | 02037 | Review terms of sale of assets in receivership to Pasha Group, including interim management agreement | REC2 | 0.50 | 925.00 | 462.50 |
| 7/21/2025 | AMM | 02037 | Participate on zoom with Pasha Group and counsel to discuss sale of Seattle and Tacoma assets | REC2 | 0.70 | 925.00 | 647.50 |
| 7/21/2025 | AMM | 02037 | Consider terms of Purchase Agreement for sale of assets to Pasha Group, including management agreement | REC2 | 0.50 | 925.00 | 462.50 |
| 7/21/2025 | AMM | 02037 | Draft management services agreement related to MacMillan sale. | REC2 | 0.50 | 925.00 | 462.50 |
| 7/21/2025 | AMM | 02037 | Review lien searches for assets related to sale. | REC2 | 0.10 | 925.00 | 92.50 |
| 7/22/2025 | AMM | 02037 | Draft management services agreement for Pasha sale transaction. | REC2 | 1.90 | 925.00 | 1,757.50 |
| 7/22/2025 | AMM | 02037 | Review Complaint for asset information and related terms for Purchase Agreement with Pasha | REC2 | 0.40 | 925.00 | 370.00 |
| 7/22/2025 | AMM | 02037 | Draft Purchase Agreement for Pasha Sale. | REC2 | 1.60 | 925.00 | 1,480.00 |
| 7/22/2025 | AMM | 02037 | Email correspondence from Pasha Group in-house counsel re: sale. | REC2 | 0.10 | 925.00 | 92.50 |
| 7/22/2025 | AMM | 02037 | Zoom call with Receiver team and A. Guon re: master services agreement and purchase agreement. | REC2 | 0.60 | 925.00 | 555.00 |
| 7/22/2025 | AMM | 02037 | Email correspondence with Pasha Group with draft agreements | REC2 | 0.20 | 925.00 | 185.00 |
| 7/23/2025 | AMM | 02037 | Review asset schedules for APA | REC2 | 0.10 | 925.00 | 92.50 |
| 7/23/2025 | AMM | 02037 | Review buyer's comments and edits to Purchase Agreement and Management Services Agreement | REC2 | 0.50 | 925.00 | 462.50 |
| 7/23/2025 | AMM | 02037 | Revise Asset Purchase Agreement | REC2 | 1.40 | 925.00 | 1,295.00 |
| 7/23/2025 | AMM | 02037 | Email to M. Brash with revised Purchase Agreement | REC2 | 0.20 | 925.00 | 185.00 |
| 7/23/2025 | CMS | 07862 | Reviewed and revised sale motion (1.4); tended to service list and preparation of notices (0.8). | REC2 | 2.20 | 650.00 | 1,430.00 |
| 7/23/2025 | AMM | 02037 | Review email from M. Johnson with executed agreements | REC2 | 0.10 | 925.00 | 92.50 |
| 7/23/2025 | AMM | 02037 | Finalize PSA and MSA for execution | REC2 | 0.30 | 925.00 | 277.50 |
| 7/23/2025 | AMM | 02037 | Email from M. Johnson to finalize agreements | REC2 | 0.10 | 925.00 | 92.50 |
| 7/23/2025 | AMM | 02037 | Email correspondence with revised agreements | REC2 | 0.10 | 925.00 | 92.50 |
| 7/23/2025 | AMM | 02037 | Revise Purchase Agreement and master services agreement. | REC2 | 0.50 | 925.00 | 462.50 |
| 7/23/2025 | AMM | 02037 | Telephone call with M. Brash and A. Guon re: Purchase Agreement and Master Services agreement. | REC2 | 0.40 | 925.00 | 370.00 |
| 7/23/2025 | AMM | 02037 | Review issues with landlord consents for buyer to enter premises | REC2 | 0.20 | 925.00 | 185.00 |

| Date | Initials | Code | Description | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/23/2025 | AMM | 02037 | Email correspondence to Pasha Group with revised agreements and issues list | REC2 | 0.50 | 925.00 | 462.50 |
| 7/23/2025 | AMM | 02037 | Revise Management Services Agreement | REC2 | 0.50 | 925.00 | 462.50 |
| 7/23/2025 | AMM | 02037 | Review Newpoint's comments to Purchase Agreement and Management Services Agreement | REC2 | 0.40 | 925.00 | 370.00 |
| 7/24/2025 | AMM | 02037 | Review comments to Order for Emergency Motion | REC2 | 0.30 | 925.00 | 277.50 |
| 7/24/2025 | AMM | 02037 | Review and provide comments to Order for Emergency Motion | REC2 | 0.20 | 925.00 | 185.00 |
| 7/25/2025 | AMM | 02037 | Review Order for Management Services Agreement and Purchase Agreement, and exhibits | REC2 | 0.10 | 925.00 | 92.50 |
| 8/6/2025 | PMF | 07859 | Review leases, review objections filed to sale motion (1.2). Create service list for sale motion (.4). File motion and serve same by email (.4). Oversee overnight delivery service of same (.4). | REC2 | 2.40 | 355.00 | 852.00 |
| 8/6/2025 | IB | 07836 | Review and revise A. Guon draft of Brash Declaration in support of sale motion. | REC2 | 0.60 | 895.00 | 537.00 |
| 8/7/2025 | IB | 07836 | Review and revise A. Guon omnibus response to objections (.5);discuss revisions with A. Guon (.1). | REC2 | 0.60 | 895.00 | 537.00 |
| 8/7/2025 | PMF | 07859 | Update sale service list with corrected addresses and emails. | REC2 | 0.40 | 355.00 | 142.00 |
| 8/14/2025 | AMM | 02037 | Analyze motor vehicle title issues in sale to Pasha Group | REC2 | 0.10 | 925.00 | 92.50 |
| 8/15/2025 | AMM | 02037 | Analyze legal ownership and chain of title for vehicles and chassis equipment sold to Pasha Group | REC2 | 0.30 | 925.00 | 277.50 |
| 8/15/2025 | AMM | 02037 | Review certificates of title for vehicles sold to Pasha Group | REC2 | 0.40 | 925.00 | 370.00 |
| 8/15/2025 | AMM | 02037 | Review spreadsheet of vehicles sold to Pasha Group | REC2 | 0.30 | 925.00 | 277.50 |
| | | | **Total Asset Sales** | **REC2** | **89.10** | | **72,004.50** |
| | | | | | | | |
| 7/21/2025 | AJG | 07841 | Examined email from R. Fierro re: motion to intervene on behalf of union to assert wage claims | REC20 | 0.10 | 825.00 | 82.50 |
| 7/22/2025 | AJG | 07841 | Examined email from M. Brash re: union request to bargain. | REC20 | 0.10 | 825.00 | 82.50 |
| 7/24/2025 | AJG | 07841 | Examined email from M. Brash re: summary of call with union representatives (.1); examined email from C. Schechter re: union claims (.1) | REC20 | 0.20 | 825.00 | 165.00 |
| 7/25/2025 | AJG | 07841 | Examined email from R. Fierro re: asserted outstanding wage claims for union employees (.1); conference with I. Bodenstein re: enforcement of collective bargaining agreement (.3); email to J. Rubinstein re: Teamsters Local 70 demand to bargain (.1); call with C. Schechter and S. Garea re: Teamsters 70 claims and use of union employees to wind-down Oakland operations (.4); conference with J. Rubinstein re: same (.5); reviewed email from R. Fierro and prepared email to M. Brash re: Teamster's position with respect to union work at Oakland Operations (.1); examined authorities re: receivers obligations under collective bargaining agreements (.9); conference with J. Rubinstein re: Teamsters demand to use union employees to wind down Oakland facilities (.5). | REC20 | 2.90 | 825.00 | 2,392.50 |
| 7/25/2025 | JMR | 06858 | Review, assess, analyze and research a number of questions surrounding a federal receiver's duty to follow a collective bargaining agreement between a debtor company and a labor union representing the debtor company's former employees. | REC20 | 1.50 | 785.00 | 1,177.50 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|------|----------|--------|-------------|------|-------|------|--------|
| 7/26/2025 | JMR | 06858 | Continue to research a number of questions surrounding a federal receiver's duty to follow a collective bargaining agreement between a debtor company and a labor union representing the debtor company's former employees. | REC20 | 1.30 | 785.00 | 1,020.50 |
| 7/26/2025 | AJG | 07841 | Emails to and from J. Rubinstein re: collective bargaining agreement. | REC20 | 0.10 | 825.00 | 82.50 |
| 7/27/2025 | AJG | 07841 | Analysis of issues re: potential issues with union over non-union workers moving freight at Oakland (.6); | REC20 | 0.60 | 825.00 | 495.00 |
| 7/27/2025 | AJG | 07841 | emails to and from J. Nesset re: application of CBA in context of chapter 7 bankruptcy and receiver's ability to reject contracts (.3) | REC20 | 0.30 | 825.00 | 247.50 |
| 7/27/2025 | AJG | 07841 | Emails to and from counsel for Teamsters re: CBA (.1) | REC20 | 0.10 | 825.00 | 82.50 |
| 7/27/2025 | AJG | 07841 | Examined email from J. Rubinstein re: CBA agreement (.1); conference with J. Rubinstein re: same (.2) | REC20 | 0.30 | 825.00 | 247.50 |
| 7/27/2025 | JMR | 06858 | Continue researching several questions surrounding a federal receiver's duty to follow a collective bargaining agreement between a debtor company and a labor union representing the debtor company's former employees. | REC20 | 0.40 | 785.00 | 314.00 |
| 7/27/2025 | JMR | 06858 | Review and assess GSC Logistics CBA to determine whether CBA terms impact our analysis of the question of whether Newpoint has a duty to bargain with the union over selection of contractor to remove freight from Oakland Port. | REC20 | 0.20 | 785.00 | 157.00 |
| 7/28/2025 | AMM | 02037 | Review update of Teamsters issues with union services at the Port | REC20 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AJG | 07841 | Conference with G. McFarland, R. Fierro and S. Garea re: obtaining union members to work at Oakland (.4); conference with G. McFarland re: timeline to file pleadings for Oakland Operations (.1); email from R. Fierro re: potential contract for union workers (.1); reviewed and revised draft of potential motion to enter into motion to approve Freightwave Agreement and reject CBA (.5); conference with R. Fierro, M. Brash and T. Carson re: contracting through Carson consulting for hiring of union employees (.5); email to A. Madonia, J. Nesset and Newpoint team re: new deal with Union and Freightwave (.2); Initial review of Carson Consulting to provide Union employees for Oakland Operations (.2); reviewed updated terms of Freightwave agreement (.1). | REC20 | 2.00 | 825.00 | 1,650.00 |
| 7/29/2025 | AJG | 07841 | Conference with B. Ayers re: Seattle union and filing of claims for unpaid wages. | REC20 | 0.20 | 825.00 | 165.00 |
| 7/29/2025 | AMM | 02037 | Consider impact of union requirements for Oakland operations and Freightage arrangement | REC20 | 0.10 | 925.00 | 92.50 |
| 9/16/2025 | AJG | 07841 | Email to and from C. Schecter re: notice provided to union members concerning removal of personal their belongings from GSC facility in Oakland. | REC20 | 0.20 | 825.00 | 165.00 |
| 7/25/2025 | JDN | 05444 | Review receivership documents and draft motion for approval of Freightwave agreement and rejection of Teamsters Local 70 contract (3.8); teams meeting with A. Guon and A. Madonia (.3); conduct legal research regarding treatment of collective bargaining agreements in receivership (1.4). | REC20 | 5.50 | 790.00 | 4,345.00 |
| 7/25/2025 | AMM | 02037 | Email correspondence regarding Teamsters requirements at Oakland premises | REC20 | 0.10 | 925.00 | 92.50 |
| | | | **Total Labor/Union Matters** | **REC20** | **16.30** | | **13,149.00** |
| | | | | | | | |
| 7/18/2025 | AJG | 07841 | Examined email from D. Meyers re: settlement of pre-receivership personal injury action. | REC25 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/22/2025 | AJG | 07841 | Multiple emails to and from M. Brash re: responding to communication from Amazon's counsel re: receivership. | REC25 | 0.10 | 825.00 | 82.50 |
| 7/24/2025 | AJG | 07841 | Examined email from L. Dorset re: pending Amazon litigation. | REC25 | 0.10 | 825.00 | 82.50 |
| 7/25/2025 | AJG | 07841 | Conference with R. McWilliams re: information on Amazon litigation. | REC25 | 0.20 | 825.00 | 165.00 |
| 8/28/2025 | AJG | 07841 | Examined email from T. Dorset re: status of Amazon litigation and email to M. Brash re: same. | REC25 | 0.10 | 825.00 | 82.50 |
| 9/12/2025 | AJG | 07841 | Email to and from D. Meyers re: additional prepetition litigation against GSC Entities (.1); examined subpoena for records related to Brown v. GSC workers' compensation litigation (.2); email to G. McFarland re: responding to subpoena (.1). | REC25 | 0.40 | 825.00 | 330.00 |
| 9/15/2025 | AJG | 07841 | Examined email re: Subpoena Duces Tecum in Brown v. GSC workers' compensation matter. | REC25 | 0.10 | 825.00 | 82.50 |
| 10/4/2025 | AJG | 07841 | Emails to and from M. Brash and B. Kusmin re: intervention motion after retention. | REC25 | 0.10 | 825.00 | 82.50 |
| 10/6/2025 | AJG | 07841 | Examined Amazon`s letter to court regarding the pretrial order. | REC25 | 0.20 | 825.00 | 165.00 |
| 10/6/2025 | AJG | 07841 | Separate emails to M. Brash and B. Kusmin re: retention and letter to court (.4); reviewed and revised letter to court re: retention of Windels and intervention timing (1.5). | REC25 | 1.90 | 825.00 | 1,567.50 |
| 10/7/2025 | AJG | 07841 | Reviewed letter filed by Windels Marx in the Amazon litigation. | REC25 | 0.20 | 825.00 | 165.00 |
| 10/13/2025 | AJG | 07841 | Reviewed draft order authorizing intervention (.2); email to M. Brash re: same (.1). | REC25 | 0.30 | 825.00 | 247.50 |
| 10/20/2025 | AJG | 07841 | Conference with M. Brash, Newpoint and Windels team re: update on prepetition litigation (.5); email from R. Honecker re: new counsel for defendant (.1). | REC25 | 0.60 | 825.00 | 495.00 |
| | | | **Total Pre-Receivership Litigation** | **REC25** | **4.40** | | **3,630.00** |
| | | | | | | | |
| 8/20/2025 | AJG | 07841 | Prepared motion to approve proposed interim professional compensation procedure motion and proposed order (1.7); email to M. Brash re: same (.1) | REC26 | 1.80 | 825.00 | 1,485.00 |
| | | | **Total Professional Fee Applications** | **REC26** | **1.80** | | **1,485.00** |
| | | | | | | | |
| 7/21/2025 | AJG | 07841 | Conference with M. Brash and Newpoint team with re: retention as counsel for pending Amazon litigation (.7); examined Windels pre-receivership fee arrangement (.1) | REC27 | 0.80 | 825.00 | 660.00 |
| 7/28/2025 | AJG | 07841 | Email to P. Russo at Windels Marx re: retention as special counsel. | REC27 | 0.10 | 825.00 | 82.50 |
| 8/12/2025 | AJG | 07841 | Examined emails to and from M. Brash and R. Pasqualino re: Windels Marx retention. | REC27 | 0.10 | 825.00 | 82.50 |
| 8/27/2025 | AJG | 07841 | Reviewed Windels engagement agreement and subsequent fee agreement emails (.3); conference with M. Brash, G. McFarland and Windels team re: status of Amazon litigation and retention of firm (1.1); conference with M. Brash re: same (.1). | REC27 | 1.50 | 825.00 | 1,237.50 |
| 8/29/2025 | AJG | 07841 | Reviewed proposals and analysis from P. Russo re: Windels retention (.7); conference with M. Brash and G. McFarland re: analysis of retention proposals (1.0); conference with P. Russo and R. Honecker re: retention proposals (.5); email to M. Brash re: same (.2). | REC27 | 2.40 | 825.00 | 1,980.00 |
| 9/3/2025 | AJG | 07841 | Examined email from P. Russo re: Windels Marx retention as litigation counsel. | REC27 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/4/2025 | AJG | 07841 | Prepared motion to employ Windels Marx as litigation counsel (1.4); conference with P. Russo re: Windels retention (.4); conference with M. Brash re: same (.1). | REC27 | 1.90 | 825.00 | 1,567.50 |
| 9/5/2025 | AJG | 07841 | Examined email from P. Russo re: outstanding expenses incurred by Windels Marx prior to receivership. | REC27 | 0.10 | 825.00 | 82.50 |
| 9/8/2025 | AJG | 07841 | Conference with R. Honecker and P. Russo re: Windels Marx retention and outstanding expenses (.5); email to M. Brash re: same (.1). | REC27 | 0.60 | 825.00 | 495.00 |
| 9/10/2025 | AJG | 07841 | Review 401(k) plan documents and prepared proposed motion and draft order to employ M. Borror as ERISA counsel employment application and proposed order. | REC27 | 2.20 | 825.00 | 1,815.00 |
| 9/11/2025 | AJG | 07841 | Conferences (2) with M. Borror re: potential retention as counsel to assist with 401(k) termination (.8); emails to and from M. Borror re: same (.2); conference with N. Carlson at Hayes Financial re: possible retention for 401(k) termination (.3) | REC27 | 1.30 | 825.00 | 1,072.50 |
| 9/12/2025 | AJG | 07841 | Emails to and from P. Russo re: update retention terms. | REC27 | 0.10 | 825.00 | 82.50 |
| 9/15/2025 | AJG | 07841 | Emails to and from P. Register re: retention as an expert in pending litigation. | REC27 | 0.20 | 825.00 | 165.00 |
| 9/19/2025 | AJG | 07841 | Email to and from P. Russo re: update on Windels Marx's retention agreement as litigation counsel. | REC27 | 0.20 | 825.00 | 165.00 |
| 9/22/2025 | AJG | 07841 | Conference with C. Persing,  and C. Phillipps re: 401K termination and independent fiduciary of 401(k). | REC27 | 0.50 | 825.00 | 412.50 |
| 9/24/2025 | AJG | 07841 | Emails to and from C. Persing re: acting as independent fiduciary of 401(k) (.2); email to M. Brash re: participant list for C. Persing (.1). | REC27 | 0.30 | 825.00 | 247.50 |
| 9/25/2025 | AJG | 07841 | Examined email from C. Persing re: proposal to act as independent fiduciary for 401(k) plan wind down; email to M. Brash re: same. | REC27 | 0.10 | 825.00 | 82.50 |
| 9/25/2025 | AJG | 07841 | Conference with P. Russo, R. Honecker, and M. Brash re: finalizing terms of retention. | REC27 | 0.60 | 825.00 | 495.00 |
| 9/26/2025 | AJG | 07841 | Reviewed P. Register engagement letter. | REC27 | 0.20 | 825.00 | 165.00 |
| 9/27/2025 | AJG | 07841 | Prepared Windels Marx updated retention application. | REC27 | 2.80 | 825.00 | 2,310.00 |
| 9/28/2025 | AJG | 07841 | Reviewed and revised draft agreement to appoint independent fiduciary of 401(k) plan. | REC27 | 0.70 | 825.00 | 577.50 |
| 9/28/2025 | AJG | 07841 | Review revised motion to employ Windels Marx and pay expert in connection with Amazon litigation. | REC27 | 0.70 | 825.00 | 577.50 |
| 9/29/2025 | AJG | 07841 | Emails to and from J. Dorsh re: revisions to Bederson agreement (.1); finalized Bederson agreement (.1); email same to M. Brash for review (.1); emails to and from J. Servatius re: 401(k) plan beneficiaries and balance of plan (.1); revised Bederson employment agreement (.3); prepared motion to retain independent fiduciary to administer and terminate 401(k) plan and proposed order for same (1.5); email to M. Brash re: approval of motion (.1). | REC27 | 2.30 | 825.00 | 1,897.50 |
| 9/30/2025 | AJG | 07841 | Reviewed comments to Windels Marx retention motion from M. Brash (.1); email to P. Russo re: retention motion (.1). | REC27 | 0.20 | 825.00 | 165.00 |
| 9/30/2025 | AJG | 07841 | Emails to and from C. Persing re: conflict check for retention and review of retention application (.1); emails to and from C. Phillipps re: revisions to retention motion and engagement agreement (.3); conference with C. Phillipps re: additional revisions to motion and agreement (.2); revised retention motion and engagement agreement (.2). | REC27 | 0.80 | 825.00 | 660.00 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/1/2025 | AJG | 07841 | Emails to C. Phillipps ind C. Persing re: approval for independent fiduciary retention motion for 401(k) plan (.1); email to M. Brash re: same (.1); finalized retention motion for filing (.2). | REC27 | 0.40 | 825.00 | 330.00 |
| 10/1/2025 | AJG | 07841 | Conference with R. Honecker re: terms of retention (.2); emails to M Brash re: same (.1); multiple emails to and from R. Honecker re: retention motion (.2); reviewed comments to retention application from R. Honeker and revised and prepare retention motion for filing (.9); conference with M. Brash re: approval to file retention motion (.1) | REC27 | 1.50 | 825.00 | 1,237.50 |
| 10/3/2025 | AJG | 07841 | Reviewed email from S. McClintic and minute order granting motions to retain Windels Marx and Independent fiduciary (.1); and emailed same to M. Brash (.1); separate emails to R. Honecker and C. Persing re: court`s approval of their respective retention (.1). | REC27 | 0.30 | 825.00 | 247.50 |
| 10/3/2025 | AJG | 07841 | Reviewed email from R. Honecker and B. Kusmin re: retention motion and his communications with counsel for Amazon re same. | REC27 | 0.10 | 825.00 | 82.50 |
| 10/5/2025 | AJG | 07841 | Reviewed Court's minute order for court findings (.1); revised orders with respect to Windels Marx retention as special counsel and to employ Bederson Charles N. Persing and the firm of Bederson LLP based on Minute Order (.3); email to court re: proposed order and updated findings (.4) | REC27 | 0.80 | 825.00 | 660.00 |
| 10/7/2025 | AJG | 07841 | Email to P. Register re: retention as expert and payment issues. | REC27 | 0.20 | 825.00 | 165.00 |
| 10/8/2025 | AJG | 07841 | Reviewed order granting employment of Independent Fiduciary and email to C. Phillipps re: GSC Enterprises 401(k) Planc (.1); reviewed order granting employment of special litigation counsel and email to B. Kusmin re: same (.1) | REC27 | 0.10 | 825.00 | 82.50 |
| 11/11/2025 | AJG | 07841 | Email to M. Brash re: retention of accountant to prepare receivership tax returns. | REC27 | 0.10 | 825.00 | 82.50 |
| 11/12/2025 | AJG | 07841 | Email to M. Brash re: proposed accountant retention. | REC27 | 0.10 | 825.00 | 82.50 |
| 12/3/2025 | AJG | 07841 | Email to and from G. McFarland re: accountant retention. | REC27 | 0.10 | 825.00 | 82.50 |
| 9/29/2025 | JAD | 01757 | Review Bederson agreement and provide comments. | REC27 | 0.40 | 1,075.00 | 430.00 |
| | | | **Total Professional Retention** | **REC27** | **24.90** | | **20,642.50** |
| | | | | | | | |
| 9/8/2025 | AJG | 07841 | Prepared form of monthly fee statement for the Receiver and Newpoint Advisors. | REC28 | 0.30 | 825.00 | 247.50 |
| 9/16/2025 | AJG | 07841 | Conference with M. Brash re: Newpoint monthly fee statement (.1); reviewed Newpoint monthly fee statement and prepare same for filing (.2). | REC28 | 0.30 | 825.00 | 247.50 |
| 10/21/2025 | AJG | 07841 | Reviewed draft of Receiver`s monthly fee statement and prepared same for filing. | REC28 | 0.20 | 825.00 | 165.00 |
| 11/14/2025 | AJG | 07841 | Reviewed and revised October monthly statement for Newpoint and prepared same for filing (.2); emails to and from M. Brash re: same (.1). | REC28 | 0.30 | 825.00 | 247.50 |
| 12/1/2025 | AJG | 07841 | Email to G. McFarland re: no objection to October monthly fee statement. | REC28 | 0.10 | 825.00 | 82.50 |
| 12/15/2025 | AJG | 07841 | Email to M. Brash re: Receiver's November Fee Statement (.1); reviewed and prepared notice of November invoice for filing and service for Receiver and Newpoint (.2). | REC28 | 0.30 | 825.00 | 247.50 |
| 12/29/2025 | AJG | 07841 | Email to and from G. McFarland re: no objection to November fee statement. | REC28 | 0.10 | 825.00 | 82.50 |
| | | | **Total Receiver Fee Applications** | **REC28** | **1.60** | | **1,320.00** |
| | | | | | | | |

