**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

SG Stonegate Asset Company I, LLC

                          Plaintiff,

v.                                                Case No.: 1:25–cv–07909
                                                Honorable Manish S. Shah

GSC Enterprises, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable Manish S. Shah: No objections to the motion seeking approval of the settlement with Amazon have been filed. The settlement is fair and reasonable, the product of arm's length negotiations, and in the interests of the receivership. The motion [244] is granted. Enter Order. No appearance on 4/23/26 is necessary. Because the order is a final order, the court does not retain jurisdiction over the settlement. Disputes over the settlement would need to be filed in a court of competent jurisdiction (which could theoretically include this case or court) and would be addressed at that time. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.