**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SG STONEGATE ASSET COMPANY I, LLC, a Delaware limited liability company, | No. 1:25-cv-07909 |
| Plaintiff, | Hon. Manish S. Shah |
| v. | |
| GSC ENTERPRISES, INC., a California corporation, *et al.*, | Hon. M. David Weisman |
| Defendants. | |

**MOTION TO APPROVE RECEIVER'S FIFTH REPORT**

Matthew Brash of Newpoint Advisors Corporation, not individually, but solely in his capacity as receiver ("Receiver") of the defendants in the above-captioned action,[1] pursuant to Fed. R. Civ. P. 66, Local Rule 66.1(a) and this Court's *Amended Order Appointing Receiver*, dated July 31, 2025 ("Receivership Order")[2] [ECF 52], moves this Court for entry of an order approving the *Receiver's Fifth Report for the Period of March 1, 2026 Through and Including April 30, 2026*, dated May 26, 2026 ("Fifth Report") [ECF 268]. In support of the motion, the Receiver states as follows:

1.      On July 11, 2025, plaintiff SG Stonegate Asset Company I, LLC ("Plaintiff") commenced this case against Defendants through the filing of a complaint [ECF 1] requesting: (i) a judgment for Defendants' breach of certain loan documents; and (ii) the foreclosure of its security interests in Defendants' personal property. As alleged in Plaintiff's complaint, Defendants

---

[1] The defendants in this action are GSC Enterprises, Inc.; GSC Logistics, Inc.; Best Way Trucking, Inc.; GSC National Transportation, Inc.; GSC Solutions, Inc.; GSC Transport, Inc.; Macmillan-Piper LLC; Tacoma Transload LLC; GSC Logistics Norcal Brokerage, Inc.; and GSC Logistics PNW Brokerage, Inc. (collectively, "Defendants").

[2] Capitalized terms not otherwise defined herein have same meaning ascribed to them in the Receivership Order.

were in default of their obligations under various loan documents with Plaintiff in connection with a loan with a current balance in excess of $1.75 million.

2. On July 15, 2025 (the "Appointment Date"), the Court entered the *Order Appointing Limited Receiver* [ECF 7], as subsequently amended by the Receivership Order, appointing Matthew Brash of Newpoint Advisors Corporation as the receiver over Defendants and their property.

3. On May 26, 2026, the Receiver filed with the Court his Fifth Report for the period of March 1, 2026 through and including April 30, 2026 ("Reporting Period"). *See* ECF 268.

4. The Fifth Report contains a summary of all material activities performed by the Receiver and Newpoint Advisors Corporation for the Reporting Period.

5. The Receiver requests that the Court approve the Fifth Report and all actions taken by the Receiver and all disbursements made during the Reporting Period.

6. Notice of this motion has been given to: (a) the parties on the Court's CM/ECF service list and (b) certain other interested parties. In light of the nature of the relief requested, the Receiver submits that no other or further notice is required.

WHEREFORE, the Receiver requests that the Court enter an order, in substantially the form attached hereto as **Exhibit A**: (a) approving Fifth Report and all actions taken by the Receiver and all disbursements made during the Reporting Period; and (b) granting such other and further relief as the court deems just and equitable.

2

Respectfully submitted,

Matthew Brash of Newpoint Advisors, not individually, but solely in his capacity as Receiver

Dated: May 26, 2026

By:  /s/ Allen J. Guon
     One of his attorneys

Allen J. Guon
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
P: (312) 474-4450
aguon@cozen.com

*Counsel for the Receiver*

3

# EXHIBIT A

LEGAL\115688569\1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SG STONEGATE ASSET COMPANY I, LLC, a Delaware limited liability company, | No. 1:25-cv-07909 |
| Plaintiff, | Hon. Manish S. Shah |
| v. | |
| GSC ENTERPRISES, INC., a California corporation, *et al.*, | Hon. M. David Weisman |
| Defendants. | |

## ORDER GRANTING RECEIVER'S FIFTH REPORT

Upon consideration of the motion ("Motion")[1] of Matthew Brash of Newpoint Advisors Corporation, not individually, but solely in his capacity as receiver ("Receiver") of the above-captioned defendants, requesting the entry of an order, pursuant to Fed. R. Civ. P. 66, Local Rule 66.1(a), and this Court's *Amended Order Appointing Receiver*, dated July 31, 2025 ("Receivership Order") [ECF 52], approving the *Receiver's Fifth Report for the Period of March 1, 2026 Through and Including April 30, 2026*, dated May 26, 2026 ("Fifth Report") [ECF 268]; the Court having jurisdiction to hear and determine the Motion; and after due deliberation and consideration of the Motion; and there being good cause to grant the relief provided herein; it is **ORDERED**:

1.      The Motion is granted.

2.      The Fifth Report is approved. All actions taken by the Receiver and all disbursements made during the Reporting Period are hereby approved.

Dated: June ___, 2026
Chicago, Illinois

_____
Honorable Manish S. Shah
United States District Court Judge

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Motion.

LEGAL\115688569\1