**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SG Stonegate Asset Company I, LLC

                         Plaintiff,

v.                                      Case No.: 1:25–cv–07909
                                      Honorable Manish S. Shah

GSC Enterprises, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The Motion to Approve Receiver's Fifth Report [271] is granted, and no appearance is necessary. The Fifth Report is approved. All actions taken by the Receiver and all disbursements made during the Reporting Period are hereby approved. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.