## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

SG Stonegate Asset Company I, LLC

                            Plaintiff,

v.                                            Case No.: 1:25−cv−07909

                                            Honorable Manish S. Shah

GSC Enterprises, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The receiver's motion to file a sur−reply [275] is granted and no appearance is necessary. The receiver may file the sur−reply as a separate entry on the docket. Movant Taylor must not file a sur−sur−reply. The court will alert the parties if additional briefing or argument (or an evidentiary hearing) would be helpful to the court. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.