| 7/16/2025 | AJG | 07841 | Reviewed limited receiver order appointing Matt Brash of Newpoint Advisors. | REC29 | 0.50 | 825.00 | 412.50 |
|---|---|---|---|---|---|---|---|
| 7/17/2025 | AJG | 07841 | Prepared amended receiver order. | REC29 | 1.70 | 825.00 | 1,402.50 |
| 7/18/2025 | AJG | 07841 | Conference with M. Stockl re: need to amend receiver order. | REC29 | 0.20 | 825.00 | 165.00 |
| 7/18/2025 | AJG | 07841 | Email to M. Brash re: proposed amended receiver order (.2); further revisions to proposed amended receiver order (.6); email to M. Stockl re: revised receiver order (.1). | REC29 | 0.90 | 825.00 | 742.50 |
| 7/19/2025 | AJG | 07841 | Conference with M. Brash re: revisions to receiver order and sale issues (.3); prepared motion to amend receiver order (2.3). | REC29 | 2.60 | 825.00 | 2,145.00 |
| 7/20/2025 | AJG | 07841 | Email to Newpoint team re: background information for motion to approve amended receiver order (.1); examined and analyzed authorities re: district court's inherent equitable authority to provide relief requested in receiver order (1.4); revised motion to amended receiver order (.9). | REC29 | 2.40 | 825.00 | 1,980.00 |
| 7/21/2025 | KN | 05388 | Assess receivership pleadings and follow-up conference with A. Guon regarding Western District filings | REC29 | 0.30 | 760.00 | 228.00 |
| 7/21/2025 | AJG | 07841 | Emails to and from G. McFarland re: property addresses for filings required by 28 USC s 754. | REC29 | 0.10 | 825.00 | 82.50 |
| 7/22/2025 | AJG | 07841 | Emails to and from D. Bowzer re: filing of complaint and receiver order in Western District of Washington (.1) and conference with D. Bowzer re: same (.1); email to T. Tidwell re: filing of receiver order in Southern District of Georgia (.1); examined and analyzed authorities re: establishing in rem and personal jurisdiction through section 754 and 1692 (.6); prepared notice of receiver's compliance with 28 USC 754 (.8). | REC29 | 1.70 | 825.00 | 1,402.50 |
| 7/22/2025 | BAV | 07761 | Research procedure for filing receivership order in Northern District of California. | REC29 | 1.10 | 775.00 | 852.50 |
| 7/22/2025 | KN | 05388 | Reviewed Order Appointing Limited Receiver issuance to Western District of Washington (.2) and follow-up communications in support of the same (.1) | REC29 | 0.30 | 760.00 | 228.00 |
| 7/23/2025 | DT | 09895 | Communication with Clerk of US District Court, Southern District of Georgia regarding of filing complaint and Order Appointing Limited Receiver upon local entity in order to assist counsel with successful resolution of legal matter. | REC29 | 0.20 | 7,475.00 | 1,495.00 |
| 7/23/2025 | KN | 05388 | Follow-up communications regarding receivership filings/confirmation of pleadings with Court | REC29 | 0.20 | 760.00 | 152.00 |
| 7/23/2025 | AJG | 07841 | Emails to and from M. Stockl re: amended receiver order (.2); reviewed revised receiver order from M. Stockl and prepared revisions to same (.4); email to M. Brash re: same (.1). | REC29 | 0.70 | 825.00 | 577.50 |
| 7/23/2025 | AJG | 07841 | Emails to and from D. Bowzer re: completion of filings in WD Washington (.1); reviewed filings from Western District of Washington (.1) and Northern District of CA (.1); email to T. Tidwell re: filing in Southern District of Georgia required under 28 USC § 754 (.2); finalized and filed notice of compliance with 28 USC § 754 in the N.D. of Illinois (.6). | REC29 | 1.10 | 825.00 | 907.50 |
| 7/24/2025 | AJG | 07841 | Prepared correspondence to clerk of court for Southern District of GA re: compliance with section 754 (.4); emails to and from T. Tidwell and D. Thomas re same (.2). | REC29 | 0.60 | 825.00 | 495.00 |
| 7/24/2025 | AJG | 07841 | Prepared additional ERISA language to revised receiver order (.5); emails to and from M. Stockl and M. Brash re: same (.2); conference with M. Brash re: revised receiver order terms (.1). | REC29 | 0.80 | 825.00 | 660.00 |

| Date | | | Description | | Hours | Rate | Amount |
|------|-----|-------|-------------|-------|-------|------|--------|
| 7/24/2025 | IB | 07836 | Review ERISA provisions of proposed amended receiver order and provide comments to A. Guon. | REC29 | 0.60 | 895.00 | 537.00 |
| 7/28/2025 | AJG | 07841 | Prepared additional revisions to amended receiver order based on comments from M. Brash (.2); emails to and from M. Brash re: revised motion to amend Received Order and revised proposed order (.2); email to M. Stockl re: final revisions to proposed amended receiver order (.1); conference with M. Stockl re: revisions to receiver order and use of lender's cash collateral (.3); revised and finalized motion to amend receiver order and exhibits thereto (1.4) conference with M. Brash re: same (.1). | REC29 | 2.30 | 825.00 | 1,897.50 |
| 8/1/2025 | AJG | 07841 | Separate emails to and from D. Thomas, B. Vasquez and D. Bowzer re: filing amended receiver order to comply with 754. | REC29 | 0.20 | 825.00 | 165.00 |
| 8/4/2025 | AJG | 07841 | Prepared updated evidence of compliance with 28 USC 754 for Amended Receiver Order. | REC29 | 0.30 | 825.00 | 247.50 |
| 8/5/2025 | AJG | 07841 | Revised supplemental compliance document regarding Section 754 compliance and prepared same for filing. | REC29 | 0.30 | 825.00 | 247.50 |
| 7/24/2025 | CMS | 07862 | Tended to filing of receivership order in Georgia. | REC29 | 0.50 | 650.00 | 325.00 |
| 8/1/2025 | BAV | 07761 | Assist with filing of Amended Order Appointing Receiver in Western District of Washington | REC29 | 0.40 | 775.00 | 310.00 |
| | | | **Total Receiver Order Issues** | **REC29** | **20.00** | | **17,657.50** |
| | | | | | | | |
| 7/30/2025 | AJG | 07841 | Examined email from M. Stockl re: accounts receivable collected by lender (.1); examined information from lender re: accounts receivable turned over to Receiver and balance of loan obligations owed by Defendants (.1); conference with Newpoint team and SG team re: budget, collections and use of cash collateral (.5). | REC3 | 0.70 | 825.00 | 577.50 |
| 8/4/2025 | AJG | 07841 | Examined multiple emails to and from M. Stockl and M. Brash re: updated collections, Medline receivable and budget issues. | REC3 | 0.20 | 825.00 | 165.00 |
| 8/5/2025 | AJG | 07841 | Examined email from M. Stockl re: lender's cash collections and delivery to receiver. | REC3 | 0.10 | 825.00 | 82.50 |
| 8/7/2025 | AJG | 07841 | Examined emails to and from M. Stockl and M. Brash re: accounts receivable collections from today. | REC3 | 0.10 | 825.00 | 82.50 |
| 8/8/2025 | AJG | 07841 | Reviewed initial proposed budget (.1); conference with M. Brash, G. McFarland, M. Stockl and lender team (.7); follow-up conference with M. Brash and Newpoint team re: budget and related items (.7); examined email from M. Stockl re: additional cash deposits from lender (.1); reviewed final budget and prepared same for filing (.2). | REC3 | 1.80 | 825.00 | 1,485.00 |
| 8/12/2025 | AJG | 07841 | Examined email from D. Perkins at Chase re: Chase Bank's cash collateral, Letters of Credit and claims (.1); conference with D. Perkins re: same (.2); email to M. Brash re: same (.1). | REC3 | 0.40 | 825.00 | 330.00 |
| 8/15/2025 | AJG | 07841 | Examined email from M. Stockl re: additional collections received by lender (.1); conference with lender team and Newpoint team re: update on budget and operations (.3). | REC3 | 0.40 | 825.00 | 330.00 |
| 8/21/2025 | AJG | 07841 | Emails to and from D. Perkins re: process to cancel of JPMC letter of credit. | REC3 | 0.10 | 825.00 | 82.50 |
| 8/21/2025 | AJG | 07841 | Examined Plaintiff's motions for entry of default against MacMillan and Tacoma Transload. | REC3 | 0.10 | 825.00 | 82.50 |
| 8/22/2025 | AJG | 07841 | Conference with Newpoint team and with lender's team re: update on budget and recoveries. | REC3 | 0.80 | 825.00 | 660.00 |
| 8/24/2025 | AJG | 07841 | Reviewed revised budget (.1); prepared motion and proposed order to approve revised budget (.7); email to M. Brash re: same (.1). | REC3 | 0.90 | 825.00 | 742.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/25/2025 | AJG | 07841 | Emails to and from G. McFarland and M. Brash re: updated budget (.1); finalized motion to approve budget and prepared same for filing (.2). | REC3 | 0.30 | 825.00 | 247.50 |
| 8/28/2025 | AJG | 07841 | Conference with M. Brash, M. Stockl and J. Miller re: cash collateral, interim distributions, motions for default judgment and related items (.7); further discussion with M. Brash re: collateral, distribution, and insurance issues (.3). | REC3 | 1.00 | 825.00 | 825.00 |
| 8/31/2025 | AJG | 07841 | Reviewed email memo from A. Madonia re: Chase collateral documents (.2); emails to D. Perkins re: resolution of secured claims (.1); email to G. McFarland re: information needed to prepare stipulation with Chase (.1). | REC3 | 0.40 | 825.00 | 330.00 |
| 9/4/2025 | AJG | 07841 | Email to R. Shah re: Port of Tacoma's termination of letter of credit. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/4/2025 | AJG | 07841 | Email to M. Brash re: reconciliation of SG's claim. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/5/2025 | AJG | 07841 | Emails to and from R. Shah re: credit card statements and debit balances at Chase | REC3 | 0.20 | 825.00 | 165.00 |
| 9/8/2025 | AJG | 07841 | Emails to and from R. Shah and G. McFarland re: Chase bank statements and credit card statements and reconciliation of same. | REC3 | 0.20 | 825.00 | 165.00 |
| 9/9/2025 | AJG | 07841 | Examined Newpoint analysis of SG claim (.1); conference with M. Brash, G. McFarland and S. Caruthers re: reconciliation of SG's secured claim (1.2); conference with M. Stockl re: motion for default judgment and resolution of claim (.5). | REC3 | 1.80 | 825.00 | 1,485.00 |
| 9/9/2025 | AJG | 07841 | Emails to and from R. Shah re: need for online access to Chase accounts (.1); reviewed Chase collateral documents and prepared proposed stipulation to authorize Chase to set off amounts in collateral accounts and return the balance to Receiver (3.7). | REC3 | 3.80 | 825.00 | 3,135.00 |
| 9/10/2025 | AJG | 07841 | Examined notice of withdrawal of SG's motion for default judgment against Defendants. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/10/2025 | AJG | 07841 | Conference with M. Stockl re: motion for default judgment and possible distribution (.3); email to M. Brash re: same (.1); separate emails to and from M. Stockl and M. Brash re: withdrawing the motion for default judgment without prejudice (.1); conference with M. Brash re: SG payment/distribution proposal (.2). | REC3 | 0.70 | 825.00 | 577.50 |
| 9/10/2025 | AJG | 07841 | Conference with G. McFarland re: revised budget and assumptions built into budget | REC3 | 0.80 | 825.00 | 660.00 |
| 9/11/2025 | AJG | 07841 | Emails to and from R. Shah re: access to Cash deposit accounts. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/11/2025 | AJG | 07841 | Examined email from M. Stockl re: additional cash deposits by lender. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/11/2025 | AJG | 07841 | Revised draft stipulation with Chase and email same to G. McFarland for bank account balances (.4); email to A. Madonia re: stipulation authorizing Chase setoff and payment to receiver (.1). | REC3 | 0.50 | 825.00 | 412.50 |
| 9/12/2025 | AJG | 07841 | Emails to and from M. Brash re: Chase Bank account access. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/12/2025 | AJG | 07841 | Examined draft stipulation from Plaintiff re: proposed stipulation granting interim distribution on secured claim. | REC3 | 0.20 | 825.00 | 165.00 |
| 9/15/2025 | AJG | 07841 | Examined emails from G. McFarland and K. Spweak re: access to Bank of America accounts. | REC3 | 0.20 | 825.00 | 165.00 |
| 9/15/2025 | AJG | 07841 | Emails to and from R. Shah re: waiver of late charges and balance of deposit accounts (.1); update stipulation based on comments from Receiver and updated balances in accounts (.5); email to A. Madonia re: Solutions debit balance (.2) | REC3 | 0.80 | 825.00 | 660.00 |
| 9/15/2025 | AJG | 07841 | Email to and from M. Stockl re: update on status of cash collateral distribution stipulation. | REC3 | 0.10 | 825.00 | 82.50 |

| 9/17/2025 | AJG | 07841 | Examined email from M. Brash re: SG interim distribution (.1); conference with M. Brash re: proposal for interim distribution on secured claim (.2); conference with M. Stockl re: interim distribution proposal (.2). | REC3 | 0.50 | 825.00 | 412.50 |
|---|---|---|---|---|---|---|---|
| 9/17/2025 | AJG | 07841 | Conferences (2) with G. McFarland re: Chase stipulation (.2); conference with R. Shah re: Chase stipulation (.4); emails to and from R. Shah, G. McFarland, M. Brash, et al. re: stipulation, setoff, pending documents, and calculations (.3); revised Chase stipulation (.8). | REC3 | 1.70 | 825.00 | 1,402.50 |
| 9/17/2025 | AJG | 07841 | Emails to and from M. Brash re: SG Stipulation (.1); reviewed cash collateral budget from G. McFarland (.1); examined emails from M. Stockl re: settlement proposal (.1); conference with M. Stockl re: same (.2); examined email from G. McFarland re: same (.1); conference with G. McFarland re: same (.1). | REC3 | 0.70 | 825.00 | 577.50 |
| 9/18/2025 | AJG | 07841 | Reviewed SG Claim analysis from G. McFarland (.1); conferences (2) with M. Stockl and J. Miller re: settlement stipulation (.7); conferences (2) with M. Brash re: same (.2); conference with G. McFarland re: cash distribution stipulation (.2). | REC3 | 1.20 | 825.00 | 990.00 |
| 9/18/2025 | AJG | 07841 | Final edits to draft Chase stipulation (.2); emails same to R. Shah and M. Brash (.1); emails to and from G. McFarland re: Bank of America accounts (.1). | REC3 | 0.40 | 825.00 | 330.00 |
| 9/19/2025 | AJG | 07841 | Initial review of draft stipulation to approve settlement with SG and motion to approve claim distribution to SG and email to M. Brash and G. McFarland re: same. | REC3 | 0.20 | 825.00 | 165.00 |
| 9/22/2025 | AJG | 07841 | Email to and from A. Madonia regarding Chase setoff stipulation and collateral issues. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/22/2025 | AJG | 07841 | Email to M. Stockl re: SG stipulation and motion to approve stipulation; conference with M. Brash and G. McFarland re: draft stipulation with SG (.5); multiple calls with M. Stockl and J. Miller re: negotiating revisions to stipulation and motion (.5); emails to and from M. Brash re: stipulation (.2); emailso to and from M. Stockl re: same (.2); reviewed and revised multiple drafts of stipulation and motion to approve stipulation and prepared same for filing same (1.7) | REC3 | 3.10 | 825.00 | 2,557.50 |
| 9/24/2025 | AJG | 07841 | Email to and from D. Quaid re: in connection with SG stipulation (.1); conference with D. Quaid re: subordination of SG claim to the claims of his clients (.5); conference with M. Stockl re: motion to approve SG stipulation and preparation for hearing to address potential objections (.5); reviewed D. Quaid appearance (.1); email to D. Quaid re: same (.2). | REC3 | 1.40 | 825.00 | 1,155.00 |
| 9/25/2025 | AJG | 07841 | Conference with R. Shah re: comments to Chase settlement stipulation. | REC3 | 0.20 | 825.00 | 165.00 |
| 9/26/2025 | AJG | 07841 | Reviewed and revised disbursement letter from SG Stonegate (.2); emails to and from M. Brash re: same (.1); conference with M. Stockl re: disbursement letter (.1); email to M. Stockl re: revised distribution order (.1). | REC3 | 0.50 | 825.00 | 412.50 |
| 9/29/2025 | AJG | 07841 | Email to G. McFarland re: MacMillian-Piper/Bank of America account set off from Bank of America. | REC3 | 0.10 | 825.00 | 82.50 |
| 9/29/2025 | AJG | 07841 | Reviewed JPMC Credit Card Agreement to review GSC Logistics' obligations for affiliates charges under the agreement (.6); email to R. Shah re: request for information on affiliate credit card applications (.2). | REC3 | 0.80 | 825.00 | 660.00 |
| 9/29/2025 | AJG | 07841 | Emails to and from M. Stockl, J. Miller, G. McFarland, and M. Brash re: SG stipulation, wire instructions, and disbursement letter. | REC3 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/30/2025 | AJG | 07841 | Reviewed entered order approving stipulation and emails to and from M. Stockl M. Brash re: SG order and payment of allowed secured claim (.2); reviewed 8 subordination agreements and registered agent information for service of SG Stipulation order on subordinated lenders (.3); email to C. Knez transmitting and reviewing subordination agreements and receivership order (.1); reviewed certificate of service for order approving stipulation (.1). | REC3 | 0.70 | 825.00 | 577.50 |
| 9/30/2025 | AJG | 07841 | Emails to and from R. Shah re: cash collateral stipulation and GSC Logistics credit card agreement. | REC3 | 0.20 | 825.00 | 165.00 |
| 10/1/2025 | AJG | 07841 | Examined email from M. Stockl re: additional funds deposited in controlled account and transferred to Receiver. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Initial review of Chase comments to the proposed stipulation and email same to M. Brash. | REC3 | 0.20 | 825.00 | 165.00 |
| 10/5/2025 | AJG | 07841 | Emails to M. Stockl and to and from J. Miller re: termination of DACA for bank account where receivables are deposited. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/6/2025 | AJG | 07841 | Reviewed email from G. McFarland re comments to Chase`s revised stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/13/2025 | AJG | 07841 | Reviewed and revised draft letter terminating DACA at Bank of America (.2); reviewed relevant terms of DACA agreement (.2); separate emails to and from M. Stockl and M. Brash same (.2); email to and from J. Miller re: termination of DACA agreements with other banks (.1). | REC3 | 0.70 | 825.00 | 577.50 |
| 10/13/2025 | AJG | 07841 | Reviewed and revised Chase stipulation based on comments from Chase and G. McFarland. | REC3 | 0.90 | 825.00 | 742.50 |
| 10/14/2025 | AJG | 07841 | Email to M. Brash re: additional deposit account control agreements for SG Stonegate. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/15/2025 | AJG | 07841 | Emails to and from M. Stockl and G. McFarland re: accounts receivable collection and DACA termination. | REC3 | 0.20 | 825.00 | 165.00 |
| 10/15/2025 | AJG | 07841 | Email to R. Shah re: revised draft of stipulation and GSC Card Agreement | REC3 | 0.30 | 825.00 | 247.50 |
| 10/16/2025 | AJG | 07841 | Email to and from R. Shah re: Chase stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/21/2025 | AJG | 07841 | Examined emails from M. Stockl re: termination of DACAs for JPMorgan Chase and Bank of America deposit accounts and email to M. Graham re: same (.1). | REC3 | 0.10 | 825.00 | 82.50 |
| 10/21/2025 | AJG | 07841 | Email to R. Shah re: termination of Chase DACAs and update on cash collateral stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/23/2025 | AJG | 07841 | Emails to and from R. Shah re: revised stipulation with Chase (.2); reviewed revised stipulation and provided additional revisions to same (.3); email to Receiver re: comments to Chase revisions (.1). | REC3 | 0.60 | 825.00 | 495.00 |
| 10/27/2025 | AJG | 07841 | Examined emails to and from K. Spewak and G. McFarland re: BofA account terminations. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/27/2025 | AJG | 07841 | Email from R. Shah and to M. Brash re finalizing Chase cash collateral stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 10/28/2025 | AJG | 07841 | Email to and from G. McFarland re: BofA deposit accounts and cash deposits. | REC3 | 0.30 | 825.00 | 247.50 |
| 10/28/2025 | AJG | 07841 | Review and finalize stipulation authorizing Chase setoff and payment (.2); emails to and from R. Shah re: final draft for execution and motion to approve (.3); prepared Chase stipulation for execution by parties through DocuSign (.1); prepared and revised motion to approve Chase stipulation and proposed order and prepared same for filing (2.1); emails to and from M. Brash re: stipulation and motion (.1). | REC3 | 2.80 | 825.00 | 2,310.00 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/2025 | AJG | 07841 | Finalized motion to approve Chase stipulation and prepared same for filing (.3); email proposed order to court with order and exhibit (.2). | REC3 | 0.50 | 825.00 | 412.50 |
| 10/30/2025 | AJG | 07841 | Examined order approving Chase stipulation and email to and from R. Shah re: same (.1); email to M. Brash re: approval of stipulation, wire transfer instructions and allowance of chase claims (.1). | REC3 | 0.20 | 825.00 | 165.00 |
| 11/5/2025 | AJG | 07841 | Emails to and from R. Shah and M. Brash and G. McFarland re: debit block on Chase account (.2); conference with G. McFarland re: same (.2) | REC3 | 0.40 | 825.00 | 330.00 |
| 11/12/2025 | AJG | 07841 | Emails to and from R. Shah and G. McFarland re: Chase payment under stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 11/17/2025 | AJG | 07841 | Examined email from R. Shah re: payment of amounts due under Chase stipulation. | REC3 | 0.10 | 825.00 | 82.50 |
| 11/28/2025 | AJG | 07841 | Email to G. McFarland re: BofA account closure request. | REC3 | 0.10 | 825.00 | 82.50 |
| 8/15/2025 | AMM | 02037 | Analyze banks' claims for set offs (Chase, etc.) | REC3 | 0.10 | 925.00 | 92.50 |
| 8/20/2025 | AMM | 02037 | Review Chase Assignment of Deposit Account agreements | REC3 | 0.50 | 925.00 | 462.50 |
| 8/21/2025 | AMM | 02037 | Further review JP Morgan letter of credit documents | REC3 | 0.50 | 925.00 | 462.50 |
| 8/22/2025 | AMM | 02037 | Review UCC-1 filing by JP Morgan Chase to cover Deposit Accounts | REC3 | 0.30 | 925.00 | 277.50 |
| 8/25/2025 | AMM | 02037 | Prepare summary of JP Morgan Chase documents | REC3 | 0.30 | 925.00 | 277.50 |
| 8/28/2025 | AMM | 02037 | Summarize JP Morgan Chase's security interest and rights to set off against GSC's deposit accounts | REC3 | 0.20 | 925.00 | 185.00 |
| 9/17/2025 | AMM | 02037 | Review Assignments of Deposit Accounts regarding GSC Solutions debt to JPMorgan Chase. | REC3 | 0.20 | 925.00 | 185.00 |
| | | | **Total Budgeting/Financing/Cash Collateral** | **REC3** | **39.50** | | **32,797.50** |
| | | | | | | | |
| 8/11/2025 | AJG | 07841 | Email to and from M. Brash and G. McFarland re: receiver's initial report. | REC30 | 0.10 | 825.00 | 82.50 |
| 8/19/2025 | AJG | 07841 | Email to and from G. McFarland re: information for receiver's initial report. | REC30 | 0.10 | 825.00 | 82.50 |
| 8/25/2025 | AJG | 07841 | Multiple emails to and from M. Brash and G. McFarland re: revisions to initial report (.4); conferences (2) with G. McFarland re: revisions to initial report (.8); reviewed and revised multiple drafts of Receiver's Initial Report and filed same (3.9). | REC30 | 5.10 | 825.00 | 4,207.50 |
| 9/18/2025 | AJG | 07841 | Email to G. McFarland re: information needed for next receivership report concerning agreements with customers. | REC30 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Multiple emails to and from G. McFarland re: receiver report and edits to same (.4); conferences with G. McFarland re: same (.3); reviewed revised Receivers substantial first report for the period of the appointment date through August 31, 2025 (5.8). | REC30 | 6.50 | 825.00 | 5,362.50 |
| 10/13/2025 | AJG | 07841 | Prepared motion and proposed order approving receiver's first report and prepared same for filing (1.3); emails to and M. Brash re: revisions (.1). | REC30 | 1.40 | 825.00 | 1,155.00 |
| 10/21/2025 | AJG | 07841 | Reviewed entered order approving Receiver's reports and email to M. Brash re: same. | REC30 | 0.10 | 825.00 | 82.50 |
| 11/19/2025 | AJG | 07841 | Conference with M. Graham re: information needed for next receiver report. | REC30 | 0.30 | 825.00 | 247.50 |
| 11/21/2025 | AJG | 07841 | Examined email from M. Brash re: draft receiver report. | REC30 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/24/2025 | AJG | 07841 | Reviewed and Revised Second Receiver Report (7.1); conferences (2) with G. McFarland re: revisions and edits to Second Receiver Report (.4); emails to and from G. McFarland and M. Brash re: revisions to report (.3). | REC30 | 7.80 | 825.00 | 6,435.00 |
| 11/25/2025 | AJG | 07841 | Prepared motion to approve receiver report and proposed order (.7); emails to and from M. Brash re: motion and hearing date (.1). | REC30 | 0.80 | 825.00 | 660.00 |
| 11/25/2025 | AJG | 07841 | Reviewed, revised, finalized drafts of Receiver's Second Report for GSC Receivership (1.2); emails to and from M. Brash and G. McFarland re: same (.2); conference with G. McFarland (.1) and Matt Brash re: final edits (.1). | REC30 | 1.60 | 825.00 | 1,320.00 |
| 11/26/2025 | AJG | 07841 | Examined minute order approving motion to approve receiver report and email to M. Brash re: same. | REC30 | 0.10 | 825.00 | 82.50 |
| | | | **Total Receiver Reports** | **REC30** | **24.10** | | **19,882.50** |
| | | | | | | | |
| 7/23/2025 | AJG | 07841 | Email to and from G. McFarland re: Manage Inc.'s violation of receiver order. | REC31 | 0.10 | 825.00 | 82.50 |
| 8/14/2025 | AJG | 07841 | Reviewed notice from Workers' Rights Commission and prepared Notice of Receivership and Suggestion of Stay with respect to Washington Department of Labor Action filed by R. Sumpter against MacMillan (1.0); email draft of same to M. Brash (.1). | REC31 | 1.10 | 825.00 | 907.50 |
| 8/18/2025 | AJG | 07841 | Prepared correspondence to WA Department of Labor re: Sumpter Complaint and notice of receivership and stay (.5); | REC31 | 0.50 | 825.00 | 412.50 |
| 9/16/2025 | AJG | 07841 | Revised and finalized response letter to C. Baxter threatening litigation relating to Crown equipment and providing notice of litigation stay (.6); email to and from S. Caruthers re: same (.1); email from C. Baxter re: response to same (.1). | REC31 | 0.80 | 825.00 | 660.00 |
| 11/10/2025 | AJG | 07841 | Reviewed notice and asserted claims and pleading from Dynamic Collectors, J. Dhah complaint, H. Toporovskyi and prepared suggestions of receivership for same (1.2); email to M. Brash re: same (.1); reviewed Alameda County Notice of intent to File Lien and prepared suggestion of receivership for same (.4); email to M. Brash re: Alameda County notice (.1); reviewed correspondence from R. Reid on behalf of Western Conference of Teamsters demanding payment (.1) and prepared correspondence to R. Reid re: receivership stay (.3). | REC31 | 2.20 | 825.00 | 1,815.00 |
| 11/11/2025 | AJG | 07841 | Examined email from M. Brash re: approval for service of suggestions of receivership (.1); revised letter to R. Reid re: stay of enforcement of claims against estate (.3); prepared transmittal letters to courts for suggestions of receivership (.2); emails to and from G. McFarland re: contact information fro Hilb Toporovskyi for suggestion of receivership (.1); reviewed collection notice from Logistical Collection Services (.1); prepared correspondence to Logistical Collections re: receivership stay (.5). | REC31 | 1.30 | 825.00 | 1,072.50 |
| 11/25/2025 | AJG | 07841 | Reviewed filed suggestion of receivership in Dynamic Collectors garnishment action and email same to M. Brash. | REC31 | 0.10 | 825.00 | 82.50 |
| | | | **Total Receivership Stay Issues** | **REC31** | **6.10** | | **5,032.50** |
| | | | | | | | |
| 11/11/2025 | AJG | 07841 | Examined notice from WA Dept of Revenue re: past due state excise tax return. | REC33 | 0.10 | 825.00 | 82.50 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/25/2025 | AJG | 07841 | Emails to and from L. Pinkney at WA Department of Labor (DOL) re: tax reporting for GSC National and GSC Transport (and voicemail) (.1); email to M. Brash re: missing WA DOL tax reports (.1); conference with L. Pinkney re: outstanding reporting and Defendants` termination of employees prior to Receiver`s appointment (.2); emails to L. Pinkney responding to tax information requests for GSC National and GSC Transport (.2). | REC33 | 0.60 | 825.00 | 495.00 |
| 12/3/2025 | AJG | 07841 | Examined final notice of intent to file certificate of tax lien in Alameda County. | REC33 | 0.20 | 825.00 | 165.00 |
| 12/18/2025 | AJG | 07841 | Emails to and from L. Pinkney re: request for tax reporting documents. | REC33 | 0.10 | 825.00 | 82.50 |
| | | | **Total Tax Issues** | **REC33** | **1.00** | | **825.00** |
| | | | | | | | |
| 7/25/2025 | AJG | 07841 | Conference with J. Hendricks from Direct Chassislink's re: pickup of chassis from facilities from Oakland and Seattle/Tacoma (.3); email to and from M. Johnson re: Direct Chassislink's equipment in Seattle/Tacoma (.1); email from J. Hendricks re: Direct Chassislink equipment and email to G. McFarland re: same (.1); email to and from T. Eliason re: Direct Chassis link equipment (.1). | REC37 | 0.60 | 825.00 | 495.00 |
| 7/28/2025 | AJG | 07841 | Conference with T. Eliason re: recovery of Direct Chassislink equipment, agreement with Pasha and rejection of lease/contract. | REC37 | 0.50 | 825.00 | 412.50 |
| 7/30/2025 | AJG | 07841 | Emails to and from D. Unseth re: XTRA Lease equipment recovery and list of equipment. | REC37 | 0.20 | 825.00 | 165.00 |
| 8/5/2025 | AJG | 07841 | Emails to and from T. Eliason re: recovery of DirectLink Chassis equipment and lease rejection stipulation with respect to same. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/7/2025 | AJG | 07841 | Emails to and from Wells Fargo re: return of computer/copying equipment and request for leases from Wells Fargo. | REC37 | 0.20 | 825.00 | 165.00 |
| 8/8/2025 | AJG | 07841 | Initial review of Wells Fargo equipment leases (.2); emails to and from G. McFarland re: same (.2). | REC37 | 0.40 | 825.00 | 330.00 |
| 8/12/2025 | AJG | 07841 | Email to and from S. Caruthers re: Wells Fargo's request to recover lease yard equipment. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/14/2025 | AJG | 07841 | Emails to G. McFarland re: Wells Fargo's request to pick up equipment. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/15/2025 | AJG | 07841 | Email to L. Brown re: retrieval of leased office equipment from Oakland and Tacoma offices. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/18/2025 | AJG | 07841 | Emails to and from L. Brown re: abandonment of leased copier equipment. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/19/2025 | AJG | 07841 | Email to and from L. Brown re: collection of leased copier equipment from Oakland and Tacoma. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/20/2025 | AJG | 07841 | Emails to and from L. Brown and J. Tanner re: leased Kyocera equipment. | REC37 | 0.10 | 825.00 | 82.50 |
| 8/25/2025 | AJG | 07841 | Examined emails to and from L. Brown, G. McFarland and S. Caruthers re: Wells Fargo's equipment at Oakland (.2); reviewed equipment leases for yard equipment (.4); email to S. Caruthers re: same (.1). | REC37 | 0.70 | 825.00 | 577.50 |
| 8/27/2025 | AJG | 07841 | Examined emails from S. Caruthers re: Wells Fargo equipment recovery. | REC37 | 0.10 | 825.00 | 82.50 |
| 9/4/2025 | AJG | 07841 | Examined email from S. Caruthers re: Willscot leases. | REC37 | 0.10 | 825.00 | 82.50 |
| 9/5/2025 | AJG | 07841 | Conference with M. Adeyemo re: Trac Intermodal chassis collection (.1); email to G. McFarland and S. Caruthers re: same (.1). | REC37 | 0.20 | 825.00 | 165.00 |
| 9/8/2025 | AJG | 07841 | Examined email from S. Caruthers re: Wells Fargo request to collect leased equipment | REC37 | 0.10 | 825.00 | 82.50 |

| Date | | | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/16/2025 | AJG | 07841 | Multiple separate emails to and from S. Caruthers and R. Ridge re: De Lage Landen lease for truck (.2); reviewed DLL lease (.3). | REC37 | 0.50 | 825.00 | 412.50 |
| 9/18/2025 | AJG | 07841 | Examined emails from S. Caruthers and R. Ridge re: removal of Delage Landon equipment from Port of Oakland. | REC37 | 0.10 | 825.00 | 82.50 |
| 9/24/2025 | AJG | 07841 | Email to and from D. Unseth re: retrieval of XTRA lease equipment. | REC37 | 0.10 | 825.00 | 82.50 |
| 9/29/2025 | AJG | 07841 | Email to and from S. Caruthers re: lack of response from Wilscot concerning removal of the rental building from the Port of Oakland. | REC37 | 0.10 | 825.00 | 82.50 |
| 9/30/2025 | AJG | 07841 | Emails to and from S. Caruthers re: service of order approving Port of Oakland stipulation on equipment lessors (.1); emails to and from C. Knez re: service of order and reviewed certificate of service for same (.1). | REC37 | 0.20 | 825.00 | 165.00 |
| 12/3/2025 | AJG | 07841 | Emails to and from A. Darcy re: US Bank equipment recovery (.1); reviewed emails from Newpoint with respect to recovery of leased equipment (.4); conference with G. McFarland re: same (.1). | REC37 | 0.60 | 825.00 | 495.00 |
| 12/5/2025 | AJG | 07841 | Emails to and from G. McFarland re: status of US Bank yard truck (.1); conference with G. McFarland re: location of equipment (.1); call and email to A. Darcy re: same (.1) | REC37 | 0.40 | 825.00 | 330.00 |
| | | | **Total Unexpired Personal Property Leases** | **REC37** | **5.80** | | **4,785.00** |
| | | | | | | | |
| 7/16/2025 | AJG | 07841 | Reviewed demand letter from J. Slothower re: Tacoma lease default. | REC38 | 0.30 | 825.00 | 247.50 |
| 7/30/2025 | AJG | 07841 | Examined email from S. Caruthers re: communications with Oakland Port Authority re: short term lease agreement. | REC38 | 0.10 | 825.00 | 82.50 |
| 7/31/2025 | AJG | 07841 | Emails to and from S. Caruthers re: meeting with counsel for the Port of Oakland (.1); examined email from M. Richardson re: draft of Port lease legal agreement (.1). | REC38 | 0.20 | 825.00 | 165.00 |
| 8/1/2025 | AJG | 07841 | Initial review of Port of Oakland leases and stipulations with GSC re July rent (.8); conference with M. Brash and Newpoint team re: proposed lease, rent terms and time lines to vacate Port of Oakland premises (.5); email to M. Richardson re: rent and receiver order (.1); conference with M. Richardson re: plan to vacate premises and negotiation of terms (.4); email to M. Richardson re: same (.3); conference with G. McFarland re: same (.1). | REC38 | 2.20 | 825.00 | 1,815.00 |
| 8/5/2025 | AJG | 07841 | Prepared motion and proposed order to reject real property leases. | REC38 | 2.10 | 825.00 | 1,732.50 |
| 8/6/2025 | AJG | 07841 | Examined and analyzed authorities re: authority of receiver to reject leases and lease rejection damage claims and related authority to reject leases under Bankruptcy Code (1.3); finalized and revised lease rejection motion, proposed order, and exhibits (1.1); reviewed service list for ensure notice to lessors of lease rejection motion (.2). | REC38 | 2.60 | 825.00 | 2,145.00 |
| 8/8/2025 | AJG | 07841 | Call with M. Richards regarding negotiations for lease rent at Port of Oakland and turnover of property (.5); conference with G. McFarland re: same (.2); email to M. Brash re: resolution of lease rent and turnover issues (.3) | REC38 | 1.00 | 825.00 | 825.00 |
| 8/11/2025 | AJG | 07841 | Email to and from S. Alsterda re: lease rejection motion. | REC38 | 0.10 | 825.00 | 82.50 |
| 8/12/2025 | AJG | 07841 | Emails to and from G. McFarland re: postpetition rent analysis for Oakland rent proposal. | REC38 | 0.10 | 825.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/12/2025 | AJG | 07841 | Conference with G. McFarland re: rejection of BNSF lease (.2); email to L. Cisz re: rejection of BNSF lease (.1); reviewed minute order and order rejecting Facility leases (.1); reviewed BNSF lease (.2); prepared motion and proposed order to reject BNSF lease (1.3); email to M. Brash re: same (.1). | REC38 | 2.00 | 825.00 | 1,650.00 |
| 8/13/2025 | AJG | 07841 | Finalized motion to reject BNSF lease and prepared same for filing. | REC38 | 0.30 | 825.00 | 247.50 |
| 8/13/2025 | AJG | 07841 | Conference with M. Richardson re: terms of administrative rent agreement for Port of Oakland and rejection of leases. | REC38 | 0.30 | 825.00 | 247.50 |
| 8/14/2025 | AJG | 07841 | Reviewed pre-receivership stipulations between Defendants and the City of Oakland regarding the rental for the four port properties and prepared a stipulation resolving the City's Administrative claims (2.6); email to M. Brash re: same (.1). | REC38 | 2.70 | 825.00 | 2,227.50 |
| 8/15/2025 | AJG | 07841 | Conference with M. Brash re: rejection of Tacoma Office lease (.2); reviewed documents received from Tacoma Office lease re: termination of lease (.3); reviewed and analyzed Tacoma Port's request for payment of rent and set off of security deposit (.6); email to G. McFarland re: same (.2) | REC38 | 1.30 | 825.00 | 1,072.50 |
| 8/15/2025 | AJG | 07841 | Reviewed and revised draft stipulation with Port of Oakland based on comments from Newpoint team (.4); emails to and from M. Brash re: same (.2); email to M. Richardson re: same (.2). | REC38 | 0.80 | 825.00 | 660.00 |
| 8/18/2025 | AJG | 07841 | Reviewed Port of Tacoma lease termination agreement (.2); email to B. Rodriguez re: same (.1). | REC38 | 0.30 | 825.00 | 247.50 |
| 8/18/2025 | AJG | 07841 | Email to M. Richardson re: status of stipulation resolving administrative claim for use and occupancy of Port of Oakland. | REC38 | 0.10 | 825.00 | 82.50 |
| 8/19/2025 | AJG | 07841 | Conference with C. Wright re: rejection of lease at Port of Tacoma and stipulation resolving claims (.3); prepared stipulation with the Port of Tacoma to allow claim and terminate letter of credit (1.0); email to M. Brash re: same (.1). | REC38 | 1.40 | 825.00 | 1,155.00 |
| 8/19/2025 | AJG | 07841 | Emails to and from M. Johnson re: MPS Properties lease. | REC38 | 0.10 | 825.00 | 82.50 |
| 8/20/2025 | AJG | 07841 | Conference with M. Richardson re: comments to stipulation with Port of Oakland (.4); reviewed and revised draft stipulation (.3); email to M. Brash re: same (.1); conference with G. McFarland re: Oakland Stipulation and issues that must be addresses before vacating property (.3). | REC38 | 1.10 | 825.00 | 907.50 |
| 8/20/2025 | AJG | 07841 | Reviewed comments from M. Brash re stipulation with Port of Tacoma and email same to C. Wright re: same. | REC38 | 0.10 | 825.00 | 82.50 |
| 8/21/2025 | AJG | 07841 | Reviewed certain real property leases and update lease list (1.0); email to M. Johnson re: confirmation of leased premises taken over by Pasha (.1); email to G. McFarland re: same (.1); conference with G. McFarland re: leases to reject (.2); prepared third motion, exhibit and proposed order to reject leases in Seattle, Tacoma and Georgia (1.6). | REC38 | 3.00 | 825.00 | 2,475.00 |
| 8/21/2025 | AJG | 07841 | Email to court re: BNSF rejection order. | REC38 | 0.10 | 825.00 | 82.50 |
| 8/21/2025 | AJG | 07841 | Reviewed revised Port of Tacoma stipulation from C. Wright (.1); email to M. Brash re: same (.1). | REC38 | 0.20 | 825.00 | 165.00 |
| 8/24/2025 | AJG | 07841 | Examined cases and other authorities re: standards for approval of settlements in receivership and bankruptcy cases (.7); prepared motion and proposed order to approve stipulation with the Port of Tacoma re: lease (2.4); email to M. Brash re: same (.1). | REC38 | 3.20 | 825.00 | 2,640.00 |

| 8/25/2025 | AJG | 07841 | Reviewed Receiver's comments to motion to approve stipulation with Port of Tacoma (.1); revised final stipulation with Port of Tacoma and prepared redlines of same (.2); email to and from M. Brash re: revised stipulation (.1); emails to and from C. Pierce re: final version of stipulation (.1). | REC38 | 0.50 | 825.00 | 412.50 |
| 8/25/2025 | AJG | 07841 | Revised and finalized for filing third motion to reject leases. | REC38 | 0.40 | 825.00 | 330.00 |
| 8/26/2025 | AJG | 07841 | Emails to and from C. Pierce and M. Brash re: executed stipulation with the Port of Tacoma (.2); revised and finalized motion to approve stipulation with the Port of Tacoma and prepare same for filing (.4). | REC38 | 0.60 | 825.00 | 495.00 |
| 8/26/2025 | AJG | 07841 | Revised stipulation with the Port of Oakland and email same to M. Brash (.2); separate emails to and from M. Richardson and M. Brash re: Port of Oakland stipulation, security issues and equipment issues (.2). | REC38 | 0.40 | 825.00 | 330.00 |
| 8/26/2025 | AJG | 07841 | Reviewed and revised Stipulation with Port of Oakland and prepared redline of same (.2); email to and from M. Brash re: same (.1); email to M. Richardson re: finalizing stipulation (.1). | REC38 | 0.40 | 825.00 | 330.00 |
| 8/27/2025 | AJG | 07841 | Email to M. Richardson re: abandonment of leased equipment at the Port of Oakland (.1); conference with M. Richardson re: finalizing stipulation, abandonment of remaining equipment and payment of security invoice (.5); emails to S. Caruthers re: same (.1). | REC38 | 0.70 | 825.00 | 577.50 |
| 8/28/2025 | AJG | 07841 | Emails to and from S. Caruthers re: outstanding issues with the Port of Oakland (.2); revised draft stipulation with Port of Oakland (.3). | REC38 | 0.50 | 825.00 | 412.50 |
| 9/2/2025 | AJG | 07841 | Reviewed and revised stipulation with Port of Oakland re: abandonment of property and administrative rent (.7); email to M. Brash re: same (.1). | REC38 | 0.80 | 825.00 | 660.00 |
| 9/3/2025 | AJG | 07841 | Email to M. Richardson re: revised Oakland stipulation (.1); email to G. McFarland and S. Caruthers re: status of wind down at Oakland and removal of leased equipment from premises (.1). | REC38 | 0.20 | 825.00 | 165.00 |
| 9/3/2025 | AJG | 07841 | Reviewed order granting third motion to reject real property leases and prepared same for service to lessors. | REC38 | 0.10 | 825.00 | 82.50 |
| 9/3/2025 | AJG | 07841 | Emails to and from C. Pierce re: order approving stipulation with Port of Tacoma (.1); conference with R. Shah re: proposed terms of stipulation (.3). | REC38 | 0.40 | 825.00 | 330.00 |
| 9/4/2025 | AJG | 07841 | Email to and from D. Quaid re: Calloway lease rejection claim (.1); initial review of Calloway proof of claim (.1). | REC38 | 0.20 | 825.00 | 165.00 |
| 9/5/2025 | AJG | 07841 | Examined email from T. Hosmer at Port of Oakland re: vacation of premises (.1); conference with M. Richardson re: revised stipulation and abandonment of property issues (.2); email to M. Brash re: same (.2); conference with S. Caruthers re: equipment remaining at Port (.3). | REC38 | 0.80 | 825.00 | 660.00 |
| 9/8/2025 | AJG | 07841 | Email to M. Richardson re: finalizing Port of Oakland stipulation (.1); prepared motion to approve stipulation with the Port of Oakland and proposed order (1.1); finalized Stipulation with Port of Oakland (.2); email to M. Richardson re: same (.1). | REC38 | 1.50 | 825.00 | 1,237.50 |
| 9/9/2025 | AJG | 07841 | Examined lease rejection claim of 2960 4th South Limited Partnership (.1); email to M. Brash re: administrative claim (.1). | REC38 | 0.20 | 825.00 | 165.00 |
| 9/10/2025 | AJG | 07841 | Email to M. Richardson re: execution of stipulation with Port of Oakland. | REC38 | 0.10 | 825.00 | 82.50 |

| Date | Initials | Matter | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/11/2025 | AJG | 07841 | Emails to and from G. McFarland and M. Richardson re: stipulation with Port of Oakland for use and occupancy and calculation for security (.1); Email to M. Brash re: executed stipulation and information need before motion to approve stipulation can be filed (.1); finalized motion to approve the Stipulation with the Port of Oakland (.5); email draft of motion to M. Brash re: same (.1). | REC38 | 0.80 | 825.00 | 660.00 |
| 9/15/2025 | AJG | 07841 | Reviewed demand letter from C. Baxter re: Crown equipment and reviewed Wells Fargo lease information re: same. | REC38 | 0.60 | 825.00 | 495.00 |
| 9/15/2025 | AJG | 07841 | Email to S. Caruthers and G. McFarland re: information needed for motion to approve stipulation with the Port of Oakland (.2); obtain registered agent information for Willscot for service (.2). | REC38 | 0.60 | 825.00 | 495.00 |
| 9/16/2025 | AJG | 07841 | Prepared motion to approve stipulation with Port of Oakland for filing and added additional third party owners for service (.3); emails to and from M. Brash re: final approval of same (.1); emails to and from M. Richardson re motion to approve stipulation (.1), | REC38 | 0.50 | 825.00 | 412.50 |
| 9/30/2025 | AJG | 07841 | Examined email from G. McFarland to M. Richardson re: payments to be made under port stipulation. | REC38 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Examined email from G. McFarland re: reconciliation of security services invoice for payment as required under stipulation with the Port of Oakland. | REC38 | 0.10 | 825.00 | 82.50 |
| 10/6/2025 | AJG | 07841 | Email to and from S. Caruthers re: Wilscot retrieval of buildings from Port of Oakland. | REC38 | 0.20 | 825.00 | 165.00 |
| 10/14/2025 | AJG | 07841 | Examined email from S. Caruthers re: Wilscot unit abandonment (.1); email to S. Bishop re: abandonment of Wilscott units to Port of Oakland and administrative rent (.4). | REC38 | 0.50 | 825.00 | 412.50 |
| 8/20/2025 | PMF | 07859 | Review all real property leases and update chart regarding same. | REC38 | 2.10 | 355.00 | 745.50 |
| 8/21/2025 | PMF | 07859 | Continue preparing lease analysis (1.0); Confer with A. Guon regarding same (.2) | REC38 | 1.20 | 355.00 | 426.00 |
| | | | **Total Unexpired Real Property Leases** | **REC38** | **40.20** | | **31,614.00** |
| | | | | | | | |
| 8/26/2025 | AJG | 07841 | Examined email from M. Johnson to City of Tacoma re: establishing new utilities accounts for Tacoma facilities. | REC39 | 0.10 | 825.00 | 82.50 |
| 9/9/2025 | AJG | 07841 | Examined email from City of Tacoma transferring utility accounts to Pasha Logistics. | REC39 | 0.10 | 825.00 | 82.50 |
| | | | **Total Utility Issues** | **REC39** | **0.20** | | **165.00** |
| | | | | | | | |
| 7/24/2025 | AJG | 07841 | Conference with M. Brash re: release of Medline property and need for agreement for logistics services agreement (.1); conference S. Caruthers re: logistics agreement needed for Oakland (.1); examined Freightwave proposal received from S. Caruthers (.1); conference with S. Caruthers, G. McFarland and M. Coleman (for part of call) re: logistics services agreement with Freightwave, independent contractor agreements for certain employees, union claims and notice to creditors for sale (1.3); email to A. Madonia re: preparation of freight logistics agreement for Oakland Operations (.1). | REC4 | 1.70 | 825.00 | 1,402.50 |
| 7/25/2025 | AJG | 07841 | Email to J. Nesset re: background for Freightwave motion (.1); Initial review of Freightwave agreement (.4); conference with A. Madonia, J. Nesset and G. McFarland re: terms of logistics agreement for Freightwave (.5); email to G. McFarland re: information for Freightwave agreement (.1). | REC4 | 1.10 | 825.00 | 907.50 |

| Date | Initials | Number | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/25/2025 | AJG | 07841 | Conference with M. Stockl re: sale and transition to Pasha and release of goods from Port of Oakland | REC4 | 0.30 | 825.00 | 247.50 |
| 7/26/2025 | AJG | 07841 | Reviewed and revised Services Agreement with Freightwave. | REC4 | 0.40 | 825.00 | 330.00 |
| 7/27/2025 | AJG | 07841 | Updated Freightwave agreement based on information from S. Caruthers and email to A. Madonia re: same (.2); revised emergency motion to enter into Services Agreement with Freightwave (.9); examined and analyzed authorities re: application of bankruptcy principles to receiverships for potential rejection of collective bargaining agreement (.6); conference with G. McFarland re: negotiation with union and Freightwave on terms of services agreement (.3); conference with G. McFarland and M. Brash re: Oakland wind down, Freightwave and union former employees (.5); conference with G. McFarland and M. Coleman and Rene re: Freightwave services agreement (.6); examined comments from M. Brash to Freightwave agreement (.1). | REC4 | 3.20 | 825.00 | 2,640.00 |
| 7/28/2025 | AMM | 02037 | Circulate revised Freightwave Services Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AMM | 02037 | Revise Freightwave Services Agreement with comment from Newpoint | REC4 | 0.20 | 925.00 | 185.00 |
| 7/28/2025 | AMM | 02037 | Email from Newpoint regarding payment methods under Freightwave Services Agreement, and insurance coverage for services | REC4 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AMM | 02037 | Analyze issues raised by Newpoint in regards to Freightwave Services Agreement | REC4 | 0.20 | 925.00 | 185.00 |
| 7/28/2025 | AMM | 02037 | Email to Newpoint with revised Freightwave Services Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AMM | 02037 | Revise Freightwave Services Agreement | REC4 | 0.60 | 925.00 | 555.00 |
| 7/28/2025 | AMM | 02037 | Email correspondence regarding edits to Freightwave Services Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AMM | 02037 | Review comments to Freightwave Services Agreement from Newpoint | REC4 | 0.20 | 925.00 | 185.00 |
| 7/28/2025 | AMM | 02037 | Additional edits to Freightwave Services Agreement to update Premises locations | REC4 | 0.10 | 925.00 | 92.50 |
| 7/28/2025 | AJG | 07841 | Conference with G. McFarland re: timeline to file pleadings for Oakland Operations); reviewed updated terms of Freightwave agreement; email to A. Madonia, J. Nesset and Newpoint team re: new deal with Union and Freightwave; conference with M. Brash re: renegotiation of Freightwave agreement; initial review of Carson Consulting to provide labor for Oakland operations (.2). | REC4 | 0.20 | 825.00 | 165.00 |
| 7/29/2025 | AJG | 07841 | Prepared initial draft of Coleman Consulting Agreement for labor at Oakland Port (.9); email to A. Madonia re: same (.1); examined email from G. McFarland re: updated Freightwave proposal (.1); email to M. Brash re: draft of Carson Consulting agreement (.1); conferences (2) with G. McFarland re: updates to Freightwave agreement and Carson Consulting agreement (.2); revised Freightwave agreement (.2); conference with A. Madonia re Freightwave agreement and Carson Consulting agreement (.4); emails to and from M. Brash re: revised Freightwave agreement and revised Carson Consulting agreement (.2); further revisions to Carson Consulting agreement and email same to M. Brash (.2); emails to and from G. McFarland re: revisions to emergency motion to approve Freightwave and Carson Consulting agreements and status of Freightwave agreement (.2) | REC4 | 2.60 | 825.00 | 2,145.00 |
| 7/29/2025 | AMM | 02037 | Review updated proposal from Freightwave | REC4 | 0.10 | 925.00 | 92.50 |

| 7/29/2025 | AJG | 07841 | Prepare emergency motion to wind down Oakland Operations and enter into Freightwave agreement and Carson Consulting agreement (2.3); prepared proposed order granting emergency motion to approve same (.5). | REC4 | 2.80 | 825.00 | 2,310.00 |
|---|---|---|---|---|---|---|---|
| 7/29/2025 | AMM | 02037 | Email correspondence with revised drafts of agreements | REC4 | 0.20 | 925.00 | 185.00 |
| 7/29/2025 | AMM | 02037 | Review Newpoint comments to Carson Consulting Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/29/2025 | AMM | 02037 | Revisions to Freightwave Services Agreement | REC4 | 0.40 | 925.00 | 370.00 |
| 7/29/2025 | AMM | 02037 | Revisions to Carson Consulting Agreement | REC4 | 1.00 | 925.00 | 925.00 |
| 7/30/2025 | AJG | 07841 | Emails to and from M. Brash re: status of Freightwave's review of Services Agreement (.1); emails to counsel for lender and union re: emergency motion to wind down Oakland Operations (.1); conference with G. McFarland re: Freightwave agreement approval (.1); emails to and from M. Coleman re: revisions to Freightwave agreement (.2); emails to and from A. Madonia re: same (.1); emails to and from G. McFarland re: same (.2); revised Freightwave agreement to reflect final comments from M. Coleman (.4); revised emergency motion to wind down Oakland based on revisions to Freightwave agreement and prepared same for filing (.6); emails to and from S. McClintic re: emergency motion to wind down Oakland Operations (.2); email to counsel for union and other parties re: court setting hearing on emergency motion (.1); emails to and from C. Schectermen re: request for changes to Oakland wind down motion (.2). | REC4 | 2.30 | 825.00 | 1,897.50 |
| 7/30/2025 | AMM | 02037 | Edits to description of services for Freightwave agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/30/2025 | AMM | 02037 | Email correspondence from Newpoint with comments and questions to Carson Consulting agreement | REC4 | 0.20 | 925.00 | 185.00 |
| 7/30/2025 | AMM | 02037 | Review emergency motion and order for wind down of Oakland operations and related agreements | REC4 | 0.30 | 925.00 | 277.50 |
| 7/30/2025 | AMM | 02037 | Review required edit from Freightwave to Services Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| 7/30/2025 | AJG | 07841 | Prepared consulting agreement for former employees (.7); emails to and from G. McFarland re: consulting agreement and related liability issues (.3). | REC4 | 1.10 | 825.00 | 907.50 |
| 7/31/2025 | AJG | 07841 | Reviewed revised draft of independent contractor consulting agreement (.2); conference with A. Tang re: additional revisions needed to same (.2) | REC4 | 0.40 | 825.00 | 330.00 |
| 7/31/2025 | AJG | 07841 | Emails to M. Brash re: entered orders and execution of Freightwave and Carson Consulting Agreements (.2). | REC4 | 0.20 | 825.00 | 165.00 |
| 7/31/2025 | AJG | 07841 | Conference with J. Rubinstein re: consulting agreement and additional provisions needed for California law (.1); email to and from G. McFarland re: updates to consulting agreement (.1). | REC4 | 0.20 | 825.00 | 165.00 |
| 7/31/2025 | AJG | 07841 | Conference with J. Cianciulli re: retrieval of Flexport freight from Oakland (.2); email from J. Cianciulli to S. Caruthers re: contact needed for Flexport (.1) | REC4 | 0.30 | 825.00 | 247.50 |
| 8/1/2025 | AJG | 07841 | Reviewed and revised consultant agreement and email to G. McFarland re: same. | REC4 | 0.20 | 825.00 | 165.00 |
| 8/1/2025 | AJG | 07841 | Emails to M. Coleman and T. Carson re: executed agreements, amended receiver order and orders approving staffing and services agreement (.1); examined emails to and from R. Fierro and G. McFarland re: date that Oakland Operations will commence (.2). | REC4 | 0.30 | 825.00 | 247.50 |

| 8/6/2025 | AJG | 07841 | Call with K. Johnson at Flexport re: demand for containers (.2); conference with G. McFarland re same (.1); conference with S. Friedman re: Flexport demand to release freight (.1); multiple emails to and from K. Johnson re: same (.2). | REC4 | 0.60 | 825.00 | 495.00 |
|---|---|---|---|---|---|---|---|
| 8/6/2025 | AJG | 07841 | Emails to and from M. Brash and M. Strockl: regarding status of Medline collection efforts. | REC4 | 0.10 | 825.00 | 82.50 |
| 8/7/2025 | AJG | 07841 | Examined multiple emails to and from S. Friedman, K. Johnson, S. Caruthers and M. Brash re: depositing funds into escrow and emails to M. Brash re: same (.2); conference with G. McFarland re: same (.1); reviewed escrow agreement from Flexport (.1) and prepared revised draft of agreement to segregate Flexport's funds (.4); email to M. Brash re: approval of revised Flexport agreement (.1). | REC4 | 0.90 | 825.00 | 742.50 |
| 8/8/2025 | AJG | 07841 | Emails to and from S. Freidman and M. Brash re: revised agreement with Flexport. | REC4 | 0.20 | 825.00 | 165.00 |
| 8/11/2025 | AJG | 07841 | Conference with G. McFarland re and S. Caruthers re: operations at Oakland Port and lease issues. | REC4 | 0.40 | 825.00 | 330.00 |
| 8/11/2025 | AJG | 07841 | Conference with J. Kleinman re: request for release of Walgreen's containers from Oakland (.5); prepared agreement to hold funds of customers in segregated accounts pending resolution of claims (.3); email to and from M. Brash re: same (.1); emails to and from J. Kleinman re: same (.2). | REC4 | 0.80 | 825.00 | 660.00 |
| 8/12/2025 | AJG | 07841 | Examined emails from G. McFarland re Southern Glazers and Wine spirits (.1); email to and from A. Greenspan re: container release agreement (.1); revised form of agreement re: release of cargo from Oakland Port (.3). | REC4 | 0.50 | 825.00 | 412.50 |
| 8/13/2025 | AJG | 07841 | Examined Medline payment analysis (.3); conference with G. McFarland re: same (.3); examined email from G. McFarland re: response to Medline receivable (.1); examined emails to and from G. McFarland and Medline settlement proposal (.2); conference with G. McFarland and M. Brash re: same (.6). | REC4 | 1.50 | 825.00 | 1,237.50 |
| 8/15/2025 | AJG | 07841 | Email to A. Greenspan and from B. Pieratt at Southern Glazers re: status of escrow agreement (.1); examined emails to and from M. Brash and M. Franklin re: receipt of payment and release of Medline freight (.1). | REC4 | 0.20 | 825.00 | 165.00 |
| 8/20/2025 | AJG | 07841 | Email from B. Pieratt re: Southern Glazer's agreement and to G. McFarland re: same (.1); email to and from S. Caruthers re: amount owed by Southern Glazer's and container list (.1). | REC4 | 0.20 | 825.00 | 165.00 |
| 8/20/2025 | AJG | 07841 | Conference with B. Pieratt re: Southern Glazer's deposit agreement (.2); revised deposit agreement and email to S. Caruthers re: same (.1). | REC4 | 0.30 | 825.00 | 247.50 |
| 8/21/2025 | AJG | 07841 | Conference with S. Caruthers re: Southern Glazer's cargo. | REC4 | 0.20 | 825.00 | 165.00 |
| 8/21/2025 | AJG | 07841 | Examined emails from M. Tewolde and S. Caruthers re: Southern Glazer's containers (.1); conference with S. Caruthers re: Southern Glazer's stipulation and containers (.2); email to B. Pieratt re: same (.1). | REC4 | 0.40 | 825.00 | 330.00 |
| 8/21/2025 | AJG | 07841 | Conference with G. McFarland re: Arauco Transfer of stored lumber (.2); conference with G. McFarland, S. Caruthers and Arauco re: removal of cargo from warehouse and time frame (1.0); follow-up discussion with G. McFarland re: same (.2); conference with G. McFarland re: negotiation of additional expenses with Freightwave to expedite removal of all inventory by August 31 (.7); | REC4 | 2.10 | 825.00 | 1,732.50 |

| Date | Init | ID | Description | Code | Hours | Rate | Amount |
|------|------|-----|-------------|------|-------|------|--------|
| 8/22/2025 | AJG | 07841 | Emails to and from B. Pieratt re: Southern Glazer's reconciliation and errors in container information (.1); revised Southern Glazer's agreement and email to B. Pieratt re: same (.2); conference with M. Brash and G. McFarland re: same (.3). | REC4 | 0.60 | 825.00 | 495.00 |
| 8/25/2025 | AJG | 07841 | Emails from M. Brash, S. Bello and K. Yocum re: pending freight delivery and payment for Southern Glazer's. | REC4 | 0.10 | 825.00 | 82.50 |
| 8/26/2025 | AJG | 07841 | Emails to and from S. Caruthers re: missing VISY containers and damage claims (.1); examined email from J. Yocum re: Southern Glazer containers and email to S. Caruthers re: same (.1). | REC4 | 0.20 | 825.00 | 165.00 |
| 9/17/2025 | AJG | 07841 | Emails to and from G. McFarland re: accounts receivable stipulations with customers. | REC4 | 0.10 | 825.00 | 82.50 |
| 11/5/2025 | AJG | 07841 | Conference with G. McFarland re: collection of receivables (.2); email to and from M. Graham re: draft letter (.1); reviewed and revised form of collection letter for unbilled and potentially disputed invoices (1.1) | REC4 | 1.40 | 825.00 | 1,155.00 |
| 11/6/2025 | AJG | 07841 | Examined revisions to form of email demand for payment of receivables (.4); emails to and from G. McFarland re: same (.1). | REC4 | 0.50 | 825.00 | 412.50 |
| 7/31/2025 | DAT | 07555 | Review and revise the Consulting Agreement on behalf of the Receiver to ensure compliance with California law. | REC4 | 2.50 | 670.00 | 1,675.00 |
| 7/31/2025 | JMR | 06858 | Review and assess legal sufficiency of draft independent contractor agreement for workers who will help with GSC wind down. | REC4 | 0.20 | 785.00 | 157.00 |
| 7/28/2025 | JDN | 05444 | Draft revisions to motion regarding employment of Freightwave (1.1); correspondence with A. Guon regarding same (.2) | REC4 | 1.30 | 790.00 | 1,027.00 |
| 7/25/2025 | AMM | 02037 | Review Freightwave service proposal and scope of freight logistics services | REC4 | 0.40 | 925.00 | 370.00 |
| 7/25/2025 | AMM | 02037 | Draft Freightwave Services Agreement for Oakland operations | REC4 | 4.40 | 925.00 | 4,070.00 |
| 7/25/2025 | AMM | 02037 | Telephone call with M. Brash to discuss terms of Oakland services agreement | REC4 | 0.20 | 925.00 | 185.00 |
| 7/25/2025 | AMM | 02037 | Revisions to Services Agreement for Oakland operations | REC4 | 0.40 | 925.00 | 370.00 |
| 7/25/2025 | AMM | 02037 | Email correspondence with draft of Services Agreement | REC4 | 0.10 | 925.00 | 92.50 |
| | | | **Total Business Operations** | **REC4** | **42.30** | | **35,426.50** |
| | | | | | | | |
| 7/24/2025 | AJG | 07841 | Emails to and from D. Meyers re: representation of defendants. | REC5 | 0.10 | 825.00 | 82.50 |
| 7/26/2025 | AJG | 07841 | Emails to and from M. Stockl re: service of summon and complaint (.2); email to P. Fredericks re: obtaining registered agent information for each defendant (.1). | REC5 | 0.30 | 825.00 | 247.50 |
| 7/28/2025 | AJG | 07841 | Conference with Newpoint team re: all pending matters to be addressed this week in receivership. | REC5 | 0.40 | 825.00 | 330.00 |
| 7/28/2025 | AJG | 07841 | Emails to and from D. Meyers re: representation of defendants in case (.1); reviewed registered agent information (.1) | REC5 | 0.20 | 825.00 | 165.00 |
| 7/29/2025 | AJG | 07841 | Examined email from D. Meyers re assertion that he is not counsel of record for defendants. | REC5 | 0.10 | 825.00 | 82.50 |
| 8/19/2025 | AJG | 07841 | Conference with M. Brash, S. Caruthers and M. Graham re: all pending matters to be addressed by court including review of claims process and proposed of, lease rejection 401(k) termination, stipulations for Port of Oakland and Port of Tacoma, and other matters. | REC5 | 1.70 | 825.00 | 1,402.50 |
| 8/20/2025 | AJG | 07841 | Email to and from M. Brash re: S. Taylor's request for notice of receivership. | REC5 | 0.10 | 825.00 | 82.50 |

| 8/25/2025 | AJG | 07841 | Conference with M. Brash, G. McFarland, and S. Caruthers re: receiver report, pending motions, and Windels potential retention. | REC5 | 0.80 | 825.00 | 660.00 |
|---|---|---|---|---|---|---|---|
| 8/27/2025 | AJG | 07841 | Strategy conference with M. Brash and G. McFarland re: all pending matters to be addressed by court including litigation, cash collateral, Port of Oakland Termination, 401(k), claims process, and Windels retention. | REC5 | 1.30 | 825.00 | 1,072.50 |
| 8/29/2025 | AJG | 07841 | Reviewed minute order from Court updating hearing for all pending motions. | REC5 | 0.10 | 825.00 | 82.50 |
| 8/29/2025 | AJG | 07841 | Reviewed and provided comments to draft claim related GSC web pages and emails to G. McFarland re: same. | REC5 | 0.50 | 825.00 | 412.50 |
| 9/2/2025 | AJG | 07841 | Conference with M. Brash, S. Caruthers and G. McFarland re: review of matters for today`s hearing and matters to be addressed this week. | REC5 | 0.30 | 825.00 | 247.50 |
| 9/3/2025 | AJG | 07841 | Emails to M. Brash and Newpoint term re: all orders entered by court yesterday. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/4/2025 | AJG | 07841 | Conference with M. Brash and G. McFarland re: all pending matters including plaintiff claim reconciliation, Wendels representation, Port of Oakland and related issues. | REC5 | 0.50 | 825.00 | 412.50 |
| 9/8/2025 | AJG | 07841 | Conference with M. Brash and Newpoint team re: pending matters including Oakland Stipulation, Wendels representation, Chase Stipulation, bar date notice and 401(k) termination. | REC5 | 0.60 | 825.00 | 495.00 |
| 9/8/2025 | AJG | 07841 | Separate emails to and from M. Adeymo and M. Brash re: Gordon Rees request for a waiver to represent creditor in receivership. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/10/2025 | AJG | 07841 | Email to and from M. Adeyemo re: GSC Enterprises request for waiver. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/12/2025 | AJG | 07841 | Email to M. Brash re: motions and pleading to be filed for approval next week. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/15/2025 | AJG | 07841 | Conference with M. Brash, S. Caruthers, G. McFarland and J. Servatius re: all pending matters including 401(k) termination, health insurance, Receiver Report, motion to approve stipulation with Port of Oakland Fee Statement, budget and insurance issues. | REC5 | 1.50 | 825.00 | 1,237.50 |
| 9/15/2025 | AJG | 07841 | Emails to M. Brash re: minute order withdrawing motion for default and service of additional bar date notices. | REC5 | 0.20 | 825.00 | 165.00 |
| 9/19/2025 | AJG | 07841 | Examined entered appearances (2) by counsel for DirectChassis Link | REC5 | 0.10 | 825.00 | 82.50 |
| 9/24/2025 | AJG | 07841 | Email from M. Adeyemo and to M. Brash re: request for waiver of potential conflict. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/25/2025 | AJG | 07841 | Conference with M. Brash, G. McFarland and S. Caruthers: Windels Marx retention, Port of Oakland equipment removal, budget and reporting. | REC5 | 0.50 | 825.00 | 412.50 |
| 9/29/2025 | AJG | 07841 | Separate emails to and from M. Stockl and S. McClintic re: entry of orders from last week. | REC5 | 0.10 | 825.00 | 82.50 |
| 9/30/2025 | AJG | 07841 | Conference with G. McFarland and M. Brash re: all pending matters including Chase Stipulation, payments to be made under approved stipulations, 401(k) wind down, Windels employment, and receiver report | REC5 | 0.70 | 825.00 | 577.50 |
| 10/2/2025 | AJG | 07841 | Email to S. McClintic re: request to appear by zoom in connection with motions set for hearing next week. | REC5 | 0.10 | 825.00 | 82.50 |
| 10/3/2025 | AJG | 07841 | Reviewed appearances filed for Calloway and M. Miller and their affiliates | REC5 | 0.10 | 825.00 | 82.50 |
| 10/6/2025 | AJG | 07841 | Conference with M. Brash re: Pasha sale, Amber Brown subpoena, 401(k), receiver report, sale of equipment, receiver report and other items. | REC5 | 0.70 | 825.00 | 577.50 |
| 10/13/2025 | AJG | 07841 | Emails to and from M. Lopez at California Deposition Reporters re: process for payment of invoices. | REC5 | 0.30 | 825.00 | 247.50 |

| Date | Atty | Task | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/2025 | AJG | 07841 | Conference with M. Brash, G.McFarland and S. Caruthers re: outstanding items including 401k, wage claims, Chase stipulation, Pasha sale open items, bill of sale, Port of Oakland transition, and deposit account control agreement termination. | REC5 | 1.30 | 825.00 | 1,072.50 |
| 10/17/2025 | AJG | 07841 | Emails to and from G. McFarland re: paycom's compliance with receivership order to provide access to historical data. | REC5 | 0.10 | 825.00 | 82.50 |
| 10/21/2025 | AJG | 07841 | Emails to and from M. Graham and T. Purdum re access to the companies` records at Paycom. | REC5 | 0.10 | 825.00 | 82.50 |
| 10/22/2025 | AJG | 07841 | Emails to and from S. Caruthers re: no access to Netsuite (.3); conference with S. Christianson re: same (.2); email correspondence to S. Christianson re: accessing Netsuite program (.5) | REC5 | 1.00 | 825.00 | 825.00 |
| 10/23/2025 | AJG | 07841 | Email from S. Caruthers re: access to NetSuite and emails to and from S. Christianson re: same. | REC5 | 0.10 | 825.00 | 82.50 |
| 10/27/2025 | AJG | 07841 | Examined email from T. Purdum at Paycom re: agreement to provide access to company payroll information until March 2026. | REC5 | 0.10 | 825.00 | 82.50 |
| 11/4/2025 | AJG | 07841 | Conference with M. Graham and M. Brash re: analysis of all pending matters that need to be addressed including claims, bank accounts, accounts receivable, insurance, 401(k) termination and upcoming receiver report. | REC5 | 1.30 | 825.00 | 1,072.50 |
| 11/12/2025 | AJG | 07841 | Conference with M. Stockl re: update on status of case. | REC5 | 0.20 | 825.00 | 165.00 |
| 12/4/2025 | AJG | 07841 | Conference with M. Brash and G. McFarland re: pending matters that need to be addressed including US Bank lease, tax issues, subpoenas, accounts receivable, accountant retention, 401(k) wind down and other issues. | REC5 | 1.00 | 825.00 | 825.00 |
| 12/8/2025 | AJG | 07841 | Conference with G. McFarland, M. Brash R. Honecker, P. Russo, and B. Kusmin re: update on status of litigation. | REC5 | 1.00 | 825.00 | 825.00 |
| 9/24/2025 | PMF | 07859 | Obtain registered agent information and forward same to A. Guon. | REC5 | 0.40 | 355.00 | 142.00 |
| | | | **Total Case Administration** | **REC5** | **18.40** | | **14,992.00** |
| | | | | | | | |
| 7/31/2025 | AJG | 07841 | Prepared for (1.1) and attended telephonic court hearing on status of receivership sale, motion to amend receiver order, motion to wind down Oakland operations and motion to pay and terminate certain health plans (.7); revised all three proposed emergency orders and submitted same to court's proposed order email box (.4); follow-up discussion with M. Brash re: hearing and orders (.1); reviewed minute orders entered by court (.1); emails to M. Brash re: entered orders (.1). | REC9 | 2.50 | 825.00 | 2,062.50 |
| 8/7/2025 | AJG | 07841 | Prepared for sale hearing including review of motion, objections, declarations and draft outline of arguments (1.6); met with M. Brash to prepare for (.4); attended sale hearing including discussion with Pasha representatives after hearing (1.7) | REC9 | 3.70 | 825.00 | 3,052.50 |
| 8/12/2025 | AJG | 07841 | Prepared for (.3) and attended hearing on motion to reject Seattle and Tacoma lease (1.3); finalized proposed rejection order (.1); email to court's proposed order email address (.1); emails to and from M. Johnson re: lease rejection issues (.1); | REC9 | 1.90 | 825.00 | 1,567.50 |
| 8/19/2025 | AJG | 07841 | Court appearance re: motion to reject BNSF lease (1.2); email to Court re: proposed order (.2). | REC9 | 1.40 | 825.00 | 1,155.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/2/2025 | AJG | 07841 | Prepared for (1.0) and attended hearing on motion to approve budget, motion to establish interim compensation procedures, third motion to reject leases, motion to approve stipulation with Port of Tacoma, motion to set claims bar date and Plaintiff's motion for default judgment against MacMillan-Piper and Tacoma Transload (.5); prepared revised proposed order and redlines compared to original orders for the motion to establish interim compensation procedures, motion to set claims bar date and redlines of same for distribution to parties (1.2); multiple emails to and from D. DeCelles and M. Stockl re: all proposed orders (.3); emails to court re: proposed orders motion to approve budget, motion to establish interim compensation procedures, third motion to reject leases, motion to approve stipulation with Port of Tacoma, motion to set claims bar date (.6); examined minute order entered by court with respect to today's motions (.1). | REC9 | 3.70 | 825.00 | 3,052.50 |
| 9/25/2025 | AJG | 07841 | Prepared for (.8) and attended hearing on motion to terminate 401(k), motion to approve stipulation with Port of Oakland, and motion to approve stipulation with SG Stonegate (1.3); finalized all three orders and emailed same to court (.6). | REC9 | 3.20 | 825.00 | 2,640.00 |
| 10/21/2025 | AJG | 07841 | Court appearance re: motion to approve receiver reports and report on the United States' objection to bar date motion (1.2); email submission of proposed order granting receiver's initial and first reports (.2). | REC9 | 1.40 | 825.00 | 1,155.00 |
| | | | **Total Court Appearances** | REC9 | 17.80 | | 14,685.00 |
| | | | | | | | |
| | | | | | **Total Hours** | | **Total Amount** |
| | | | **TOTAL** | | | **442.80** | **359,265.00** |

## Timekeeper Summary by Rate

| Timekeeper | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas-Webb, Devon | DT | 7475.00 | 0.20 | 1,495.00 |
| Dorsch, Jay A. | JAD | 1075.00 | 0.40 | 430.00 |
| Madonia, Anne M. | AMM | 925.00 | 26.50 | 24,512.50 |
| Bodenstein, Ira | IB | 895.00 | 4.70 | 4,206.50 |
| Edlund, Mitchell J. | MJE | 895.00 | 5.70 | 5,101.50 |
| Guon, Allen | AJG | 825.00 | 365.70 | 301,702.50 |
| Nesset, Joel | JDN | 790.00 | 6.80 | 5,372.00 |
| Rubinstein, Jacob | JMR | 785.00 | 3.60 | 2,826.00 |
| Vasquez, Bethany | BAV | 775.00 | 1.50 | 1,162.50 |
| Neumann, Karl | KN | 760.00 | 0.80 | 608.00 |
| Tang, Di | DAT | 670.00 | 2.50 | 1,675.00 |
| Sanfelippo, Christina | CMS | 650.00 | 2.70 | 1,755.00 |
| Sharon, Jessie | JS | 465.00 | 6.50 | 3,022.50 |
| Fredericks, Patricia | PMF | 355.00 | 15.20 | 5,396.00 |
| **Total** | | | **442.80** | **359,265.00** |

## Timekeeper Summary by Task Code

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| REC10    Cozen Fee Applications | | 3.20 | 2,640.00 |
| Guon, Allen | 825.00 | 3.20 | 2,640.00 |
| **Total Task Code REC10** | | **3.20** | **2,640.00** |
| REC11    Cozen Retention | | 2.50 | 2,062.50 |
| Guon, Allen | 825.00 | 2.50 | 2,062.50 |
| **Total Task Code REC11** | | **2.50** | **2,062.50** |
| REC12    Creditors and Claims | | 40.80 | 28,965.00 |
| Bodenstein, Ira | 895.00 | 0.60 | 537.00 |
| Fredericks, Patricia | 355.00 | 5.10 | 1,810.50 |
| Guon, Allen | 825.00 | 28.60 | 23,595.00 |
| Sharon, Jessie | 465.00 | 6.50 | 3,022.50 |
| **Total Task Code REC12** | | **40.80** | **28,965.00** |
| REC13    Discovery | | 2.70 | 2,227.50 |
| Guon, Allen | 825.00 | 2.70 | 2,227.50 |
| **Total Task Code REC13** | | **2.70** | **2,227.50** |
| REC14    Employee Benefits/Pensions/401(k)/Termination Issues | | 17.50 | 14,598.50 |
| Bodenstein, Ira | 895.00 | 2.30 | 2,058.50 |
| Guon, Allen | 825.00 | 15.20 | 12,540.00 |
| **Total Task Code REC14** | | **17.50** | **14,598.50** |
| REC15    Employee Issues | | 3.00 | 2,475.00 |
| Guon, Allen | 825.00 | 3.00 | 2,475.00 |
| **Total Task Code REC15** | | **3.00** | **2,475.00** |
| REC18    General Investigation | | 9.90 | 7,791.50 |
| Fredericks, Patricia | 355.00 | 0.80 | 284.00 |
| Guon, Allen | 825.00 | 9.10 | 7,507.50 |
| **Total Task Code REC18** | | **9.90** | **7,791.50** |
| REC19    Insurance Issues | | 9.70 | 8,411.50 |
| Edlund, Mitchell J. | 895.00 | 5.70 | 5,101.50 |
| Guon, Allen | 825.00 | 3.90 | 3,217.50 |
| Madonia, Anne M. | 925.00 | 0.10 | 92.50 |
| **Total Task Code REC19** | | **9.70** | **8,411.50** |
| REC2    Asset Sales | | 89.10 | 72,004.50 |
| Bodenstein, Ira | 895.00 | 1.20 | 1,074.00 |
| Fredericks, Patricia | 355.00 | 5.60 | 1,988.00 |
| Guon, Allen | 825.00 | 65.80 | 54,285.00 |
| Madonia, Anne M. | 925.00 | 14.30 | 13,227.50 |
| Sanfelippo, Christina | 650.00 | 2.20 | 1,430.00 |
| **Total Task Code REC2** | | **89.10** | **72,004.50** |

| | | | |
|---|---|---|---|
| REC20    Labor/Union Matters | | 16.30 | 13,149.00 |
| Guon, Allen | 825.00 | 7.10 | 5,857.50 |
| Madonia, Anne M. | 925.00 | 0.30 | 277.50 |
| Nesset, Joel | 790.00 | 5.50 | 4,345.00 |
| Rubinstein, Jacob | 785.00 | 3.40 | 2,669.00 |
| **Total Task Code REC20** | | **16.30** | **13,149.00** |
| REC25    Pre-Receivership Litigation | | 4.40 | 3,630.00 |
| Guon, Allen | 825.00 | 4.40 | 3,630.00 |
| **Total Task Code REC25** | | **4.40** | **3,630.00** |
| REC26    Professional Fee Applications | | 1.80 | 1,485.00 |
| Guon, Allen | 825.00 | 1.80 | 1,485.00 |
| **Total Task Code REC26** | | **1.80** | **1,485.00** |
| REC27    Professional Retention | | 24.90 | 20,642.50 |
| Dorsch, Jay A. | 1075.00 | 0.40 | 430.00 |
| Guon, Allen | 825.00 | 24.50 | 20,212.50 |
| **Total Task Code REC27** | | **24.90** | **20,642.50** |
| REC28    Receiver Fee Applications | | 1.60 | 1,320.00 |
| Guon, Allen | 825.00 | 1.60 | 1,320.00 |
| **Total Task Code REC28** | | **1.60** | **1,320.00** |
| REC29    Receiver Order Issues | | 20.00 | 17,657.50 |
| Bodenstein, Ira | 895.00 | 0.60 | 537.00 |
| Guon, Allen | 825.00 | 16.40 | 13,530.00 |
| Neumann, Karl | 760.00 | 0.80 | 608.00 |
| Sanfelippo, Christina | 650.00 | 0.50 | 325.00 |
| Thomas-Webb, Devon | 7475.00 | 0.20 | 1,495.00 |
| Vasquez, Bethany | 775.00 | 1.50 | 1,162.50 |
| **Total Task Code REC29** | | **20.00** | **17,657.50** |
| REC3    Budgeting/Financing/Cash Collateral | | 39.50 | 32,797.50 |
| Guon, Allen | 825.00 | 37.40 | 30,855.00 |
| Madonia, Anne M. | 925.00 | 2.10 | 1,942.50 |
| **Total Task Code REC3** | | **39.50** | **32,797.50** |
| REC30    Receiver Reports | | 24.10 | 19,882.50 |
| Guon, Allen | 825.00 | 24.10 | 19,882.50 |
| **Total Task Code REC30** | | **24.10** | **19,882.50** |
| REC31    Receivership Stay Issues | | 6.10 | 5,032.50 |
| Guon, Allen | 825.00 | 6.10 | 5,032.50 |
| **Total Task Code REC31** | | **6.10** | **5,032.50** |
| REC33    Tax Issues | | 1.00 | 825.00 |
| Guon, Allen | 825.00 | 1.00 | 825.00 |
| **Total Task Code REC33** | | **1.00** | **825.00** |

| | | | |
|---|---|---|---|
| REC37    Unexpired Personal Property Leases | | 5.80 | 4,785.00 |
| Guon, Allen | 825.00 | 5.80 | 4,785.00 |
| **Total Task Code REC37** | | **5.80** | **4,785.00** |
| REC38    Unexpired Real Property Leases | | 40.20 | 31,614.00 |
| Fredericks, Patricia | 355.00 | 3.30 | 1,171.50 |
| Guon, Allen | 825.00 | 36.90 | 30,442.50 |
| **Total Task Code REC38** | | **40.20** | **31,614.00** |
| REC39    Utility Issues | | 0.20 | 165.00 |
| Guon, Allen | 825.00 | 0.20 | 165.00 |
| **Total Task Code REC39** | | **0.20** | **165.00** |
| REC4    Business Operations | | 42.30 | 35,426.50 |
| Guon, Allen | 825.00 | 28.60 | 23,595.00 |
| Madonia, Anne M. | 925.00 | 9.70 | 8,972.50 |
| Nesset, Joel | 790.00 | 1.30 | 1,027.00 |
| Rubinstein, Jacob | 785.00 | 0.20 | 157.00 |
| Tang, Di | 670.00 | 2.50 | 1,675.00 |
| **Total Task Code REC4** | | **42.30** | **35,426.50** |
| REC5    Case Administration | | 18.40 | 14,992.00 |
| Fredericks, Patricia | 355.00 | 0.40 | 142.00 |
| Guon, Allen | 825.00 | 18.00 | 14,850.00 |
| **Total Task Code REC5** | | **18.40** | **14,992.00** |
| REC9    Court Appearances | | 17.80 | 14,685.00 |
| Guon, Allen | 825.00 | 17.80 | 14,685.00 |
| **Total Task Code REC9** | | **17.80** | **14,685.00** |
| **Total** | | **442.80** | **359,265.00** |

## Disbursement Detail

| Description | Amount |
|---|---|
| Westlaw Research 07/22/2025 Allen Guon | 99.00 |
| Vendor: MasterCard - Wells Fargo (Departmental C Invoice#: 7629993408251908WF Date: 8/25/2025   - MasterCard - Filings - Filing Fees and Related 07/22/2025, Joanne Hildebrandt Court Filing US DISTRICT COURT NDCA | 52.00 |
| Vendor: District Court Invoice#: 645398 Date: 7/24/2025   -  - For emergency hearing. | 52.00 |
| Vendor: Jodi A. McDougall Invoice#: 7585644507291309AX Date: 7/29/2025   - 645398 - receivership filing fee - Filing Fees and Related 07/23/2025, Jodi McDougall File notice of receivership COURTS/USDC-WA-W-P 0 SEATTLE WA | 52.00 |
| Vendor: Parcels, Inc. Invoice#: 1155074 Date: 7/30/2025   -  - photocopies, supplies, postage and service of notice | 641.43 |
| FedEx, 893831830, 072925, From: Devon Thomas Webb, To: Jamie Burrell, | 17.51 |
| FedEx, 241698950, 081825, From: ALLEN GUON, To: CHARLES RAYMOND, | 25.65 |
| FedEx, 895185174, 081225, From: Allen Guon, To: Jeff Calaway, motion/Nom | 16.98 |
| FedEx, 895185174, 081225, From: Allen Guon, To: , NOM | 13.87 |
| FedEx, 895185174, 081225, From: Allen Guon, To: Steven Stivala, | 17.76 |

| | |
|---|---:|
| FedEx, 895185174, 081225, From: Allen Guon, To: Erin Haber, NOM | 13.87 |
| FedEx, 895185174, 081225, From: Allen Guon, To: American Life INC, | 13.87 |
| Westlaw Research 08/06/2025 Allen Guon | 1,200.00 |
| Vendor: Parcels, Inc. Invoice#: 1162229 Date: 9/9/2025   - - photocopies, supplies, postage and service of notice | 2,303.25 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 6760670-Q32025; Date: 10/7/2025 | 45.50 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q32025; Date: 10/7/2025 | 120.80 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2672517-Q32025; Date: 10/7/2025 | 1.40 |
| Vendor: Parcels, Inc. Invoice#: 1163813 Date: 9/17/2025   - - photocopies, supplies, postage and service of notice | 186.01 |
| FedEx, 907098262, 111825, From: Allen Guon, To: Sir or Madam, Alameda County, | 14.68 |
| **Total** | **4,887.58** |

| Disbursement by Type | |
|---|---|
| **Disbursement Type** | **Amount** |
| Delivery Service | 134.19 |
| Filing Fees | 104.00 |
| Misc. Research Fees | 167.70 |
| Motion Filing Fee | 52.00 |
| Service Fees | 3,130.69 |
| Westlaw Research | 1,299.00 |
| **Total** | **4,887.58** |

EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SG STONEGATE ASSET COMPANY I, LLC, a Delaware limited liability company, | No. 1:25-cv-07909 |
| Plaintiff, | Hon. Manish S. Shah |
| v. | |
| GSC ENTERPRISES, INC., a California corporation, *et al.*, | Hon. M. David Weisman |
| Defendants. | |

## ORDER GRANTING FIRST APPLICATION OF COZEN O'CONNOR, AS COUNSEL TO RECEIVER MATTHEW BRASH OF NEWPOINT ADVISORS CORPORATION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter coming to be heard on the *First Application of Cozen O'Connor, as Counsel to Receiver, for Final Approval and Payment of Fees and Expenses Incurred from July 15, 2025 through December 31, 2025* [Dkt. No. ____], for the allowance and payment of $359,265.00 in compensation for services rendered on behalf of Matthew Brash of Newpoint Advisors Corporation, not individually, but solely in his capacity as receiver ("Receiver"), and the reimbursement of $4,887.58 for expenses incurred attendant to those services between July 15, 2025 and December 31, 2025 ("Application Period"); the Court having jurisdiction to hear and determine the Application; due and sufficient notice of the Application having been provided; and after due deliberation and consideration of the Application, and there being good cause to grant the relief provided herein; it is **ORDERED**:

1. The Application is granted.

2. Cozen O'Connor is hereby awarded $359,265.00 in compensation from the Receivership Estate for services rendered during the Application Period.

3. Cozen O'Connor is hereby awarded the $4,887.58 in expense reimbursement from the Receivership Estate for the Application Period.


Dated: April ____, 2026
Chicago, Illinois

_____
Honorable Manish S. Shah
United States District Court Judge